UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA GARLICK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-01051 – LJO -JLT<br><br>ORDER GRANTING PETITION TO APPOINT TARA GARLICK AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS<br><br>(Doc. 3) |

On July 1, 2013, Plaintiffs initiated this action by filing a complaint. Plaintiff Tara Garlick seeks to be appointed guardian ad litem for minors MLS, CJS, CRS and EZS in this action. (Doc 3). For the following reasons, the petition for the appointment of a guardian ad litem is **GRANTED**.

**I.     Legal Standard**

Pursuant to the Federal Rules of Civil Procedure, "[a] minor . . . who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem." Fed. R. Civ. P. 17(c)(2). In addition, a court "must appoint a guardian ad litem - or issue another appropriate order - to protect a minor or incompetent person who is unrepresented in an action." *Id*.

The capacity of an individual to sue is determined "by the law of the individual's domicile." Fed. R. Civ. P. 17(b). Here, plaintiffs resides Bakersfield, California (Doc. 4), and the law of the state governs. Under California law, an individual under the age of eighteen is a minor, and a minor may bring suit as long as a guardian conducts the proceedings. Cal. Fam. Code §§ 6502, 6601. A guardian

ad litem may be appointed to represent the minor's interests.  Cal. Code Civ. P. § 372(a).

In determining whether to appoint a particular guardian ad litem, the court must consider whether the minor and the guardian have divergent interests.  Cal. Code Civ. P. § 372(b)(1). "When there is a potential conflict between a perceived parental responsibility and an obligation to assist the court in achieving a just and speedy determination of the action, a court has the right to select a guardian ad litem who is not a parent if that guardian would best protect the child's interests." *Williams v. Super. Ct.*, 147 Cal. App. 4th 36, 38 (Cal. Ct. App. 4th 2007) (internal quotation marks and citation omitted). "[I]f the parent has an actual or potential conflict of interest with his child, the parent has no right to control or influence the child's litigation." *Id.* at 50.

## II.     Discussion

Minor plaintiffs MLS, CJS, CRS and EZS are the natural children of Tara Garlick.  (Doc. 3 at 2).  Because each is under the age of eighteen, they are minors under California law.  *See* Cal. Fam. Code § 6502.  Therefore, as minors, their ability to bring suit is contingent upon appointment by the court of a guardian ad litem.

Upon review of the Complaint, it does not appear there are adverse interests, and Ms. Garlick does not have competing claims with her children.  Therefore, Ms. Garlick's appointment as guardian ad litem for MLS, CJS, CRS and EZS is appropriate.  *See Burke v. Smith*, 252 F.3d 1260, 1264 (11th Cir. 2001) ("Generally, when a minor is represented by a parent who is a party to the lawsuit and who has the same interests as the child there is no inherent conflict of interest."); *see also Anthem Life Ins. Co. v. Olguin*, 2007 U.S. Dist. LEXIS 37669, at *7 (E.D. Cal. May 9, 2007) (observing "[a] parent is generally appointed guardian ad litem").

## III.    Conclusion and Order

The decision whether to appoint a guardian ad litem is "normally left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land, etc.*, 795 F.2d 796, 804 (9th Cir. 1986).  Here, it does not appear Ms. Garlick has interests that conflict with the interests of MLS, CJS, CRS and EZS.  Therefore, the Court is acting within its discretion to grant Plaintiff's petition.

///

///

Accordingly, **IT IS HEREBY ORDERED**:

1. The petition for appointment of Tara Garlick as guardian ad litem for Plaintiffs MLS, CJS, CRS and EZS is **GRANTED**; and

2. Tara Garlick is appointed to act as guardian ad litem for Plaintiffs MLS, CJS, CRS and EZS, and is authorized to prosecute this action on their behalf.

IT IS SO ORDERED.

Dated:   **July 12, 2013**               **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE