1  James D. Weakley, Esq.  Bar No. 082853
   Roy C. Santos, Esq.       Bar No. 259718
2
                Weakley & Arendt, LLP
3           1630 East Shaw Ave., Suite 176
                Fresno, California 93710
4             Telephone:  (559) 221-5256
              Facsimile:  (559) 221-5262
5

6  Attorneys for Defendants, Sergeant Douglas Sword, Deputy Jeffrey Kelly,
                    and Deputy Luis Almanza
7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10 | TARA GARLICK; MLS, CJS, CRS, EZS, ) CASE NO. 1:13-CV-01051-LJO-JLT
   minors by and through their guardian ad litem, )
11 | TARA GARLICK, individually and as the )
   Successor in Interest of DAVID SAL SILVA, ) STIPULATION TO RESCHEDULE INITIAL
12 | Deceased, ) SCHEDULING CONFERENCE AND
                                          ) ORDER THEREON
13          Plaintiffs, )
                                          ) (Doc. 22)
14          vs. )
                                          )
15 | COUNTY OF KERN, KERN COUNTY )
   SHERIFF'S DEPARTMENT, SHERIFF )
16 | DONNY YOUNGBLOOD, SGT. DOUGLAS )
   SWORD, DEPUTY RYAN GREET, DEPUTY )
17 | TANNER MILLER, DEPUTY JEFFREY )
18 | KELLY, DEPUTY LUIS ALMANZA, )
   DEPUTY BRIAN BROCK, DEPUTY DAVID )
19 | STEPHENS and DOES 1 to 100, inclusive, )
                                          )
20          Defendants. )
                                          )
21

22      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for their

23 respective parties hereto that, due to the unavailability of James D. Weakley during the week of

24 11/4/13, the Initial Scheduling Conference, previously set for 11/7/2013 at 9:00 a.m., be

25 rescheduled to 11/20/13 at 9:00 a.m., at the United States Courthouse, 510 19th Street (JLT),

26 Bakersfield, before Magistrate Judge Jennifer L. Thurston.  It is further stipulated that the

27 parties' Joint Scheduling Conference Statement will be electronically filed 7 days prior to the

28 new    scheduling    conference    date,    and    will    be    emailed    in    Word    format    to

JLTOrders@caed.uscourts.gov.  Good cause exists to grant this Stipulation because of James D. Weakley's unavailability and the parties have not previously requested rescheduling of the Initial Scheduling Conference.

DATED: October 1, 2013					RODRIGUEZ & ASSOCIATES

					By:	/s/ Daniel Rodriguez
						Daniel Rodriguez,
						Attorneys for Plaintiffs

DATED: October 1, 2013					THERESA A. GOLDNER,
							KERN COUNTY COUNSEL

					By:	/s/ Mark L. Nations
						Mark L. Nations, Chief Deputy
						Attorneys for Defendants County of Kern, et al.

DATED: October 1, 2013					WEAKLEY & ARENDT, LLP

					By:	/s/ James D. Weakley
						James D. Weakley,
						Roy C. Santos
						Attorneys for Defendants
						Defendants, Sergeant Douglas Sword, Deputy Jeffrey Kelly, and Deputy Luis Almanza

Good cause exists to grant this Stipulation because of James D. Weakley's unavailability and the parties have not previously requested rescheduling of the Initial Scheduling Conference.

IT IS SO ORDERED.

   Dated:  **October 2, 2013**			     **/s/ Jennifer L. Thurston**
						UNITED STATES MAGISTRATE JUDGE

---

Stipulation to Reschedule Initial Scheduling Conference and Order Thereon