1  James D. Weakley, Esq.  Bar No. 082853
   Roy C. Santos, Esq.        Bar No. 259718
2
                Weakley & Arendt, LLP
3           1630 East Shaw Ave., Suite 176
                Fresno, California 93710
4            Telephone:  (559) 221-5256
             Facsimile:  (559) 221-5262
5

6  Attorneys for Defendants, Sergeant Douglas Sword, Deputy Jeffrey Kelly,
                         and Deputy Luis Almanza
7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10 | TARA GARLICK; MLS, CJS, CRS, EZS, | ) CASE NO. 1:13-CV-01051-LJO-JLT
   | minors by and through their guardian ad litem, | )
11 | TARA GARLICK, individually and as the | )
   | Successor in Interest of DAVID SAL SILVA, | ) STIPULATION TO RESCHEDULE INITIAL
12 | Deceased, | ) SCHEDULING CONFERENCE AND
   |   | ) ORDER THEREON
13 |             Plaintiffs, | )
   |   | ) (Doc 36)
14 |         vs. | )
   |   | )
15 | COUNTY OF KERN, KERN COUNTY | )
   | SHERIFF'S DEPARTMENT, SHERIFF | )
16 | DONNY YOUNGBLOOD, SGT. DOUGLAS | )
   | SWORD, DEPUTY RYAN GREET, DEPUTY | )
17 | TANNER MILLER, DEPUTY JEFFREY | )
18 | KELLY, DEPUTY LUIS ALMANZA, | )
   | DEPUTY BRIAN BROCK, DEPUTY DAVID | )
19 | STEPHENS and DOES 1 to 100, inclusive, | )
   |   | )
20 |             Defendants. | )
21

22        IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for their

23 respective parties hereto that, due to a week-long CAL-ABOTA conference from 11/4/13

24 through 11/8/13 and the preparation for an upcoming 10 day trial of James D. Weakley and

25 Roy C. Santos to begin on December 4, 2013, the Initial Scheduling Conference, previously

26 rescheduled for 11/20/13 at 9:00 a.m., be rescheduled to 01/03/2014 at 9:00 a.m., at the United

27 States Courthouse, 510 19th Street (JLT), Bakersfield, before Magistrate Judge Jennifer L.

28 Thurston.  It is further stipulated that the parties' Joint Scheduling Conference Statement will

be electronically filed 7 days prior to the new scheduling conference date, and will be emailed in Word format to JLTOrders@caed.uscourts.gov.  Good cause exists to grant this Stipulation due to the commitments of James D. Weakley.

DATED: November 7, 2013                    RODRIGUEZ & ASSOCIATES

                                  By:    /s/ Daniel Rodriguez
                                         Daniel Rodriguez,
                                         Chantal A. Trujillo,
                                         Attorneys for Plaintiff TARA GARLICK,
                                         Individually, and as the Successor in Interest of
                                         DAVID SAL SILVA, Deceased

DATED:  November 7 , 2013                  LAW OFFICES OF DALE K. GALIPO

                                  By:    /s/  Dale K. Galipo
                                         Dale K. Galipo,
                                         Attorney for Plaintiffs MLS, CJS, CRS, and EZS,
                                         by and through their GAL Judy Silva

DATED: November 7, 2013                    THERESA A. GOLDNER,
                                           KERN COUNTY COUNSEL

                                  By:    /s/   Mark L. Nations
                                         Mark L. Nations, Chief Deputy
                                         Attorneys for Defendants County of Kern, et al.

DATED: November 7, 2013                    WEAKLEY & ARENDT, LLP

                                  By:    /s/   James D. Weakley
                                         James D. Weakley,
                                         Roy C. Santos
                                         Attorneys for Defendants
                                         Defendants, Sergeant Douglas Sword, Deputy
                                         Jeffrey Kelly, and Deputy Luis Almanza

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation to Reschedule Initial Scheduling Conference and Order Thereon
2

**ORDER**

Based upon the stipulation of counsel, the scheduling conference, currently set on November 20, 2013, is continued to **January 3, 2014 at 9:00 a.m.**

**No further requests to continuance the scheduling conference will be entertained**.

IT IS SO ORDERED.

   Dated:   **November 12, 2013**            **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE