LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq., SBN 144074 | dalekgalipo@yahoo.com
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

CHAIN COHN STILES
David K Cohn, Esq., SBN 68768  | dcohn@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1430 Truxtun Ave., Suite 100
Bakersfield, CA 93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

*Attorneys for Plaintiffs M.L.S., C.J.S., C.R.S., E.Z.S.,
Merri Silva, and Salvador Silva*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TARA GARLICK, et al.,** | **CASE NO. 1:13-CV-01051-LJO-JLT** |
| **Plaintiffs,** | **ORDER DENYING STIPULATION TO FILE DECLARATION  IN PAPER FORMAT** |
| vs. | |
| **COUNTY OF KERN, et al.,** | **(Doc. 41)** |
| **Defendants.** | |

Before the Court is a stipulation regarding the request of Plaintiffs M.L.S., C.J.S., C.R.S., and E.Z.S. to file a declaration, pursuant to California Code of Civil Procedure § 377.32, in paper format.  These Plaintiffs urge this is necessary because this statue requires a certified copy of the death certificate to be attached to this declaration. They request further that the Court retain the original document once it is scanned into the Court's electronic filing system.

Notably, a certified copy of a death certificate is not a unique or an irreplacable document. Multiple copies may be purchased from the the Kern County recorder for a nominal fee.  Thus, requiring the Court to maintain this document is unwarranted and burdensome and, as a result, the request is **DENIED**.

Instead, in the event counsel files this document, they SHALL do so via the Court's CM/ECF system and, as an attachment, provide a scanned copy, including the back as necessary,

1

of the certified document.  The declarants SHALL attest the scanned document is a true and correct copy of the certified record.  Counsel SHALL retain the certified copy and in the event there is any question as to the authenticity of the document, counsel SHALL produce it for inspection or SHALL lodge it with the Court as directed.

IT IS SO ORDERED.

Dated:   **February 11, 2014**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE