# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA GARLICK, et al., | Case No.: 1:13-cv-01051 - LJO - JLT |
| Plaintiffs, | ORDER CONSOLIDATING THE ACTIONS |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |
| ADRIANA DOMINGUEZ, as guardian ad litem for J.S., | Case No.: 1:14-cv-00419 LJO JLT |
| Plaintiffs, | |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 42(a), the Court may consolidate actions involving a common question of law or fact, and consolidation is proper when it serves the purposes of judicial economy and convenience. The Ninth Circuit explained that the Court "has broad discretion under this rule to consolidate cases pending in the same district." Investors Research Co. v. United States District Court for the Central District of California, 877 F.2d 777 (9th Cir. 1989). In determining whether to consolidate actions, the Court weighs the interest of judicial convenience

1

1  against the potential for delay, confusion, and prejudice caused by consolidation.  <u>Southwest Marine,</u>
2  <u>Inc., v. Triple A. Mach. Shop, Inc.</u>, 720 F. Supp. 805, 807 (N.D. Cal. 1989).

3        Here, the plaintiffs' factual allegations in the above-captioned actions are based upon a single
4  occurrence.  Moreover, the minor J.S. is a nominal defendant in the <u>Garlick</u> matter and, indisputably,
5  only one action for wrongful death may be pursued.  <u>Cross v. Pacific Gas & Elec. Co.</u>, 60 Cal.2d
6  690, 694 (1964). Consolidation serves the purposes of minimizing judicial resources, and the Court
7  anticipates little risk of delay, confusion, or prejudice if the matters are consolidated.   Consequently,
8  consolidation is appropriate.  See <u>Pierce v. County of Orange</u>, 526 F.3d 1190, 1203 (9th Cir. 2008).

9        Based upon the foregoing, the Court **ORDERS**:

10      1.    These actions **SHALL** be consolidated for all purposes, including trial; and

11      2.    The parties are instructed that all future filings **SHALL** use the caption set forth
12  above in the <u>Garlick</u> matter including the case no. 1:13-cv-01051 LJO JLT.

14  IT IS SO ORDERED.

15     Dated:   **June 9, 2014**                **/s/ Jennifer L. Thurston**
16                                          UNITED STATES MAGISTRATE JUDGE