James D. Weakley, Esq.    Bar No. 082853
Brande L. Gustafson, Esq.    Bar No. 267130
Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, Sergeant Douglas Sword, Deputy Jeffrey Kelly,
and Deputy Luis Almanza

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA GARLICK, individually; MLS, CJS, CRS, EZS, minors by and through their guardian ad litem, JUDY SILVA, individually and as the Successors in Interest of DAVID SILVA, deceased; J.S., individually and as successor in interest to DAVID SILVA, by and through her guardian ad litem ADRIANE DOMINGUEZ; MERRI SILVA, individually; SALVADOR SILVA, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF DONNY YOUNGBLOOD, SGT. DOUGLAS SWORD, DEPUTY RYAN GREER, DEPUTY TANNER MILLER, DEPUTY JEFFREY KELLY, DEPUTY LUIS ALMANZA, DEPUTY BRIAN BROCK, DEPUTY DAVID STEPHENS, CHP OFFICER MICHAEL PHILLIPS, CHP OFFICER MICHAEL BRIGHT, and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO. 1:13-CV-01051-LJO-JLT<br><br>STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER<br><br>(Doc. 118) |

The parties, by and through their respective counsel, have stipulated to modify the existing Scheduling Order (Docket 85) as follows:

1

|  | CURRENT DATE | NEW DATE |
|---|---|---|
| EXPERT DISCLOSURE | 8/10/2015 | 8/24/2015 |
| REBUTTAL EXPERT DISCLOSURE | 9/11/2015 | 9/25/2015 |
| COMPLETION OF EXPERT DEPOSITIONS | 10/09/2015 | 10/23/2015 |
| FILING OF NON-DISPOSITIVE MOTIONS- EXPERT WITNESSES ONLY | 10/19/2015 | 11/2/2015 |
| NON-DISPOSITIVE MOTION HEARING- EXPERTS | On or before 11/19/2015 | On or before 12/03/2015 |
| SETTLEMENT CONFERENCE | 10/29/2015 | To be set by the Court |

The parties request an order modifying scheduling order to provide expert witnesses sufficient time to analyze and opine upon depositions that have recently been taken, including the deposition of Pathologist Eugene Carpenter taken on July 21, 2015.

This Stipulation to Modify Scheduling Order is not intended to effect the Scheduling Order in *Arrieta v. County of Kern,* Case No. 14-cv-00400 LJO JLT.

Respectfully Submitted,

DATED: July 29, 2015        RODRIGUEZ & ASSOCIATES
                            By: /s/ Chantal A. Trujillo_____
                            Daniel Rodriguez
                            Chantal A. Trujillo
                            *Attorneys for Plaintiff Tara Garlick*

DATED: July 29, 2015        LAW OFFICES OF DALE K. GALIPO
                            By: /s/ Thomas C. Seabaugh_____
                            Dale K. Galipo
                            Thomas C. Seabaugh
                            *Attorneys for Plaintiffs MLS, CJS, CRS, EZS, by and through their GAL Judy Silva; and Merri Silva and Salvador Silva*

| | |
|---|---|
| DATED: July 29, 2015 | THERESA A. GOLDNER,<br>KERN COUNTY COUNSEL<br>By: /s/ Marshall S. Fontes_____<br> Marshall S. Fontes, Deputy County Counsel<br> *Attorneys for Defendants County of Kern,<br>et al.* |
| DATED: July 29, 2015 | WEAKLEY & ARENDT, LLP<br>By: /s/ James D. Weakley_____<br>James D. Weakley,<br>Brande L. Gustafson<br>*Attorneys for Defendants<br>Sergeant Douglas Sword, Deputy<br>Jeffrey Kelly, and Deputy Luis Almanza* |
| DATED: July 29, 2015 | OFFICE OF THE ATTORNEY GENERAL<br><br>By: /s/ Daniel G. Eskue_____<br>Daniel G. Eskue, Deputy Attorney General<br>*Attorneys for Defendants<br>Michael Bright and Michael Phillips* |

**ORDER**

Based upon the stipulation of counsel, the Court **ORDERS:**

1. The stipulation to amend the case schedule is **GRANTED** as follows:

    a. All experts SHALL be disclosed no later than **August 24, 2015**;

    b. Any rebuttal experts SHALL be disclosed no later than **September 25, 2015**;

    c. All expert discovery SHALL be completed no later than **October 23, 2015**;

    d. Non-dispositive motions—related **only** to expert discovery—SHALL be filed no later than **November 2, 2015** and heard no later than **December 3, 2015**;

    e. The settlement conference is **CONTINUED** to **January 15, 2016** at 9:30 a.m.;

2. **<u>Absolutely no other modifications to the case schedule are authorized.</u>**[1] **<u>Counsel are strongly urged to complete the discovery within the deadlines set forth above. The Court cannot now envision a situation in which it would be amenable to any further modifications.</u>**

IT IS SO ORDERED.

Dated:   **July 29, 2015**           /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court recognizes, and presumes counsel does as well, that dispositive motions must be filed within the deadlines set forth in the original case schedule and the parties' inability to use the expert discovery to support or oppose a dispositive motion may be hindered by the amended schedule set forth here. The need to complete expert discovery SHALL NOT be grounds for any extensions of time related to dispositive motions or any other dates in the case schedule.