DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ. SBN 152254
CHANTAL A. TRUJILLO, ESQ., SBN 289493
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA 93301
 TEL. NO.: (661) 323-1400
 FAX NO.: (661) 323-0132
 E-mail: chantal@rodriguezlaw.net
*Attorneys for Plaintiff, Tara Garlick*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA GARLICK, ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, ET AL.,<br><br>Defendants. | CASE NO.:  CV 13-01051 LJO (JLT)<br>(consolidated with CV 14-00419 LJO (JLT))<br><br>**STIPULATION FOR PARTIAL DISMISSAL OF CERTAIN CAUSES OF ACTION AND PARTIES AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between plaintiff, TARA GARLICK and defendants, MICHAEL BRIGHT (BRIGHT), MICHAEL PHILLIPS (PHILLIPS), Deputy Jeffrey Kelly (KELLY), Deputy Luis Almanza (ALMANZA), Sgt. Douglas Sword (SWORD), County of Kern (COUNTY), Sheriff Donny Youngblood (YOUNGBLOOD), Deputy Ryan Greer (GREER), Deputy Tanner Miller (MILLER), Deputy Ryan Brock (BROCK), and Deputy David Stephens (STEPHENS) [collectively Defendants], through their undersigned counsel, that the following causes of action in the Second Amended Complaint filed 7/16/14 (Doc. 78) be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii):

　　1.　First Cause of Action for Excessive Force, as to all Defendants;

　　2.　Second Cause of Action for Integral Participation (Section 1983) as to all Defendants;

　　3.　Third Cause of Action for Failure to Intervene (Section 1983) as to all Defendants;

4. Fourth Cause of Action for Denial of Medical Care, as to all Defendants;

5 Sixth Cause of Action for Municipal Liability – Ratification (42 U.S.C. § 1983) as to COUNTY and YOUNGBLOOD;

6. Seventh Cause of Action for Municipal Liability – Fail to Train (42 U.S.C. § 1983) as to COUNTY and YOUNGBLOOD;

7. Eighth Cause of Action for Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983) as to COUNTY and YOUNGBLOOD;

8. Ninth Cause of Action for Battery, as to all Defendants;

9. Tenth Cause of Action for Negligence (Wrongful Death) as to all Defendants; and

10. Eleventh Cause of Action for Violation of Bane Act (Cal. Civil Code § 52.1), as to all Defendants.

IT IS FURTHER STIPULATED THAT the court shall direct the clerk to enter an order dismissing only the causes of action and the defendants identified above with prejudice.

IT IS FURTHER STIPULATED THAT each party shall bear its own costs and attorneys' fees as to these specific matters and causes of action.

Electronic signatures are authorized and indicated below by the signature mark /s/.

Dated: November 12, 2015                                   Respectfully Submitted,

                                                           RODRIGUEZ & ASSOCIATES

                                                           /s/

                                                           DANIEL RODRIGUEZ
                                                           CHANTAL A. TRUJILLO
                                                           *Attorneys for Plaintiff, Tara Garlick*

Dated: November 10, 2015						Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
RICHARD J. ROJO
Supervising Deputy Attorney General

/s/

DANIEL G. ESKUE
Deputy Attorney General
*Attorneys for Defendant*
*Michael Bright and Michael Phillips*

Dated: November 12, 2015						Respectfully Submitted,

WEAKLEY & ARENDT, LLP

/s/

JAMES D. WEAKLEY
BRANDE L. GUSTAFSON
*Attorneys for Defendants, Deputy Jeffrey Kelly, Sgt. Douglas Sword, and Deputy Luis Almanza*

Dated: November 12, 2015						Respectfully Submitted,

THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA

/s/

MARSHALL S. FONTES, Deputy
*Attorneys for Defendants, County of Kern, Sheriff Donny Youngblood, Deputy Ryan Greer, Deputy Tanner Miller, Deputy Ryan Brock and Deputy David Stephens*

## ORDER

In light of the above Stipulation, IT IS SO ORDERED.

Dated: 11/16/15					/s/ Lawrence J. O'Neill
							Hon. Lawrence J. O'Neill

LA2014612957/Prolaw 61712863						3