LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq., SBN 144074 | dalekgalipo@yahoo.com
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

CHAIN COHN STILES
David K Cohn, Esq., SBN 68768  | dcohn@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1430 Truxtun Ave., Suite 100
Bakersfield, CA 93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

*Attorneys for Plaintiffs M.L.S., C.J.S., C.R.S.,E.Z.S., Merri Silva, and Chris Silva*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA GARLICK, individually; M.L.S., C.J.S., C.R.S., and E.Z.S., minors, by and through their guardian *ad litem*, Judy Silva, in each case individually and as successors in interest to David Silva, deceased; MERRI SILVA, individually; and SALVADOR SILVA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, a municipality; DONNY YOUNGBLOOD, an individual; DOUGLAS SWORD, an individual; RYAN GREER, an individual; TANNER MILLER, an individual; JEFFREY KELLY, an individual; LUIS ALMANZA, an individual; BRIAN BROCK, an individual; DAVID STEPHENS, an individual; MICHAEL PHILLIPS, an individual, MICHAEL BRIGHT, an individual; DOES 1-10, inclusive; and J.S., a nominal defendant;<br><br>Defendants | CASE NO. 1:13-CV-01051-LJO-JLT<br><br>*Hon. Lawrence J. O'Neill*<br><br>**ORDER ON JOINT STIPULATION TO DISMISS DEFENDANT YOUNGBLOOD** |

# **ORDER**

Before the Court is a joint stipulation (Doc. No. 123) to dismiss Defendant DONNY YOUNGBLOOD with prejudice. Having reviewed the stipulation, and good cause appearing, the Court adopts the parties' stipulation and it is hereby ordered, adjudged and decreed that Defendant DONNY YOUNGBLOOD is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **December 2, 2015**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE