**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARA GARLICK, et al.,<br>Plaintiff,<br>v.<br>COUNTY OF KERN, et al.,<br>Defendants. | Case No.: 1:13-cv-01051 LJO JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE<br><br>(Doc. 127) |

Though some of the plaintiffs have made global settlement demands, given the outstanding motions for summary judgment, defendants are not prepared to discuss settlement. (Doc. 127 at 2) Thus, counsel stipulate that the settlement conference, currently set on January 15, 2016, should be moved to February. Id. Thus, good cause appearing, the Court **ORDERS**:

1. The settlement conference is continued to **February 23, 2016**[1] at 9:30 a.m.;
2. Counsel **SHALL** comply with the requirements of the scheduling order related to the settlement conference (Doc. 85 at 7-8) including the exchange of meaning settlement offers.

IT IS SO ORDERED.

Dated: **January 4, 2016**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

[1] The Court is concerned that the motions for summary judgment may not yet be decided by February 23, 2016 or may not be decided sufficiently in advance of that date to allow the exchange of meaningful settlement offers. In the event the Court's concerns prove true, counsel SHALL seek a further continuance of the settlement conference.