James D. Weakley, Esq.      Bar No. 082853
Brande L. Gustafson, Esq.   Bar No. 267130
Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, Sergeant Douglas Sword, Deputy Jeffrey Kelly,
and Deputy Luis Almanza

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA GARLICK; MERRI SILVA; CHRIS SILVA; MINORS MAKEYLA L. SILVA, CHELSEA J. SILVA, CATELYN R. SILVA, AND ELI Z. SILVA, INDIVIDUALLY AS SUCCESSORS IN INTEREST TO DAVID S. SILVA, BY AND THROUGH THEIR GARDIAN *AD LITEM,* JUDY SILVA; AND MINOR JADE SILVA, INDIVIDUALLY AS SUCCESSOR IN INTEREST TO DAVID S. SILVA, DECEASED, BY AND THROUGH HER GUARDIAN *AD LITEM* ADRIANE DOMINGUEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF KERN, IN ITS OFFICIAL CAPACITY; SERGEANT DOUGLAS SWORD, DEPUTIES JEFFREY KELLY, LUIS ALMANZA, RYAN BROCK, DAVID STEPHENS, TANNER MILLER, RYAN GREER, AND CHP OFFICERS MICHAEL PHILLIPS AND MICHAEL BRIGHT, EACH IN THEIR INDIVIDUAL CAPACITIES, <br><br> Defendants. | CASE NO. 1:13-CV-01051-LJO-JLT <br><br> **DECLARATION OF JAMES D. WEAKLEY IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 5, TO EXCLUDE DEFENSE EXPERT STEVEN KARCH, M.D., THEODORE CHAN, M.D., AND FRANK SHERIDAN, M.D.** <br><br> Date: April 25, 2016 <br> Time: 1:30 p.m. <br> Ctrm: 4 <br> Trial: May 12, 2016 <br><br> The Honorable Lawrence J. O'Neill |

I, James D. Weakley, declare as follows:

1. I am an attorney at law, duly licensed to practice before the courts in the State of California and the United States District Court for the Eastern District of California. I am a

Declaration of James D. Weakley in
Support of Defendants' Joint Opposition to
Plaintiffs' Motions In Limine No. 5          1

partner in the law firm of Weakley & Arendt, LLP, the attorneys of record for Defendants Sergeant Douglas Sword, Deputy Jeffrey Kelly, and Deputy Luis Almanza. As such, I have personal knowledge of the matters set forth herein and could competently testify under oath to the following:

2. Attached hereto as **Exhibit 1** is a true and accurate copy of Theodore C. Chan, M.D.'s CV.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of the relevant portions from the deposition of Theodore C. Chan, M.D., taken on October 16, 2015 in connection with the above titled case.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of Theodore C. Chan, M.D.'s Rule 26 Expert Report dated August 21, 2015.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of Frank Sheridan, M.D.'s CV.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of the relevant portions from the deposition of Frank Sheridan, M.D., taken on September 25, 2015 in connection with the above titled case. This includes Exhibit 5 to Dr. Sheridan's deposition, which is the report he authored for the Kern County District Attorney on March 16, 2014.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of Frank Sheridan, M.D.'s Rule 26 Expert Report dated August 22, 2015.

8. Attached hereto as **Exhibit 7** is a true and accurate copy of Steven B. Karch, M.D., FFFLM, FFSoc.'s CV.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of the relevant portions from the deposition of Steven B. Karch, M.D., FFFLM, FFSoc., taken on October 5, 2015 in connection with the above titled case.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of Steven B. Karch, M.D., FFFLM, FFSoc.'s Rule 26 Expert Report dated August 13, 2015.

11. Attached hereto as **Exhibit 10** is a true and accurate copy of the relevant portions from the deposition of Ronald Louis O'Halloran, M.D., taken on October 20, 2015 in

Declaration of James D. Weakley in
Support of Defendants' Joint Opposition to
Plaintiffs' Motions In Limine No. 5     2

1 connection with the above titled case.

2     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in Fresno, California on April 8, 2016.

                      /s/ James D. Weakley
                        James D. Weakley

Declaration of James D. Weakley in
Support of Defendants' Joint Opposition to
Plaintiffs' Motions In Limine No. 5    3