# EXHIBIT 1

# CURRICULUM VITAE
## THEODORE CRAIG CHAN, M.D., FACEP, FAAEM

**OFFICE ADDRESS:**

Department of Emergency Medicine  
UCSD Medical Center  
200 West Arbor Drive  
San Diego, CA 92103-8676

Phone: (619) 543-6463  
Fax:     (619) 543-3115  
Email:  tcchan@ucsd.edu

**EDUCATION:**

| | |
|---|---|
| Academic: 1983-87 | B.A. in History with Highest Distinction in General Scholarship, University of California, Berkeley, Berkeley, California |
| Medical School: 1988-92 | M.D., University of California, San Francisco School of Medicine, San Francisco, California |
| Internship: 1992-93 | Department of Internal Medicine, University of California, San Francisco Medical Center, San Francisco, California |
| Residency: 1993-96 | Department of Emergency Medicine, University of California, San Diego Medical Center, San Diego, California (Chief Resident: 1995-96) |

**LICENSURE:** California Medical License Number G-78148, 1994

**BOARD CERTIFICATIONS:**

National Board of Medical Examiners, 1993  
Diplomate, American Board of Emergency Medicine, 1997; Recertification 2007

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

American Medical Association, 1990  
California Alumni Association, 1990  
American College of Emergency Physicians, 1992  
Society for Academic Emergency Medicine, 1996  
Fellow, American College of Emergency Physicians, 1999  
Fellow, American Academy of Emergency Medicine, 2005

## APPOINTMENTS:

| | |
|---|---|
| 7/13 – present | Chair, Department of Emergency Medicine, University of California, San Diego (UCSD) Medical Center |
| 7/12 – present | Professor of Emergency Medicine (ladder-rank), UCSD School of Medicine |
| 7/94 - Present | Base Hospital Physician, UCSD Medical Center |

## PREVIOUS EXPERIENCE:

| | |
|---|---|
| 7/06 – 6/13 | Vice Chair and Associate Director, Department of Emergency Medicine, University of California, San Diego (UCSD) Medical Center |
| 7/05 – 6/12 | Professor of Clinical Medicine, UCSD School of Medicine |
| 1/05 – 6/13 | Medical Director and Clinical Service Chief, Emergency Department, UCSD-Hillcrest Medical Center |
| 1/05 – 6/13 | Medical Director and Clinical Service Chief, Emergency Department, UCSD-Thornton Hospital |
| 4/99 – 6/13 | Director, Custody Services, UCSD Medical Center |
| 1998-2008 | Medical Director, Metropolitan Medical Strike Team, County of San Diego |
| 7/96 – 7/06 | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/01 – 6/05 | Quality Assurance Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/01 – 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 7/01 – 12/04 | Associate Medical Director, Emergency Department, UCSD-Hillcrest Medical Center and UCSD-Thornton Hospital |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |
| 1994 - 1996 | Physician, Department of Emergency Medicine, Kaiser Permanente Medical Center, San Diego, California |
| 1994 - 1996 | Medical Consultant, Med America Health Resource, San Diego, California |
| 1/96 - 6/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service, UCSD Medical Center |

| | |
|---|---|
| 1987 - 1988 | Fellow, California State Senate, Senate Committee on Insurance, Claims and Corporations, Sacramento, California |
| 1986 | Intern, Office of the Assistant Surgeon General, Washington, D.C. |

## CERTIFICATIONS:

Advanced Cardiac Life Support Provider, 1992-96

Advanced Cardiac Life Support Instructor, 1996

Pediatric Advanced Life Support (PALS) Provider, 1993

PALS Course Director for UCSD School of Medicine, 1996

Advanced Trauma Life Support Provider, 1993

HAZMAT Level I Training, 1996

## AWARDS:

| | |
|---|---|
| 1984 | Frank Kraft Award Scholarship, University of California, Berkeley |
| 1986 | Gordon Sproul Award Recipient, University of California, Berkeley |
| 1987 | Phi Beta Kappa, University of California, Berkeley |
| 1987 | University Medal Finalist, University of California, Berkeley |
| 1988 | California Senate Resolution of Commendation, Awarded by the Senate Rules Committee, August 22, 1988, Sacramento, California |
| 1996 | Outstanding Resident of the Year, Department of Emergency Medicine, University of California, San Diego Medical Center |
| 1996 | Resident Academic Achievement Award, Emergency Medicine Council of Residency Directors |
| 1999 | "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency Graduating Class of 1999 |
| 2000 | Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000 |
| 2000 | Best Research Poster Presentation, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California |
| 2000 | Outstanding Consultant for 1999-2000, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards, acknowledging dedicated effort to improve the quality of research published in the field of Emergency Medicine, and to the success of the journal |
| 2001 | Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California |

