# EXHIBIT 1

## Continued

126. Goldstein EH, Hradecky G, Vilke GM, Chan TC: Impact of a standardized protocol to address methicillin-resistant *staphylococcus aureus* skin infections at a large, urban county jail system. J Correctional Health Care 2006; 12(3):181-188.

127. Dunford JV, Castillo EM, Chan TC, Vilke GM, Jenson P, Lindsay SP. Impact of the San Diego Serial Inebriate Program (SIP) on the use of emergency medical resources. Ann Emerg Med 2006; 47(4): 328-36.

128. Vilke GM, Smith AM, Stepanski B, Shipp HE, Upledger Ray L, Murrin PA, Chan TC: Impact of the San Diego County firestorm on Emergency Medical Services. Prehosp Dis Med 2006;21(5):353-358.

129. Chappel S, Vilke GM, Chan TC, Harrigan RA, Ufberg JW: Peripheral venous cutdown. J Emerg Med 2006;31(4):411-416.

130. Soroudi A, Shipp HE, Stepanski BM, Ray LU, Murrin PA, Chan TC, Davis DP, Vilke GM. Adult foreign body airway obstruction in the prehospital setting. Prehosp Emerg Care. 2007 Jan-Mar;11(1):25-9.

131. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW: Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. J Forensic Sci 2007;52(1):171-175.

132. Chan T, Brady W, Harrigan R: 86-Year-Old woman not feeling well. Emergency Medicine News 2007;XXIX(1):8,11.

133. Harrigan RA, Chan TC, Moonblatt S, Vilke GM, Ufberg JW: Temporary transvenous pacemaker placement in the Emergency Department. J Emerg Med 2007;32(1):105-111.

134. Brady WJ, Harrigan RA, Chan TC: A tale of two "pulseless electrical activity" cardiac arrest rhythms. Consultant 2007; 47(1):65-70.

135. Chan T, Brady W, Harrigan R: The adult chest pain patient with a nondiagnostic ECG. Emergency Medicine News 2007; XXIX(3):14,20,22.

136. Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR: The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model. J Emerg Med 2007;32(4):405-407.

137. Chan T, Harrigan RA, Brady WJ: Weakness in a young woman. Consultant 2007;47(5):477-480.

138. Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM: Cardiac monitoring of human subjects exposed to the Taser. J Emerg Med 2007; 33(2):113-117.

139. Firestone D, Wos A, Killeen JP, Chan TC, Guluma K, Davis DP, Vilke GM: Can

urine dipstick be used as a surrogate for serum creatinine in emergency department patients who undergo contrast studies?  J Emerg Med 2007; 33(2):119-122.

140. Khalegi M, Loh A, Vromin D, Chan TC, Vilke GM:  The effects of minimizing ambulance diversion hours on emergency departments.  J Emerg Med 2007; 33(2):155-159.

141. Chan T, Brady W, Harrigan R:  Cases in electrocardiography.  Two-day-old infant not feeding well.  Emergency Medicine News 2007; XXIX(9):6,10.

142. Harrigan RA, Brady WJ, Chan T: Deciphering an irregularly irregular rhythm.  Consultant 2007;47(10):905, 909-912.

143. Vilke GM, Chan TC:  Less lethal technology: medical issues.  Policing 2007;30(3):341-357.

144. Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC:  Physiological effects of a conducted electrical weapon on human subjects.  Ann Emerg Med 2007;50(5):569-575.

145. Chan T, Harrigan RA, Brady WJ:  Middle-aged man with light-headedness, nausea, and palpitations.  Consultant 2007;47(13):1141-1148.

146. The Academic ED SBIRT Research Collaborative (Chan TC, member):  An evidence-based alcohol screen, brief intervention and referral to treatment (SBIRT) curriculum for emergency department (ED) providers improves skills and utilization.  SUBA 2007;28(4):79-92.

147. Academic ED SBIRT Research Collaborative (Chan TC, member):  The impact of screening, brief intervention, and referral for treatment on emergency department patients' alcohol use.  Ann Emerg Med 2007; 50(6):699-710.

148. Guss DA, Chan TC, Killeen JP:  The impact of a pneumatic tube and computerized physician order management on lab turnaround time.  Ann Emerg Med 2008; 51(2):181-185.

149. Committee on Research Priorities in Emergency Preparedness and Response for Public Health Systems (Chan TC, member):   Research Priorities in Emergency Preparedness and Response for Public Health Systems.  Institute of Medicine of the National Academies Report 2008; 1-27.

150. Sloane CM, Chan TC, Vilke GM:  Thoracic spine compression fracture after Taser activation.  J Emerg Med 2008; 34(3):283-285.

151. Chan TC, Harrigan RA, Ufberg J, Vilke GM:  Mandibular reduction.  J Emerg Med 2008; 34(4):435-440.

152. Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM:  Serum tropinin I measurement of subjects exposed to the Taser X-26.  J Emerg Med 2008; 35(1):29-32.

153. Brady WJ, Harrigan RA, Chan T: Wide-complex rhythm in a young woman with renal disease. Consultant 2008; 48(6):547-554.

154. Vilke GM, Ufberg JW, Harrigan RA, Chan TC: Evaluation and treatment of acute urinary retention. J Emerg Med 2008; 35(2):193-198.

155. Chan TC, Sharieff GQ, Brady WJ: Electrocardiographic manifestations: Pediatric ECG. J Emerg Med 2008; 35(4):421-430.

156. Vilke GM, Johnson WD, Castillo EM, Sloane C, Chan TC: Tactical and subject considerations of in-custody deaths proximal to use of conductive energy devices. Am J Forensic Med Pathol 2009; 30(1):23-25.