| Year | Award |
|---|---|
| 2001 | Top Consultant for 2000-2001, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards |
| 2002 | Top Consultant for 2001-2002, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards |
| 2003 | Top Consultant for 2002-2003, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards |
| 2004 | Academy of Clinician Scholars, University of California San Diego |
| 2005 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2005 | 2005 Top Doctors, San Diego County Medical Society |
| 2005 | Senior Reviewer, *Annals of Emergency Medicine* |
| 2006 | Senior Reviewer, *Annals of Emergency Medicine* |
| 2006 | 2006 Top Doctors, San Diego County Medical Society |
| 2007 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2007 | 2007 Top Doctors, San Diego County Medical Society |
| 2008 | Finalist, Second Annual San Diego Health Care Champion Award, San Diego Business Journal |
| 2008 | 2008 Top Doctors, San Diego County Medical Society |
| 2008 | Outstanding Community Partner, Community Health Improvement Partners (CHIP), Hospital Association of San Diego and Imperial Counties |
| 2009 | Public Health Champion Finalist, County of San Diego Health and Human Services Agency |
| 2009 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2009 | Award Finalist for IMPACT-ED, 14th Annual Golden Watchdog Public-Private Parternship Award Finalist, San Diego County Taxpayers Association |
| 2009 | America's Top Emergency Medicine Physicians, Consumers' Research Council of America |
| 2010 | Health Care Champion Award, 2010, San Diego Business Journal |
| 2011 | 2011 Top Doctors, San Diego County Medical Society |
| 2011 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2012 | 2012 Top Doctors Award, San Diego County Medical Society |
| 2014 | 2014 Top Doctors Award, San Diego County Medical Society |

## CURRENT ACTIVITIES:

Physician Member, Disaster Medical Assistance Team (DMAT), SD, CA (CA-4), 1994

Reviewer, *Journal of Emergency Medicine*, Elsevier Science, Inc., 1994

Editor, Cardiology Section, *Journal of Emergency Medicine*, Elsevier Science, Inc., 1997

Member, Editorial Board, *Emergency Medicine News*, Lippincott Williams & Wilkins, 2001

Member, Editorial Board, *Emergency Medicine Specialty Reports*, publication of American Health Care Consultants, Atlanta, Georgia, 2001

Peer Reviewer, *Emergency Medicine Reports*, publication of American Health Care Consultants, Atlanta, Georgia, 2002

Member, Deans and Chairs Committee, University of California San Diego, 2013

Member, University of California San Diego Health Sciences Board of Governors, 2013

Member, University of California San Diego Medical Staff Executive Committee, 2013

Member, University of California San Diego Chair of Radiology Search Committee, 2013

Chair, University of California San Diego Chair of Reproductive Medicine Search Committee, 2013

## PREVIOUS ACTIVITIES:

Seminar Coordinator, Health Policy Seminars, Interdepartmental Studies 130, University of California, Berkeley, 1985-87

Research Intern, International Debt Crisis Project, Institute of International Studies, Geneva, Switzerland, 1989

Student Rep, Legislation Committee, California Medical Association, 1989-90

Instructor, Science and Health Education Partnership Program, University of California, San Francisco School of Medicine, San Francisco Unified Public School District, 1989-91

Clinical Scholars Training, Peking Union Medical College, Beijing, China, 1992

Representative, Clinical Practice Guidelines Committee, Department of Emergency Medicine, UCSD Medical Center, 1994-96

Representative, Quality Assurance Committee, Department of Emergency Medicine, UCSD Medical Center, 1994-96

Representative, California Emergency Medicine Residents Association, 1995-96

Associate Editor, *Journal of Emergency Medicine*, Pergamon Press, 1996

Strike Team Leader, Disaster Medical Assistance Team, 1996
- Biological and Chemical Hazardous Materials Medical Support
- FBI/SWAT Team Medical Support

1996 Atlanta Olympic Games

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Member, Managed Care Task Force, Society for Academic Emergency Medicine, 1997-98

Member, Steering Committee, CHIPS (Community Health Improvement Partners), Health Care Association of San Diego and Imperial Counties, 1997-2002

Project Co-coordinator, Influenza immunization program for New Americans in the Mid-City and City Heights communities, in conjunction with San Diego City Fire and Life Safety Services and Project Concern International, Fall 1998

Project Co-coordinator, 911 Educational Outreach Program for New Americans in the Mid-City and City Heights communities, in conjunction with San Diego City Fire and Life Safety

Services and Project Concern International, Fall 1998

Member, Pharmacy and Therapeutics Committee, UCSD Medical Center, 1998-99

Reviewer, *American Journal of Managed Care*, American Publishing Company, 1998-2001

Director, Emergency Department Clinical Resource Management, UCSD Medical Center, 1996

Co-Director, Pediatric Advanced Life Support Course, UCSD School of Medicine, 1997

Member, Research Subcommittee, Prehospital Audit Committee, San Diego County, 1997

Member, CPR Subcommittee, Prehospital Audit Committee, San Diego County, 1997

Member, Outpatient Clinical Guidelines Committee, UCSD Medical Center, 1998

Member, San Diego City EMS Oversight Committee, 1998

Member, San Diego City EMS Prehospital Cardiac Care Subcommittee, 1998

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998

Reviewer, *Annals of Emergency Medicine*, Mosby, 1999

Director, Continuing Quality Assurance Program, UCSD Emergency Department, 1999

Emergency Department Quality Improvement Representative, Patient Care Review Committee, UCSD Medical Center, 2000