157. Tornabene SV, Deutsch R, Davis DP, Chan TC, Vilke GM: Evaluating the Use and Timing of Opioids for the Treatment of Migraine Headaches in the Emergency Department. J Emerg Med 2009; 36(4):333-337.

158. Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC: Physiologic effects of the TASER after exercise. Acad Emerg Med 2009; 16(8):704-710.

159. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA, Feinberg R, Friedman L: Impact of an internet-based emergency department appointment system to access primary care at safety net community clinics. Ann Emerg Med 2009; 54(2):279-284.

160. Chan TC, Killeen JP, Vilke GM, Marshall JB, Castillo EM: Effect of Mandated Nurse–Patient Ratios on Patient Wait Time and Care Time in the Emergency Department. Acad Emerg Med 2010; 17(5):545-552.

161. Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC: Collaborative to decrease ambulance diversion: the California Emergency Department Diversion Project. J Emerg Med 2011; 40(3):300-7.

162. Davis DP, Salazar A, Chan TC, Vilke GM. Prospective evaluation of a clinical decision guideline to diagnose spinal epidural abscess in patients who present to the emergency department with spine pain. J Neurosurg Spine; 14:765–770. Epub 2011 Mar 18.

163. Vilke GM, Debard ML, Chan TC, Ho JD, Dawes DM, Hall C, Curtis MD, Costello MW, Mash DC, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature. J Emerg Med. 2011 Mar 24.

164. Vilke GM, Chan TC. Evaluation and management for carotid dissection in patients presenting after choking or strangulation. J Emerg Med 2011; 40(3):355-8.

165. Vilke GM, Bozeman WP, Chan TC. Emergency department evaluation after conducted energy weapon use: review of the literature for the clinician. Emerg Med. 2011 May;40(5):598-604.

166. Lenert LA, Kirsh D, Griswold WG, Buono C, Lyon J, Rao R, Chan TC. Design and evaluation of a wireless electronic health records system for field care in mass casualty settings. J Am Med Inform Assoc. Epub 2011 Jun 27.

167. Vilke GM, Sloane C, Castillo EM, Kolkhorst FW, Neuman TS, Chan TC. Evaluation of the ventilatory effects of a restraint chair on human subjects. J Emerg Med. 2011 Jun;40(6):714-8.

168. Chan TC, Griswold WG, Buono C, Kirsh D, Lyon J, Killeen JP, Castillo EM, Lenert L. Impact of Wireless Electronic Medical Record System on the Quality of Patient Documentation by Emergency Field Responders during a Disaster Mass-Casualty Exercise. Prehosp Disaster Med. 2011 Jul-Aug;26(4):268-75.

169. Vilke GM, Sloane CM, Chan TC. "Funding source and author affiliation in TASER research are strongly associated with a conclusion of device safety" (Letter). Am Heart J. 2012 Mar;163(3):e5; author reply e9. Epub 2012 Feb 2.

170. Vilke GM, Sloane CM, Chan TC. Clarification of funding sources in "Electronic control device exposures: a review of morbidity and mortality" (Letter). Ann Emerg Med. 2012 Apr;59(4):336.

171. Nordt SP, Vilke GM, Clark RF, Lee Cantrell F, Chan TC, Galinato M, Nguyen V, Castillo EM. Energy drink use and adverse effects among emergency department patients. J Community Health. 2012 Oct;37(5):976-81.

172. Tadros AS, Castillo EM, Chan TC, Jensen AM, Patel E, Watts K, Dunford JV. Effects of an emergency medical services-based resource access program on frequent users of health services. Prehosp Emerg Care. 2012 Oct-Dec;16(4):541-7. Epub 2012 Jun 19.

173. Harrigan RA, Chan TC, Brady WJ. Electrocardiographic electrode misplacement, misconnection, and artifact. J Emerg Med. 2012 Dec;43(6):1038-44. Epub 2012 Aug 25.

174. Vilke GM, Chan TC, Karch S. Letter by Vilke et al regarding article, "sudden cardiac arrest and death following application of shocks from a TASER electronic control device" (Letter). Circulation. 2013 Jan 1;127(1):e258.

175. Repanshek ZD, Ufberg JW, Vilke GM, Chan TC, Harrigan RA. Alternative treatments of pneumothorax. J Emerg Med. 2013 Feb;44(2):457-66 Epub 2012 May 22.

176. DeMers G, Kahn C, Johansson P, Buono C, Chipara O, Griswold W, Chan T. Secure scalable disaster electronic medical record and tracking system. Prehosp Disaster Med 2013;28(5):1-4.

177. The Effect of the Prone Maximal Restraint Position with and without Weight Force on Cardiac Output and Other Hemodynamic Measures. J Forensic Legal Med. 2013 Aug;20: 991-995.

178. Vilke GM, Bozeman WP, Chan TC. Emergency department evaluation after conducted energy weapon use: review of the literature for the clinician (Letter to the editor) J Emerg Med. 2014 April;46(4):533-536.

179. Pao B, Riner M, Chan T. Impact of the Balance Billing Ban on California Emergency Providers. West JEM. 2014 Jan, online.


## Texts/Books

1. Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001.

2. Atlas of Emergency Procedures. (Edition translated to Spanish). Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2005.

3. ECG in Emergency Medicine and Acute Care. Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005.

4. Sudden Deaths in Custody. Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006.

5. ECG in Emergency Medicine and Acute Care. (Edition translated to Chinese). Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2009.

## Book Chapters

1. Chan TC: Hemorrhagic Shock. In: The 5 Minute Emergency Medicine Consult. Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, pp 484-485.