Point of Care Advisory Committee, UCSD Medical Center, 2000

Member, Bioterrorism Communication Collaborative, Department of Health and Human Services Agency, County of San Diego, 2001

Member, School of Medicine Graduate Medical Education Committee, 2001

Faculty Search Committee, Department of Emergency Medicine, UCSD Medical Center, 1999, 2001

Faculty, Twenty-first Annual Mammoth Mountain Emergency Medicine Conference, Mammoth Lakes, California, March 2001

Faculty, Third Annual ACEP Emergency Medicine Connection, San Diego, California, March 2001

Member, Health and Human Services Committee, San Diego Foundation, May 2001-2005

Associate Editor, *Emergency Medicine Alert*, publication of American Health Care Consultants, Atlanta, Georgia, 2000-2005

Member, Community Acquired Pneumonia Multidisciplinary Team, JCAHO Oryx Core Measurements, UCSD Medical Center, 2002-2006

Member, Acute Myocardial Infarction Multidisciplinary Team, JCAHO Oryx Core Measurements, UCSD Medical Center, 2002-2006

Editor, *Clinical Briefs in Emergency Medicine*, publication of American Health Consultants, Atlanta, Georgia, 2003

UCSD/San Diego Sheriff Security Working Group, 2003-2007

UCSD Committee on Affirmative Action and Diversity, Member 2004-2007, Vice-Chair 2005-2006, Chair 2006-2007

Senior Reviewer, *Annals of Emergency Medicine*, Elsevier Science, Inc., 2005

Chair, Communications Subcommittee, Inpatient Task Force, UCSD Medical Center, 2005-2007

Member, UCSD Faculty Rights and Welfare Committee, 2006

Chair, San Diego Foundation Disaster Board, 2002-2011

Member, UCSD Academic Senate Council, 2006-2007

Member, UCSD Senate-Administration Council, 2006-2007

Member, US National Institute of Justice Less Lethal Technical Working Group, 2006

Member, Professional Standings Committee, UCSD Medical Center, 2006-2013

Institute of Medicine, Committee on Research Priorities in Emergency Preparedness and Response for Public Health Systems, 2007

Member, UCSD Department of Radiology Faculty Search Committee, 2007-2008

Member, UCSD Inpatient Redesign Task Force, UCSD Medical Center, 2007-2008

Member, Governor's Interagency Coordinating Council for the Prevention of Alcohol and Other Drug Problems - California Screening, Brief Intervention, and Referral to Treatment (CASBIRT) Subcommittee, 2007-2008

Member, Laboratory and Pathology Search Committee – 2007-2009

Member, California Screening Brief Intervention, Referral, and Treatment (CASBIRT), 2007-2009

Member, Thornton Improvement Task Force, 2007-2010

Member, CDC coordinating Office for Terrorism Preparedness and Emergency Response (CDC COPTER), Special Emphasis Panel for P01 RFA TP-08-001 (Preparedness and Emergency)

Response Research Centers: A Public Health Systems Approach, July 2008

Reviewer, *American Journal of Emergency Medicine, Elsevier*, Inc., 2008

Vice Chair, UCSD Committee on Academic Personnel, 2009; Member 2008-2011

Member, ED/Pharmacy Review Committee, 2008-2013

Member, USAMRMC Broad Agency Announcements Review Committee, 2009

Member, CVC Facilities and Operations Committee, 2009-2011

## RESEARCH GRANT FUNDING:

1. Co-Principal Investigator with Dr. Tom Neuman, for study entitled, "Restraint Position and Positional Asphyxia." Study funded by the County of San Diego, Grant #94-1974R, 1995. Amount: $33,900.

2. Principal Recipient, unrestricted grant from Cook, Incorporated for Research and Education on the Melcker Cricothyrotomy Kit, 1997-98. Amount: $10,000.

3. Co-Principal Investigator for study entitled, "Comparison of Respiratory Function in the Prone Maximal Restraint With and Without Additional Weight Force on the Back." American Academy of Forensic Sciences, with Doctors John Eisele, Jack Clausen, Tom Neuman and Gary Vilke, 1999-2000. Amount: $3,000.

4. Principal Investigator for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions." Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99. UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079. 2001-02. Amount: $128,176.

5. Co-Principal Investigator for study entitled, "Improving Access, Awareness and Use of the California Regional Poison Center in Two Ethnically Diverse Communities in San Diego." UCSD Civic Collaborative, with Dr. Richard F. Clark, 2001-02. Amount: $5,000.

6. Co-Principal Investigator for study to design and assess the impact of a community outreach program to improve awareness and use of the California Poison Control System by Latino and other underserved communities in San Diego. Part of a Community Outreach Partnership Centers Program New Directions Grant from the federal Office of Housing and Urban Development, with Dr. Richard Clark and Dr. Vivian Reznik (UCSD Pediatrics Department), 2002-04. Amount: $4,000.

7. Principal Recipient, unrestricted grant from Cook, Incorporated for Research and Education on the Cuffed Melcker Cricothyrotomy Kit, 2003. Amount: $12,000.