2. Chan TC: Malgaigne Fracture. In: The 5 Minute Emergency Medicine Consult. Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, pp 668-669.

3. Chan T: Pelvic Fracture. In: The 5 Minute Emergency Medicine Consult. Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999, pp 830-831.

4. Chan TC: Paracentesis (Chapter 12: Abdomen). In: Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 112-113.

5.  Chan TC:  Anterior Packing (Chapter 9: Ear, Nose, and Throat).  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 190-193.

6.  Chan TC:  Posterior Packing (Chapter 9: Ear, Nose, and Throat).  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 194-197.

7.  Chan TC:  Septal Hematoma Drainage (Chapter 9: Ear, Nose, and Throat).  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 198-199.

8.  Chan TC:  Auricular Hematoma Drainage (Chapter 9: Ear, Nose, and Throat).  In: <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 200-201.

9.  Chan TC:  Fracture, Pelvic.  In: <u>The 5-Minute Sports Medicine Consult</u>.  Bracker MD (Ed.); Philadelphia: Lippincott Williams & Wilkins, 2001, pp 140-141.

10.  Chan TC:  Hemorrhagic Shock.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 498-99.

11.  Chan T:  Malgaigne Fracture.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 660-61.

12.  Chan T:  Pelvic Fracture.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 808-09.

13.  Harrigan RA, Chan TC, Brady WJ: Basic Electrocardiographic Techniques.  In: <u>Clinical Procedures in Emergency Medicine</u> (fourth edition). Roberts JR, Hedges JR (Eds.); Philadelphia:  Saunders, 2004, pp 270-82.

14.  Chan TC:  Tachydysrhythmias.  In: <u>ECG in Emergency Medicine and Acute Care</u>. Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 39-45.

15.  Chan TC:  P wave.  In: <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 48-52.

16.  Chan TC:  PR Interval and Segment.  In: <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 53-55.

17.  Chan TC:  U wave.  In: <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 72-76.

18. Cardall TY, Chan TC: Pacemakers: Normal Function. In: <u>ECG in Emergency Medicine and Acute Care</u>. Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 129-135.

19. Cardall TY, Chan TC: Pacemakers: Abnormal Fuction. In: <u>ECG in Emergency Medicine and Acute Care</u>. Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 136-142.

20. Chan TC: Myopericarditis. In: <u>ECG in Emergency Medicine and Acute Care</u>. Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 199-203.

21. Chan TC: Toxicology Section: Introduction. In: <u>ECG in Emergency Medicine and Acute Care</u>. Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 253-254.

22. Dunford JV, Chan TC: EMS and Public Health. In: <u>Principles of EMS Systems</u>. Brennan JA, Krohmer JR (Eds.); Sudbury: Jones and Bartlett, 2005, pp 269-276.

23. Chan TC: Medical Overview of Sudden In-Custody Deaths. In: <u>Sudden Deaths in Custody</u>. Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 9-14.

24. Brady WJ, Harrigan RA, Chan T: Acute Coronary Syndromes. In: <u>Rosen's Emergency Medicine: Concepts and Clinical Practices</u>. Marx JA (Ed.); Philadelphia: Mosby Elsevier, 2006, pp 1154-95.

25. Lowe LG, Chan TC, Bamber DL. Ear, Nose, and Throat Emergencies. In: <u>Emergency Medicine Handbook. Clinical Concepts for Clinical Practice.</u> Roppolo LP, Davis D, Kelly SP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2007, pp 785-800.

26. Vilke GM, Sloane CM, Chan TC. Accelerated Triage for Medical Evaluations Following CED Activations. In: <u>Critical Issues in Policing Series: Strategies for Resolving Conflict and Minimizing Use of Force</u>. Ederheimer JA (Ed); Washington DC, Police Executive Research Forum, 2007, pp 108-109.

27. Chan T. Pelvic Fracture. In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 810-11.

28. Chan TC, Vilke GM. CEW Research Models: Animal and Human Studies. In: <u>TASER Conducted Electrical Weapons: Physiology, Pathology and Law</u>. Kroll MW, Ho JD (Eds.); New York: Springer, 2009, 109-118.

29. Harrigan RA, Chan TC. What is the ECG differential diagnosis of ST segment elevation? In: <u>Critical Decisions in Emergency and Acute Care Electrocardiography</u>. Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 419-427.

30. Harrigan RA, Chan TC. What is the ECG differential diagnosis of ST segment depression? In: <u>Critical Decisions in Emergency and Acute Care</u>

Electrocardiography.  Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 428-435.

31.  Chan TC, Harrigan RA.  What is the ECG differential diagnosis of the abnormal T wave?  In: Critical Decisions in Emergency and Acute Care Electrocardiography. Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 436-443.

32.  Chan TC, Harrigan RA.  What is the ECG differential diagnosis of narrow complex tachycardia?  In: Critical Decisions in Emergency and Acute Care Electrocardiography.  Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 444-451.

33.  Chan TC, Harrigan RA.  What is the ECG differential diagnosis of wide complex tachycardia?  In: Critical Decisions in Emergency and Acute Care Electrocardiography.  Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 452-460.

34.  Harrigan RA, Chan TC.  What is the ECG differential diagnosis of bradycardia?  In: Critical Decisions in Emergency and Acute Care Electrocardiography.  Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 461-468.

35.  Chan TC, Harrigan RA.  What is the ECG differential diagnosis of abnormally wide or large QRS complex?  In: Critical Decisions in Emergency and Acute Care Electrocardiography.  Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 469-478.

36.  Harrigan RA, Chan TC.  What is the ECG differential diagnosis of a prolonged QT interval?  In: Critical Decisions in Emergency and Acute Care Electrocardiography. Brady WJ, Truwitt JD (Eds.); Hoboken: Blackwell Publishing, 2009, 479-482.