8. Principal Investigator & Project Director, for project on Emergency Department Crowding & Safety Net Assessment, funded by the Urgent Matters Program, Robert

    Wood Johnson Foundation, grant # 048545.  Amount: $150,000 total ($100,000 technical assistance; $25,000 UCSD project direction, $25,000 safety net assessment).

9. Co-Investigator for study entitled Wireless Internet Information System for Medical Response to Disasters (WIISARD), funded by the National Library of Medicine. 2003-2008.  Amount: $3,200,000.

10. Co-Principal Investigator, with Dr. Daniel Davis, for study entitled Emergency Department National Alcohol Screening Day, Alcohol Education Project, funded by NIH, grant #1 R03 AA015120-01. 2005.  Amount: $25,000.

11. Co-Principal Investigator, with Dr. Gary Vilke, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects."  Study funded by the National Institute of Justice, U.S. Department of Justice, 2005-7.  UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079.  Amount: $213,941.49

12. Principal Investigator, for study entitled, "Improving Medical Home and Primary Care Access to the Community Clinics Through the ED (IMPACT-ED)."  Study funded by the Alliance Healthcare Foundation, 2006-7.  Alliance Grant #06-3114.  Amount: $25,000.

13. Principal Investigator, for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects."  Study funded by the Institute for the Prevention of In-Custody Deaths, Inc., 1/1/07 to 12/31/07.  Amount: $11,658.00

14. Co-Principal Investigator, with Jean Marshall, RN, for study entitled, "Impact of the State Mandated Nurse-Patient Ratio on ED Crowding, Flow and Patient Care".  EMF/ENAF (Emergency Medicine Foundation / Emergency Nurses Association Foundation) Directed Team Grant, ED Overcrowding Research Award, 2007-08.  Amount: $50,000.

15. Co-Principal Investigator, with Dr. Joshua Lee, for project entitled, "San Diego Safety Net Health Information Exchange."  Project funded by Pacificare/United Healthcare, 2008-2011.  Amount: $715,000.

16. Co-Investigator for study entitled, "California ED Diversion Project Evaluation."  Funded by the California Healthcare Foundation, 05/2008 to 11/2008.  Amount $50,990.

17. Co-Investigator for study entitled, "Safety Net Connect."  Funded by the Agreement for Healthcare Safety Net Services, County of San Diego Health and Human Services Agency, 09/2008 to 01/2011.  Amount: $2,016,196.

18. Co-Principal Investigator for study entitled Wireless Internet Information System for Medical Response to Disasters (WIISARD SAGE), funded by the National Library of Medicine, RO1LM009522-01A1. 10/2010-10/2012. Amount: $3,763,964.

19. Principal Investigator, for study entitled, "ONC/San Diego Beacon Community Collaborative Grant." to advance health information technology.  Funded by Office of

the National Coordinator for Health Information Technology, Health Resources and Services Administration, 90BC0015/01, 04/2010 to 10/2013. Amount: $15,275,115.

20. Co-Investigator with Dr. James Killeen for study entitled "National Strategy for Trusted Identities in Cyberspace (NSTIC): Identity Ecosystem for Patient-Centered Coordination of Care", funded by the National Institute for Standards and Technology. Grant #70NANB12D296 9/2012-9/2013. Amount $165,000.

21. Co-Principal Investigator with Dr. Kevin Patrick for study entitled "DELPHI: Data e-Platform to Leverage multi-level Personal Health Information", funded by the National Science Foundation. NSF #1237174. 10/2012-9/2016. Amount: $2.0 million.

22. Co-Investigator with Dr. Gary Vilke for study entitled "EXCITATION: Unexplained In-custody Deaths: Evaluating Biomarkers of Stress and Agitation", funded by the National Institute of Justice, US Department of Justice. NIJ Award 2012-R2-CX-K006 11/2012-11/2013. Amount $431,942.

## PUBLICATIONS:

### Articles

1. Chan TC, Williams SR, Clark RF: Formic acid burns resulting in systemic toxicity. Ann Emerg Med 1995;26(3):383-386.

2. Chan T, Vilke GM, Williams S: Bidirectional tachycardia associated with digoxin toxicity. J Emerg Med 1995;13(1):89.

3. Bauman BH, Vilke G, Chan T: Dexamethasone use in croup. West J Med 1996;164(1):66.

4. Chan TC, Krishel SJ, Bramwell KJ, Clark RF: Survey of illegal immigrants seen in an emergency department. West J Med 1996;164(3):212-216.

5. Chan T, Dunford J: Severe tophaceous gout. J Emerg Med 1996;14(2):223.

6. Chan TC, Hayden S: Early retropharyngeal abscess formation after treatment of scarlet fever. J Emerg Med 1996;14(3):377.

7. Chan TC: Supracondylar fracture. J Emerg Med 1997;15(1):99.

8. Chan TC, Evans SD, Clark RF: Drug-induced hyperthermia. Crit Care Clinics North Am 1997;13(4):785-808.

9. Chan TC, Hayden SR, Schwartz B, Fletcher T, Clark RF: Patients' satisfaction when denied authorization for emergency department care by their managed care plan. J Emerg Med 1997;15(5):611-616.