37.  Brady WJ, Harrigan RA, Chan TC.  Acute coronary syndrome.  In: Rosen's Emergency Medicine: Concepts and Clinical Practice.  Marx JA (Ed.); Philadelphia: Mosby Elsevier, 2009, 947-983.

38.  Harrigan RA, Chan TC, Brady WJ.  Basic electrocardiographic techniques.  In: Clinical Procedures in Emergency Medicine.  Roberts JR, Hedges JR (Eds.); Philadelphia: Saunders Elsevier, 2010, 255-268.

39.  Chan T.  Hemorrhagic Shock.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (fourth edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2010, pp 498-99.

40.  Chan T:  Malgaigne Fracture.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (fourth edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2010, pp 662-63.

41.  Chan T.  Pelvic Fracture.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (fourth edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2010, pp 814-15.

42. Chan T. Superventricular tachycardia. In: <u>Cardiovascular Problems in Emergency Medicine</u> (first edition). Grossman S, Rosen S, Brady W, Brown D, Chan T, Harrigan R (Eds.); Oxford: John Wiley & Sons, Ltd. 2011, pp 97-107.

43. Chan T. Pacemakers and AICIDS in emergency medicine. In: <u>Cardiovascular Problems in Emergency Medicine</u> (first edition). Grossman S, Rosen S, Brady W, Brown D, Chan T, Harrigan R (Eds.); Oxford: John Wiley & Sons, Ltd. 2011, pp 147-159.

44. Chan T. Pericarditis. In: Cardiovascular Problems in Emergency Medicine (first edition). Grossman S, Rosen S, Brady W, Brown D, Chan T, Harrigan R (Eds.); Oxford: John Wiley & Sons, Ltd. 2011, pp 227-236.

45. Harrigan RA, Chan TC, Brady WJ. Basic electrocardiographic techniques. In: <u>Clinical Procedures in Emergency Medicine</u> (sixth edition). Roberts JR, Custalow CB (Eds.); Philadelphia: Saunders Elsevier, 2014, pp 263-276.

46. Vaishal, T, Chan, TC. Complications of Impaled Cardiac Devices. In: <u>Cardiovascular Emergencies</u> Mattu, A, Brady WJ, Bresler MJ, Silvers, SM, Stahmer, SA, Tabas, JA (Eds.); Texas: American College of Emergency Physicians, 2014, pp 283-292.

## Abstracts

1. Chan T, Krishel S, Bramwell K, Clark R: Survey of undocumented aliens using the emergency department. Acad Emerg Med 1995;2(5):435.

2. Chan TC, Williams SR, Clark RF: Formic acid skin burns resulting in systemic toxicity.
   Clin Toxicol 1995;33(5):491-492.

3. Chan T, Clark RF, Schwartz B, Fletcher T, Hayden S: Survey of patients denied ED care by their managed care plan. Acad Emerg Med 1996;3(5):496.

4. Chan TC, Vilke GM, Hayden SR: Structured curriculum in domestic violence and child abuse for emergency medicine residents. Acad Emerg Med 1996;3(5):511.

5. Moss S, Vilke GM, Chan TC, Dunford JV: Outcome study of out-of-hospital patients signed out against medical advice by field paramedics. Acad Emerg Med 1997;4(5):413.

6. Chan TC, Vilke GM, Neuman T, Clausen JL: Does the hobble restraint position result in respiratory compromise? Acad Emerg Med 1997;4(5):459.

7. Evans SD, Fisher RP, Vilke GM, Chan TC: Accuracy of urban field paramedics estimating blood loss. Acad Emerg Med 1997;4(5):459.

8. Neuman TS, Vilke GM, Chan TC, Clausen JL: Changes in pulmonary function associated with position. Undersea & Hyperbaric Med 1997;24(Suppl):13.

9.  Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM: Successful out-of-hospital airway management by emergency medicine technician-Is using the Combitube. Acad Emerg Med 1998;5(5):388.

10. Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR: The effect of blade type and cervical spinal immobilization on larygoscopy in a cadaver model of intubation. Acad Emerg Med 1998;5(5):397.

11. Vilke GM, Chan TC, Neuman T, Clausen JL: The effect of body position on pulmonary function. Acad Emerg Med 1998;5(5):397.

12. Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P: Emergency department airway management before and after the start of an emergency medicine residency training program. Acad Emerg Med 1998;5(5):444.

13. Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device. Acad Emerg Med 1998;5(5):483.

14. Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM: Rapid-sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics. Acad Emerg Med 1998;5(5):502.

15. Chan TC, Vilke GM, Buchanan J, Anderson M: Patient ethnicity and age in prehospital emergency ambulance use and acuity rates. Prehosp Emerg Care 1998;2(3):223.

16. Marino AT, Vilke GM, Chan TC, Buchanan J: Precision of prehospital diazepam dosing for children in status epilepticus. Prehosp Emerg Care 1998;2(3):232.

17. Marino AT, Vilke GM, Chan TC, Buchanan J: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. Prehosp Emerg Care 1998;2(3):233.

18. Vilke GM, Chan TC, Buchanan J, Dunford JV: Are opiate overdose deaths related to patient release after prehospital naloxone? Prehosp Emerg Care 1998;2(3):236.

19. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after prehospital naloxone? Ann Emerg Med 1998;32(3)Part 2:S6.

20. Marino AT, Chan TC, Buchanan J, Vilke GM: Precision of prehospital diazepam dosing for children in status epilepticus. Ann Emerg Med 1998;32(3)Part 2:S30.