10. Chan TC, Vilke GM, Neuman T, Clausen JL: Restraint position and positional asphyxia. Ann Emerg Med 1997;30(5):578-586.

11. Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM: Outcome study of prehospital patients signed out against medical advice by field paramedics. Ann Emerg Med 1998;31(2):247-250.

12. Chan TC, Vilke GM, Neuman T: Reexamination of custody restraint position and positional asphyxia. Am J Forensic Med Pathol 1998;19(3):201-205.

13. Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J: Positional asphyxia (Reply to letter to the editor). Ann Emerg Med 1998;32(1):117-118.

14. Vilke GM, Mahoney G, Chan TC: Postpartum coronary artery dissection. Ann Emerg Med 1998;32(2):260-262.

15. Ma G, Chan TC: Atlantoaxial dislocation. J Emerg Med 1999;17(1):113-114.

16. Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P: Emergency department airway management before and after an emergency medicine residency. J Emerg Med 1999;17(3):427-431.

17. Brady WJ, Chan TC: Electrocardiographic manifestations: Benign early repolarization. J Emerg Med 1999;17(3):473-478.

18. Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P: Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part I. J Emerg Med 1999;17(3):479-489.

19. Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P: Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part II. J Emerg Med 1999;17(4):697-709.

20. Vilke GM, Buchanan J, Dunford JV, Chan TC: Are heroin overdose deaths related to patient release after prehospital treatment with naloxone? Prehosp Emerg Care 1999;3(3):183-186.

21. Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P: Nasotracheal intubation in the emergency department, revisited. J Emerg Med 1999;17(5):791-799.

22. Chan TC, Brady WJ, Pollack M: Electrocardiographic manifestations: Acute myoperi-carditis. J Emerg Med 1999;17(5):865-872.

23. Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF: Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor). Acad Emerg Med 1999;6(10):1075-1076.

24. Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P: Comparison of wire-guided cricothyrotomy versus standard surgical cricothyrotomy technique. J Emerg Med 1999;17(6):957-962.

25. Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T: Restraint position and positional asphyxia (Reply to letter to the editor). Am J Forensic Med Pathol 2000; 21(1):93.

26. Brady WJ, Chan TC, Pollack M: Electrocardiographic manifestations: Patterns that confound the EKG diagnosis of acute myocardial infarction - Left bundle branch block, ventricular paced rhythm, and left ventricular hypertrophy. J Emerg Med 2000;18(1):71-78.

27. Torbati SS, Chan TC: Classic helical CT scan findings of acute appendicitis. J Emerg Med 2000;18(1):101.

28. Vilke GM, Chan TC, Guss DA: Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury. Am J Emerg Med 2000;18(2): 159-163.

29. Vilke GM, Chan TC, Neuman T, Clausen JL: Spirometry in normal subjects in sitting, prone, and supine positions. Respir Care 2000;45(4):407-410.

30. Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw. J Emerg Med 2000;19(2):125-129.

31. Chan TC: Diagnostic imaging for appendicitis. Emergency Medicine Alert 2000;7(2):12-15.

32. Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P: Rapid sequence intubation in the field versus hospital in trauma patients. J Emerg Med 2000;19(3):259-264.

33. Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J: Successful prehospital airway management by EMT-Ds using the Combitube. Prehosp Emerg Care 2000;4(4):333-337.

34. Vilke GM, Marino A, Iskander J, Chan TC: Emergency department patient knowledge of medications. J Emerg Med 2000;19(4):327-330.

35. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report. NCJ 182433. Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

36. Pollack ML, Chan TC, Brady WJ: Electrocardiographic manifestations: Aberrant ventricular conduction. J Emerg Med 2000;19(4):363-367.

37. Ma G, Brady WJ, Pollack M, Chan TC: Electrocardiographic manifestations: Digitalis toxicity. J Emerg Med 2001;20(2):145-152.

38. Vilke GM, Chan TC: Physician effect on out of hospital patients signing out against medical advice. Pre-hospital Immediate Care 2001;5(1):38-40.

39. Brady WJ, Perron AD, Chan T: Electrocardiographic ST-segment elevation: Correct identification of acute myocardial infarction (AMI) and non-AMI syndromes by emergency physicians. Acad Emerg Med 2001;8(4):349-360.

40. Brady WJ, Erling B, Pollack M, Chan TC: Electrocardiographic manifestations: Acute posterior wall myocardial infarction. J Emerg Med 2001;20(4):391-401.

41. Brady WJ, Aufderheide TP, Chan T, Perron AD: Electrocardiographic diagnosis of acute myocardial infarction. Emerg Med Clin North Am 2001;19(2):295-320.

42. Patel RJ, Vilke GM, Chan TC: The prehospital electrocardiogram. J Emerg Med 2001; 21(1):35-39.

43. Harrigan R, Brady W, Chan T: Cases in Electrocardiography - The Symptoms: Lethargy and tachycardia following antidepressant ingestion. The Diagnosis: Tricyclic antidepressant overdose. Emergency Medicine News 2001;XXIII(6):30,32.