21. Marino AT, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital intravenous and rectal diazepam for the treatment of pediatric seizures. Ann Emerg Med 1998;32(3) Part 2:S30.

22. Davis D, Bramwell K, Hamilton R, Chan T, Vilke G: The fresh-frozen cadaver free-larynx model for cricothyrotomy training. Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P: Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting. Ann Emerg Med 1998;32(3)Part 2:S50.

24. Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM: Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model. Ann Emerg Med 1998;32(3)Part 2:S50-S51.

25. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does the syringe esophageal detector device accurately detect an esophageal intubation after gastric distention from air insufflation? Ann Emerg Med 1998;32(3)Part 2:S51.

26. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does a complete neurologic examination adequately screen for significant intracranial abnormalities in minor head injury? J Emerg Med 1998;16(5):804.

27. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does GCS score affect prehospital intubation success rates in trauma patients? J Emerg Med 1998;16(5):804-805.

28. Vilke GM, Chan TC, Guss DA: Prospective study on the utility of head CT scan in patients with minor head injury and GCS scores of 15. J Emerg Med 1998;16(6):984.

29. Chan TC, Vilke GM, Ray LU, Anderson ME: Use of prehospital crash injury data to assess regional automobile safety restraint use. Prehosp Emerg Care 1999;3(1):83-84.

30. Vilke GM, Chan TC: Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice. Prehosp Emerg Care 1999;3(1):90.

31. Marino A, Vilke GM, Chan TC: Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights. Prehosp Emerg Care 1999;3(1):92.

32. Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM: Comparison of wire-guided percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human cadaver models. Acad Emerg Med 1999;6(5):514.

33. Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D: Using ultrasound to visualize and confirm endotracheal intubation. Acad Emerg Med 1999;6(5):515.

34. Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC: Lidocaine administration through an esophageally placed Combitube in a canine model. Acad Emerg Med 1999;6(5):519-520.

35. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation? Acad Emerg Med 1999;6(5):520.

36. Vilke GM, Marino A, Iskander J, Chan TC:  Knowledge of prescribed medications by emergency department patients.  Acad Emerg Med 1999;6(5):539.

37. Brady WJ, Chase CD, Chan T:  Electrocardiographic ST-segment elevation: Correct identification of AMI and non-AMI syndromes by emergency physicians - Preliminary results. Ann Emerg Med 1999;34(4)Part 2:S23.

38. Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. Prehosp Emerg Care 2000;4(1):92.

39. Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back.  Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

40. Brady WJ, Viscardi GM, Chan T:  Electrocardiographic ST segment elevation: Correct identification of AMI and non-AMI syndromes by emergency physicians.  Acad Emerg Med 2000;7(5):452-453.

41. Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J:  Effect of oleoresin capsicum. Acad Emerg Med 2000;7(5):471.

42. Vilke GM, Marino A, Chan TC:  Survey of paramedics for latex allergy risk factors. Acad Emerg Med 2000;7(5):483.

43. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

44. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

45. Wold RM, Davis DP, Patel R, Chan TC, Vilke GM:  Original clinical decision guideline to identify patients with spinal epidural abscess.  Acad Emerg Med 2000;7(5):574-575.

46. Brady WJ, Viscardi G, Chase CD, Chan T:  Electrocardiographic ST-segment elevation: Correct identification of AMI and non-AMI syndromes by emergency physicians.  Ann Emerg Med 2000;35(5):S27-S28.

47. Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR:  Confirming endotracheal intubation using ultrasound.  Ann Emerg Med 2000;36(4)Part 2:S20-S21.

48. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  J Emerg Med 2001;20(3):321.

49.  Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF:  Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects?  Acad Emerg Med 2001;8(5):442.

50.  Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV:  Effect of a multi-disciplinary community homeless outreach team on emergency department visits by homeless alcoholics.  Acad Emerg Med 2001;8(5):486.

51.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions positions, 1998 (computer file).  Inter-university Consortium for Political and Social Research (distributor), 2001.

52.  Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J:  Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals.  Ann Emerg Med 2001;38(4):S33.

53.  Clark RF, Phillips M, Manoguerra AS, Chan TC:  Home calls from predominantly Latino communities to a regional poison center.  Clin Toxicol 2001;39(5):519.

54.  Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM:  Impact of an on-call physician on emergency 911 transports from a county jail.  Prehosp Emerg Care 2002;6(1):162.

55.  Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(1):164.

56.  Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  Prehosp Emerg Care 2002;6(1):165.

57.  Jin AS, Chan T, Davis D, Vilke G:  Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia.  Acad Emerg Med 2002;9(5):381-382.

58.  Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J:  Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments.  Acad Emerg Med 2002;9(5):389.

59.  Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM:  Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED?  Acad Emerg Med 2002;9(5):407.

60.  Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM:  Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department?  Ann Emerg Med 2002;40(4):S7-S8.

61.  Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G:  The clinical presentation and outcome of emergency department patients with spinal epidural abscess.  Ann Emerg Med 2002;40(4): S103.

62. Vilke GM, Sloane C, Smith AM, Chan TC: Assessment for deaths in prehospital heroin overdose patients treated with Naloxone who refuse transport. Prehosp Emerg Med 2003;7(1):190.

63. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC: Prospective Countywide Trial to Decrease Ambulance Diversion Hours. Acad Emerg Med 2003;10(5):465.

64. Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM: The Use of Risk Factor Assessment to Screen for Spinal Epidural Abscess in Emergency Department Patients with Spine Pain. Acad Emerg Med 2003;10(5):569.