44. Chan TC: What's new in antibiotic therapy for acute otitis media. Emergency Medicine Alert 2001;8(2):12-15.

45. Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV: Outcome study of minors after parental refusal of paramedic transport. Prehosp Emerg Care 2001;5(3):278-283.

46. Vilke GM, Marino A, Fisher R, Chan TC: Estimation of pediatric patient weight by EMT-Ps. J Emerg Med 2001;21(2):125-128.

47. Ho C, Coimbra R, Hoyt DB, Chan TC: Severe traumatic brain injury from unmotorized scooter. J Emerg Med 2001;21(2):133-136.

48. Chan T, Harrigan R, Brady W: Cases in Electrocardiography - The Symptoms: HIV-positive, hypertensive, unresponsive. The Diagnosis: Verapamil-ritonavir drug interaction. Emergency Medicine News 2001;XXIII(9):22,25.

49. Chan TC, Vilke GM, Pollack M, Brady WJ: Electrocardiographic manifestations: Pulmonary embolism. J Emerg Med 2001;21(3):263-270.

50. Ullman E, Brady WJ, Perron AD, Chan T, Mattu A: Electrocardiographic manifestations of pulmonary embolism. Am J Emerg Med 2001;19(6):514-519.

51. Brady WJ, Harrigan R, Chan T: Cases in Electrocardiography - The Symptoms: Chest pain with ST segment elevation in a cocaine user. The Diagnosis: Benign early repolarization. Emergency Medicine News 2001;XXIII(12):24,30,36.

52. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: Pepper spray's effects on a suspect's ability to breathe. Research in Brief (NCJ 188069),

December 2001. Washington, DC: United States Department of Justice, National Institute of Justice.

53. Vilke GM, Steen PJ, Smith AM, Chan TC: Out-of-hospital pediatric intubation by paramedics: The San Diego experience. J Emerg Med 2002;22(1):71-74.

54. Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T: The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function. J Forensic Sci 2002;47(2):299-304.

55. Fijewski TR, Pollack ML, Chan TC, Brady WJ: Electrocardiographic manifestations: Right ventricular infarction. J Emerg Med 2002;22(2):189-194.

56. Harrigan R, Chan T, Brady W: Cases in Electrocardiography - The Symptoms: Dyspnea and chest pain. The Diagnosis: Pulmonary embolism. Emergency Medicine News 2002; XXIV(3):8,12.

57. Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC: Midazolam for the treatment of out-of-hospital pediatric seizures. Prehosp Emerg Care 2002;6(2):215-217.

58. Vilke GM, Chan TC: Agitated delirium and sudden death (Letter to the editor). Prehosp Emerg Care 2002;6(2):259-260.

59. Martinez-Lopez JI / Brady WJ, Ma G, Pollack M, Chan TC: Electrocardiographic manifes-tations: Digitalis toxicity (Reply to letter to the editor). J Emerg Med 2002;22(3):299-300.

60. Vilke GM, Fisher R, Chan TC: An evaluation of the risk for latex allergy in prehospital EMS providers. J Emerg Med 2002;22(4):345-348.

61. Chan TC: Post-exposure prophylaxis for needlesticks and other occupational exposures. Emergency Medicine Alert 2002;9(2):12-15.

62. Chan T, Brady W, Harrigan R: Cases in Electrocardiography - The Symptoms: Acute onset shortness of breath, nausea and atrial fibrillation. The Diagnosis: Digoxin toxicity. Emergency Medicine News 2002;XXIV(6):28,30.

63. Brady W, Harrigan R, Chan T: Cases in Electrocardiography - The Symptoms: Chest pain, diaphoresis, dyspnea, nausea. The Diagnosis: Acute posterior wall myocardial infarction. Emergency Medicine News 2002;XXIV(9):18,20-22.

64. Chew GS, Vilke GM, Davis DP, Chan TC: Toomey™ syringe aspiration may be inaccurate in detecting esophageal intubation following gastric insufflation. J Emerg Med 2002;23(4): 337-340.

65. Harrigan R, Chan T, Brady W: Cases in Electrocardiography – Symptoms: Extreme dyspnea and chest pain. Diagnosis: Pericardial tamponade. Emergency Medicine News 2002;XXIV (12):25-27.

66. Clark RF, Phillips M, Manoguerra AS, Chan TC: Evaluating the utilization of a regional poison center by Latino Communities. Clin Toxicol 2002; 40(7):855-860.

67. Pollack ML, Brady WJ, Chan TC: Electrocardiographic manifestations: Narrow QRS complex tachycardias. J Emerg Med 2003; 24(1):35-43.

68. Chan T, Brady W, Harrigan R: Cases in Electrocardiography – Diagnosis: Hyperkalemia. Diagnosis: Hyperkalemia. Emergency Medicine News 2003;XXV(1):8-9.

69. Nelson JA, Knowlton KU, Harrigan R, Pollack ML, Chan TC: Electrocardiographic manifestations: wide complex tachycardia due to accessory pathyway. J Emerg Med 2003; 24(3):295-301.

70. Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC: Safety and effectiveness of methohexital for procedural sedation in the emergency department. J Emerg Med 2003; 24(3):315-18.