65. Chan TC, Kelso D, Dunford JV, Vilke GM: Can Trained Health Educators Provide Screening, Brief Intervention and Referral Services in an Academic Teaching Hospital Emergency Department? Acad Emerg Med 2003;10(5):515.

66. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. Ann Emerg Med 2003; 42(4):S6.

67. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. Ann Emerg Med 2003; 42(4):S2.

68. Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM. Does weight force during physical restraint cause respiratory compromise? Ann Emerg Med 2003; 42(4):S17.

69. Davis D, Grossman K, Vilke G, Kiggins D, Chan TC. Inadvertent anticoagulation of emergency department patients with aortic dissection. Ann Emerg Med 2003; 42(4): S99.

70. Chan TC, Killeen JP, Kelly D, Vilke GM, Guss DA: Impact of a rapid emergency department entry and an accelerated care initiative on patient wait times and length of stay. Acad Emerg Med 2004;11(5):485.

71. Patel RJ, Davis D, Vilke GM, Chan TC: Comparison of wire-guided cricothyrotomy technique with and without balloon-cuffed endotracheal tubes vs. standard surgical cricothyrotomy. Acad Emerg Med 2004;11(5):522.

72. Vilke GM, Chan TC, Dunford JV, Poste JC, Metz M, Ochs G, Smith A, Fisher R, McCallum-Brown L, Davis DP: The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system. Acad Emerg Med 2004;11(5):604.

73. Vilke GM, Murrin P, Gardina L, Upledger Ray L, Stepanski B, Chan TC. Impact of a new booster seat law. Ann Emerg Med 2004; 44(4):S39-S40.

74. Dunford JV, Vilke GM, Chan TC. Utilization of EMS and hospital resources by serial inebriate program (SIP) clients. Prehosp Emerg Care 2005; 9(1):116.

75. Killeen JP, Chan TC, Guss, DA. Impact of bar coding technology and computerized physician order entry on reducing laboratory specimen misidentification errors in the emergency department. Acad Emerg Med 2005;12(5):49.

76. Bush J, Chan TC, Killeen JP, Vilke GM. The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism. Acad Emerg Med 2005;12(5):41.

77. Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC. Does weight force during physical restraint cause respiratory compromise? Acad Emerg Med 2005;12(5):16.

78. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J. Cardiac monitoring of subjects exposed to the Taser. Acad Emerg Med 2005;12(5):71.

79. Davis D, Buono C, Ramanujam P, Fisher R, Vilke GM, Chan TC, Metz M, Dunford J. The potential safety of designated cardiac arrest receiving facilities. Ann Emerg Med 2005;46(3):S17.

80. Chan TC, Killeen JP, Kelly DL, Vilke GM, Guss DA. Accelerated care at triage: Physician-directed ancillary testing at triange for patients waiting in an emergency department. Ann Emerg Med 2005;46(3):S107-S108.

81. Buono C, Chan TC, Brown S, Lenert L. Role-tailored software systems for medical response to disasters: enhancing the capabilities of "mid-tier" responders. AMIA Annu Symp Proc 2005: 908.

82. Lenert LA, Palmer DA, Chan TC, Rao R. An intelligent 802.11 triage tag for medical response to disasters. AMIA Annu Symp Proc 2005: 440-4.

83. Lenert LA, Chan TC, Griswold WG, Killeen J, Krisch D, Mishra R, Palmer DA, Rao RA. Wireless internet information systems for medical response in disasters (WIISARD). AMIA Annu Symp Proc 2006: 1192.

84. Demchak B, Chan TC, Griswold WG, Lenert LA. Situational awareness during mass-casualty events: command and control. AMIA Annu Symp Proc 2006: 905.

85. Chan TC, Buono C, Killeen J, Griswold W, Huang R, Lenert L. Tablet computing for disaster scene managers. AMIA Annu Symp Proc 2006: 875.

86. Buono C, Huang R, Brown S, Chan TC, Killeen J, Lenert L. Role-tailored software systems for coordinating care at disaster sites: enhancing collaboration between the base hospitals with the field. AMIA Annu Symp Proc 2006: 867.

87. Killeen J, Chan TC, Buono C, Griswold WG, Lenert LA. A wireless first responder handheld device for rapid triage, patient assessment and documentation during mass casualty incidents. AMIA Annu Symp Proc 2006: 429-33.

88. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J. Cardiac monitoring of human subjects exposed to the taser. Acad Emerg Med 2006; 13(5 Supp 1):S47.

89. Vilke GM, Dolkas L, Stanley C, Smith AM, Chan TC. Evaluation of deaths associated with choking. Acad Emerg Med 2006; 13(5 Supp 1):S49.

90. Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F. Does physical restraint impact metabolic oxygen consumption during exertion? Acad Emerg Med 2006; 13(5 Supp 1):S46.

91. Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV. Decrease of health care service utilization among chronic public inebriates. Acad Emerg Med 2006; 13(5 Supp 1):S105-106.

92. Killeen JK, Chan T, Guss D. The impact of a pneumatic tube and computerized physician order entry on laboratory turnaround for cardiac markers. Acad Emerg Med 2006; 13(5 Supp 1):S114.

93. Guss DA, Chan T, Killeen J. The impact of pneumatic tube specimen transport and computerized order entry on laboratory turnaround. Acad Emerg Med 2006; 13(5 Supp 1):S63-64.

94. Chan TC, Killeen JP, Castillo EM, Guss DA. The impact of delayed admissions held in the emergency department on wait time, patient care time, and length of stay for other patients. Ann Emerg Med 2006; 48(4 Supp 1):S5.

95. Venieris PY, Chan TC, Killeen J. Multicenter trial assessing the impact of an overnight international "nighthawk" teleradiology system on CT radiology re-interpretation rates. Ann Emerg Med 2006; 48(4 Supp 1):S16.