71. Brady W, Harrigan R, Chan T: Cases in Electrocardiography – Symptoms: A wide complex tachycardia. Emergency Medicine News 2003;XXV (6):22-27.

72. Harrigan RA, Pollack ML, Chan TC: Electrocardiographic manifestations: Bundle branch blocks and fascicular blocks. J Emerg Med 2003; 25(1):67-77.

73. Chan TC, Vilke GM, Smith S, Sparrow W, Dunford JV: Impact of an after-hours on-call emergency physician on ambulance transports from a county jail. Prehosp Emerg Care 2003; 7(3):327-331.

74. Vilke GM, Chan TC, Neuman T: Patient Restraint in EMS. Prehosp Emerg Care 2003; 7(3):417.

75. Deitch S, Davis DP, Schatteman J, Chan TC, Vilke GM: The use of etomidate for prehospital rapid-sequence intubation. Prehosp Emerg Care 2003; 7(3):380-83.

76.

77. Vilke GM, Sloane C, Smith AM, Chan TC: Assessment for deaths in out-of-hospital heroin overdose patients treated with naloxone who refuse transport. Acad Emerg Med 2003; 10(8):893-896.

78. Harrigan R, Chan T, Brady W: Cases in Electrocardiography – Symptoms: Chest Pain and Palpitations. Emergency Medicine News 2003;XXV (9):25, 28.

79. Hudson KB, Brady WJ, Chan TC, Pollack M, Harrigan RA: Electrocardiographic manifestations: Ventricular Tachycardia. J Emerg Med 2003; 25(3):303-314.

80. Brady WJ, Harrigan RA, Chan TC: Middle-aged man with chest pain after exercise. Consultant 2003; 43(13):1540-1545.

81. Chan T, Brady W, Harrigan R: Cases in Electrocardiography – Symptoms: Weakness and muscle cramps. Emergency Medicine News 2003;XXV (12):24,26.

82. Calkins T, Chan TC, Clark RF, Stepanski B, Vilke GM: Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose. Emerg Med J 2003; 20:483-486.

83. Patel RJ, Chan TC: Images in emergency medicine. Ann Emerg Med 2003; 43(2):291,295.

84. Austin T, Davis J, Chan TC: Sialolithiasis of submandibular gland. J Emerg Med 2004; 26(2):221-223.

85. Harrigan RA, Brady WJ, Chan TC: Chest pain and dyspnea in an immobilized man. Consultant 2004; 44(2):197-200.

86. Vilke GM, Smith AM, Chan TC: Leaving against medical advice after out-of-hospital naloxone: a closer look is needed. Acad Emerg Med 2004; 11(3):323-324.

87. Vilke GM, Harrigan RA, Ufberg JW, Chan TC: Emergency evaluation and treatment of priapism. J Emerg Med 2004; 26(3):325-329.

88. Davis DP, Wold RM, Patel RJ, Tran AJ, Tokhi RN, Chan TC, Vilke GM: The clinical presentation and impact of diagnostic delays on emergency department patients with spinal epidural abscess. J Emerg Med 2004; 26(3):285-291.

89. Chan T, Brady W, Harrigan R: Cases in Electrocardiography – Symptoms: Sinus Bradycardia with ST Segment Elevation. Emergency Medicine News 2004;XXVI (3):46,48,50,52.

90. Rotondo N, Pollack ML, Chan TC, Brady WJ, Harrigan RA: Electrocardiographic manifestations: acute inferior wall myocardial infarction. J Emerg Med 2004; 26(4):433-440.

91. Chan TC, Ufberg J, Harrigan RA, Vilke GM: Nasal foreign body removal. J Emerg Med 2004; 26(4):441-445.

92. Vilke GM, Smith AM, Upledger Ray L, Steen PJ, Murrin PA, Chan TC: Airway obstruction in children aged less than 5 years: the prehospital experience. Prehosp Emerg Care 2004; 8(2):196-199.

93. Chan TC, Brady WJ, Harrigan RA: Sudden onset of palpitations and light-headedness in a young woman. Consultant 2004; 44(4):613-616.

94. Chan TC: Radiologic hazards and acute radiation exposure. Emergency Medicine Alert 2004; 11(2):13-15.

95. Harrigan R, Chan TC, Brady W: Cases in Electrocardiography – Symptoms: Chest pain with ECG changes. Emergency Medicine News 2004;XXVI (6):12,18,20.

96. Vilke GM, Jin A, Davis DP, Chan TC: Prospective randomized study of viscous lidocaine versus benzocaine in a GI cocktail for dyspepsia. J Emerg Med 2004; 27(1): 7-9.

97. Diercks DB, Shumaik GM, Harrigan RA, Brady WJ, Chan TC: Electrocardiographic manifestations: electrolyte abnormalities. J Emerg Med 2004; 27(2):153-160.

98. Brady WJ, Harrigan RA, Chan TC: Man with persistent chest pain and ST-segment depression. Consultant 2004; 44(8):1153-1159.

99. Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM: Weight force during prone restraint and respiratory function. Am J Forensic Med Pathol 2004; 25(3):185-189.