96. Vilke G, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC. Evaluation of in-custody deaths proximal to use of conductive energy devices. Ann Emerg Med 2006; 48(4 Supp 1):S23-S24.

97. Tornabene SV, Chan TC, Davis DP, Deutsch R, Vilke GM. Evaluating the use and timing of opioids for the treatment of migraine headaches in the ED. Ann Emerg Med 2006; 48(4 Supp 1):S59-S60.

98. Davis D, Salazar A, Vilke G, Chan T. The utility of a novel decision rule to diagnose spidal epidural abscess in ED patients with back pain. Ann Emerg Med 2006; 48(4 Supp 1):S66.

99. Killeen JP, Chan TC, Vilke GM, Buono C, Griswold W, Rao R, Lenert L. Wireless computerized rapid triage in the field: How well does technology perform during mass casualty incidents and disaster events? Ann Emerg Med 2006; 48(4 Supp 1):S69.

100. Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC. San Diego county patient destination trial to decrease ambulance division hours: Three year follow-up. Ann Emerg Med 2006; 48(4 Supp 1):S90.

101. Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F. The impact of the taser weapon on respiratory and ventilatory function in human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S191-192.

102. Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L. Does wireless technology improve patient tracking in mass casualty incidents? Acad Emerg Med 2007; 14(5 Suppl 1): S190.

103. Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T. Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects? Acad Emerg Med 2007; 14(5 Suppl 1): S104.

104. Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and metabolic effects of the taser on human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S104-105.

105. Sloane C, Vilke G, Chan T, Levine S, Dunford J. Serum troponin I measurement of subjects exposed to the taser x-26. Acad Emerg Med 2007; 14(5 Suppl 1): S103-104.

106. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of electronic medication reconciliation on triage times for patients seen in the emergency department. Ann Emerg Med 2007; 50(3 Suppl 1):S71.

107. Vilke G, Chan T, Killen J, Castillo E. Impact of psychiatric patient holds on the emergency department overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1):S221.

108. Buono C, Lyon J, Chan T, Griswold W, Castillo E, Killeen J, Kirsh D, Lenert L. Does using a wireless, electronic patient data collection system increase patient time on the field? Acad Emerg Med 2008; 15(5 Suppl 1):S12.

109. Chan T, Killeen J, Castillo E, Vilke G, Kennedy S, Feinberg R, Guss D. Impact of an internet-based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1):S104.

110. Chan TC, Killeen JP, Vilke GM, Guss DA, Jones K, Marshall J, Moore T, Castillo EM. Impact of mandated nurse-patient ratios on emergency department crowding. Ann Emerg Med 2008; 52(4):S44.

111. Bizek G, Castillo E, Vilke G, Chan T. Characteristics and rates of rewarming of emergency department patients with moderate to severe accidental hypothermia. Ann Emerg Med 2008; 52(4):S104-S105.

112. Vilke GM, Killeen JP, Chan TC, Crumpacker J, Castillo EM. Risk factors and characteristics of falls among emergency department elderly patients. Ann Emerg Med 2008; 52(4):S160.

113. Marsan R, Castillo E, Chan T, Stepanski B, Vilke G. Comparison of prehospital retrospective chart review to prospectively obtained data. Acad Emerg Med 2009; 16(4):S85-S86.

114. Killeen D, Killeen J, Castillo E, Chan T, Vilke G.  Emergency department patient evaluation of internet and email access for healthcare information.  Acad Emerg Med 2009; 16(4):S132-S133.

115. Sloane C, Chan T, Kohlkorst F, Castillo E, Neuman T, Vilke G.  Can a restraint chair cause respiratory or ventilatory compromise?  Acad Emerg Med 2009; 16(4):S137.

116. Castillo E, Vilke G, Killeen J, Guss D, Marshall J, Chan T.  Impact of mandated nurse-patient ratios on ED medication delivery.  Acad Emerg Med 2009; 16(4):S157-S158.

117. Castillo E, Vilke G, Killeen J, Guss D, Feinberg R, Freidman L, Chan T.  Factors associated with community clinic follow-up from an ED internet-based referral system.  Acad Emerg Med 2009; 16(4):S247-S248.

118. Marmon J, Castillo E, Vilke G, Killeen J, Chan T.  The effect of admitting team resident turnover on emergency department patient flow.  Acad Emerg Med 2009; 16(4):S257-S258.

119. Chan TC, Killeen JP, Castillo EM, Lee J. San Diego Safety New Health Information Exchange.  Ann Emerg Med 2011;58(4) S390.

120. Chan TC, Killeen JP, Rafie S, Humber DM, Chan TC. Emergency Department Care Provider Perception of Department-Based Pharmacist Services.  Ann Emerg Med 2011;58(4) S443.

121. Savaser DJ, Campbell CC, Chan TC, Shah V, Sloane CS, Hansen AV, Castillo EM, Vilke GM. The Effect of Prone Maximal Restraint (PMR, aka "Hog-Tie") Position on Cardiac Output and Other Hemodynamic Measurements. Acad Emer Med 2012;19(4):S78.

122. Castillo EM, Vilke GM, Killeen JP, Brennan JJ, Chan TC. Visit Urgency Between Frequent Emergency Department Users In A Large Metropolitan Region Network. Acad Emer Med 2012;19(4):S96.

123. Killeen JP, Castillo EM, Chan TC, Vilke GM. Emergency Department Patients on Warfarin - How Often Is the Visit Due to the Medication? Acad Emer Med 2012;19(4):S121.