100. Harrigan RA, Brady WJ, Chan TC: Nausea and weakness in a woman with multiple diseases. Consultant 2004; 44(9):1234-1238.

99. Ufberg JW, Vilke GM, Chan TC, Harrigan RA: Anterior shoulder dislocations: Beyond traction-countertraction. J Emerg Med 2004; 27(3):301-306.

100. Chan TC, Brady W, Harrigan R: Cases in Electrocardiography – Symptoms: Elderly woman with chest 'muscle tightness.' Diagnosis: acute myopericarditis. Emergency Medicine News 2004;XXVI (6):48,54,56.

101. Vilke, GM, Castillo EM, Metz MA, Upledger Ray L, Murrin PA, Lev R, Chan TC: Community trial to decrease ambulance diversion hours: the San Diego County patient destination trial. Ann Emerg Med 2004; 44(4):295-303.

102. Mancuso EM, Brady WJ, Harrigan RA, Pollack M, Chan TC: Electrocardiographic manifestations: Long QT syndrome. J Emerg Med 2004; 27(4):385-393.

103. Chan TC, Killeen J, Griswold W, Lenert L: Information technology and emergency medical care during disasters. Acad Emerg Med 2004; 11(11):1229-1236.

104. Chan TC, Brady WJ, Harrigan RA. Chest "tightness" in elderly woman. Consultant 2004; 44(14):1792-1796.

105. Vilke GM, Castillo EM, Ray LU, Murrin PA, Chan TC. Evaluation of pediatric glucose monitoring and hypoglycemic therapy in the field. Pediatr Emerg Care 2005;21(1):1-5.

106. Brady WJ, Harrigan RA, Chan TC: Woman with persistent ECG abnormalities after chest pain resolves. Consultant 2005; 45(1):46-50.

107. Harrigan RA, Brady WJ, Chan TC: Near-syncope in an elderly woman. Consultant 2005; 45(2):177-182.

108. Vilke GM, Chan TC, Dunford JV, Metz M, Ochs G, Smith A, Fisher R, Poste JC, McCallum-Brown L, Davis DP: The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system. Resuscitation 2005; 64(3):341-6.

109. Harrigan R, Chan T, Brady W: Cases in Electrocardiography – ST Segment Elevation:Putting the Vital in Vital Signs. Emergency Medicine News 2005;XXVII (3):12,14,16.

110. Chan TC, Harrigan RA, Brady WJ: Weakness and dyspnea in a young man. Consultant 2005; 45(6):696-699.

111. Harrigan R, Chan T, Brady W: Cases in Electrocardiography – Young man collapses after police arrest. Emergency Medicine News 2005;XXVII (6):8,12,14.

112. Chan TC, Richardson W: Periumbilical pain in a young woman. J Emerg Med 2005; 29(2):213-241.

113. Davis DP, Grossman K, Kiggins DC, Vilke GM, Chan TC: The inadvertent administration of anticoagulants to ED patients ultimately diagnosed with thoracic aortic dissection. Am J Emerg Med. 2005;23(4):439-442.

114. Brady W, Harrigan R, Chan T: Cases in Electrocardiography – The Chest Pain Patient with Prominent T Waves. Emergency Medicine News 2005;XXVII (9):8,10,11.

115. Brady WJ, Harrigan RA, Chan T: Syncope in a woman with a history of myocardial infarction. Consultant 2005; 45(10):1155-1162.

116. Harrigan RA, Brady WJ, Chan T: Chest pain in a woman with recent coronary stent. Consultant 2005; 45(12):1267-1270.

117. Chan TC, Killeen JP, Kelly D, Guss DA: Impact of Rapid Entry and Accelerated Care at Triage on Reducing Emergency Department Patient Wait Times, Lengths of Stay, and Rate of Left Without Being Seen. Ann Emerg Med 2005; 46(6):491-497.

118. Brady WJ, Harrigan RA, Chan T: Hypotension in a man with acute MI. Consultant 2006; 46(1):65-70.

119. Harrigan RA, Brady WJ, Chan T: Chest pain and palpitations in a young woman. Consultant 2006; 46(2):193-196.

120. Chan T, Brady W, Harrigan R: Young woman with sudden onset of palpitations and lightheadedness. Emergency Medicine News 2006;XXVIII (3):49-51.

121. Chan T, Harrigan R, Brady W: Weakness and nausea in an elderly woman. Consultant 2006; 46(4):447-452.

122. Brady WJ, Harrigan RA, Chan T: Chestpain, ST segment elevation with remote MI. Emergency Medicine News 2006;XXVIII(6):30,38.

123. Welch SJ, Slovis C, Jensen K, Chan T, Davidson SJ: Time for a rigorous performance improvement for emergency medicine residents. Acad Emerg Med 2006; 13(7):783-786.

124. Brady WJ, Harrigan RA, Chan T: Bradycardia in a man with acute chest pain. Consultant 2006; 46(8):894-900.

125. Chan T, Brady WJ, Harrigan RA: Elderly man with shoulder pain following fall. Consultant 2006; 46(9):1173-1175.