124. Killeen JP, Chan TC, Vilke GM, Rafie S, Dunlay R, Castillo EM. Does Pharmacist Review of Medication Orders Delay Medication Administration in the Emergency Department? Acad Emer Med 2012;19(4):S166.

125. Killeen JP, Vilke GM, Chan TC, Oyama L, Carey M, Castillo EM. Does the Residency Selection Cycle Impact What Information Is Accessed on the Web? Acad Emer Med 2012;19(4):S202.

126. Castillo EM, Chan TC, Brennan JJ, Killeen JP, Vilke GM. Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With A Pain Associated-discharge Diagnosis. Acad Emer Med 2012;19(4):S321.

127. Killeen JP, Vilke GM, Dunford JV, Fisher R, Pringle J, Castillo EM, Chan TC: Impact of 12-lead ECG Wireless Transmission on Hospital STEMI Activations. Ann Emer Med 2012;60(4)S25.

128. Castillo EM, Brennan JJ, Chan TC, Killeen JP, Vilke GM: Factors Associated With Frequent Users of Emergency Department Resources. Ann Emer Med 2012;60(4)S32.

129. Vilke GM, Brennan JJ, Castillo EM, Killeen JP, Chan TC: Multiple Hospital Emergency Department Visits Among Frequent Users With a Pain-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4)S54.

130. Castillo EM, Chan TC, Killeen JP, Vilke GM: Knowledge of Acute Myocardial Infarction Symptoms: Do Sex Differences Still Exist? Ann Emer Med 2012;60(4)S83.

131. Chan TC, Castillo EM, Dunford JV, Fisher R, Jensen AM, Vilke GM, Killeen JP:  Hot Spots and Frequent Fliers: Identifying High Users of Emergency Medical Services. Ann Emer Med 2012;60(4) S83-S84.

132. Brennan JJ, Chan TC, Vilke GM, Killeen JP, Castillo EM: Identification of Frequent Users of Hospital Emergency Department Resources Using a Community-wide Approach. Ann Emer Med 2012;60(4)S102

133. Chan TC, Killeen JP, Brennan JJ, Vilke GM, Castillo EM: The Forgotten Emergency Department Visit When Assessing Hospital Readmissions. Ann Emer Med 2012;60(4)S105.

134. Brennan JJ, Chan TC, Killeen JP, Castillo EM, Vilke GM: Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Psychiatric-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4) S146-S147.

135. Sloane C, Chan TC, Vilke GM, Castillo EM, Kolkhorst F, Neuman T: The Ventilatory Effects of the Prone Maximal Restraint Position on Obese Human Subjects. Acad Emer Med 2013;20(5):S105.

136. Hogen R, Brennan JJ, Vilke GM, Chan TC, Castillo EM: Visit Urgency amongst the Chronic Disease Population in a Large Metropolitan Region Emergency Department Network. Acad Emer Med 2013;20(5):S172.

137. Castillo EM, Chan TC, Vilke GM, Killeen JP, Brennan JJ: Factors Associated with Super Users of Emergency Department Resources Admitted to Acute Care. Acad Emer Med 2013;20(5):S183.

138. Brennan JJ, Chan TC, Vilke GM, Castillo EM, Killeen JP: Comorbidity among Frequent Emergency Department Users with Psychiatric Associated Discharge Diagnoses. Acad Emer Med 2013;20(5):S229.

139.  Brennan JJ, Castillo EM, Vilke GM, Killeen JP, Chan TC: Factors Associated with Frequent Users of California Emergency Department Resources. Acad Emer Med 2013;20(5):S230.

140.  Chan TC, Brennan JJ, Killeen JP, Stevenson ME, Kuntz KE: Impact of Social Services Case Management on Homeless, Frequent Users of Emergency Departments. Acad Emer Med 2013;20(5):S231

## POSTER PRESENTATIONS:

1.  Chan TC, Williams SR, Clark RF:  Formic acid skin burns resulting in systemic toxicity.  National Toxicology Conference, Rochester, New York; 1995.

2.  Chan TC, Krishel SJ, Bramwell K, Clark RF:  Survey of undocumented aliens using the emergency department.  Society for Academic Emergency Medicine (SAEM) Annual Meeting, San Antonio, Texas; May 1995.

3.  Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse for emergency medicine residents.  SAEM Annual Meeting, Denver, Colorado; May 1996.

4.  Chan TC, Clark RF, Schwartz B, Fletcher T, Hayden S:  Survey of patients denied ED care by their managed care plan.  SAEM Annual Meeting, Denver, Colorado; May 1996.

5.  Chan TC, Clark RF, Schwartz B, Fletcher T, Hayden S:  Survey of patients denied ED care by their managed care plan.  California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, La Jolla, California;  June 1996.

6.  Vilke GM, Krishel SJ, Chan TC:  Prospective study to evaluate computer use to improve immunization status documentation in ED records.  CAL/ACEP Scientific Assembly, La Jolla, California; June 1996.

7.  Chan TC, Vilke GM, Neuman T, Clausen JL:  Does restraint position result in respiratory compromise?  CAL/ACEP Scientific Assembly, Rancho Mirage, California; May 1997.

8.  Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  CAL/ACEP Scientific Assembly, Rancho Mirage, California; May 1997.

9.  Moss S, Chan TC, Buchanan J, Dunford JV, Vilke GM:  Outcome study of prehospital patients signed out against medical advice by field paramedics.  CAL/ACEP Scientific Assembly, Rancho Mirage, California; May 1997.

10.  Chan TC, Vilke GM, Neuman T, Clausen JL:  Does restraint position result in respiratory compromise?  SAEM Annual Meeting, Washington, DC;  May 1997.