# EXHIBIT 4

# FRANK SHERIDAN, M.D.

## Anatomic Pathology, Forensic Pathology And Neuropathology

## CURRICULUM VITAE

### PERSONAL INFORMAION

Name: Frank Patrick Sheridan, M.D.

Email: The4N6doc@aol.com
Phone: (909) 307 0615

Profession: Physician, specializing in forensic pathology and neuropathology

Current Position: Chief Medical Examiner, San Bernardino County Sheriff/Coroner's Office since July 1, 1991

### ACADEMIC APPOINTMENTS:

Assistant Clinical Professor of Pathology, Loma Linda University, Loma Linda, California

Clinical Assistant Professor of Internal Medicine/Pathology, Western University of Health Sciences, Pomona, California

Lecturer in Forensic Pathology at University of California/Extension, Riverside, California

Visiting Professor of Forensic Pathology, Zhejiang University at Hangzhou, China

### LICENSURE, BOARD CERTIFICATIONS, MEMBERSHIPS & PROFESSIONAL ORGANIZATIONS

Licensed to practice medicine in the State of California since May 1983. License # A039891

American Board of Pathology certification in Anatomic Pathology & Neuropathology, September 1989.

American Board of Pathology certification in Forensic Pathology, August 1990.

Member of the National Association of Medical Examiners (NAME)

Member of the American Association for the Advancement of Science

## EDUCATION

School: St. Conleth's College, Dublin, Ireland
Primary & secondary school, 1955-1966

Premedical & Medical: University College Dublin, Ireland, 1966-1971

Internship: Rotating Internship (Internal Medicine, Surgery & Psychiatry)
St. Vincent's Hospital, Dublin, Ireland 1971-1972

## ACADEMIC AND PROFESSIONAL AWARDS

1. Bernard Shepard Memorial Medal: St. Conleth's College, 1965
2. Dargan Prize in Clinical Medicine: St. Vincent's Hospital, 1970
3. Bellingham Gold Medal in Clinical Medicine: St. Vincent's Hospital, 1971
4. One Legacy/Transplant Donor Network Achievement Award: March 2003
5. Commander's Award: San Bernardino County Sheriff's Department, March 2011
6. Commander's Award: San Bernardino County Sheriff's Department, April 2011
7. Accreditation of Coroner Division, San Bernardino Sheriff's Department by the National Association of Medical Examiners, August 2011.
8. Instructor Excellence Award: University of California Riverside Extension, 2013

## PROFESSIONAL EXPERIENCE

1. Medical Officer, Malawi, Central Africa (1973-1976).
   In charge of physician assistant training for Malawi. Position involved administration, curriculum planning, regular teaching, and clinical work; including pediatrics, obstetrics, emergency medicine, and general medicine.

2. Lecturer in Pharmacology, University College Dublin, Ireland (1976-1978).
   Awarded honors degree in Pharmacology (1977).

3. Graduate teaching assistant, Biology, University of Oregon, Eugene (1978-1980).
   Lecturer and researcher in population and molecular genetics and physiology.

4. Internship and residency in medicine and pathology, Loma Linda University Medical Center, Loma Linda, California (1982-1983).

5. General medical practice in Yucca Valley, California (1983-1984)
   Requirement for permanent resident status in United States.

6. Pathology residency program, Loma Linda University Medical Center, Loma Linda, California (1984-1986). Rotations in pathology including autopsy pathology, surgical pathology, forensic pathology and hematopathology.

7. Fellowship in neuropathology, Los Angeles County-USC Medical Center (1986-1988). Fellowship training included autopsy neuropathology, surgical pathology, research and teaching USC medical

students, also included weekly attendance at Los Angeles County Medical Examiner's Office and Children's Hospital of Los Angeles.

8. Regular weekend clinical work in Urgent Cares throughout Southern California (1985-1991).

9. Fellowship in forensic pathology, San Bernardino County Coroner's Office (1988-1989)

10. Forensic pathologist, San Bernardino County Coroner's Office (1989- present).

11. Appointed Chief Medical Examiner, San Bernardino County Coroner's Office, Current position (July 1991- present)

## CURRENT POSITIONS AND DUTIES AS CHIEF MEDICAL EXAMINER

1. Administration of the Medical Examiner's Division, San Bernardino County Sheriff/Coroner's Office. Responsibilities include supervision of four other forensic pathologists.

2. Performance of autopsies. As of November 2013, approximate number of autopsies performed: 9,000

3. Medicolegal testifying in criminal and civil courts (state and federal) and at depositions. As of November 2013, the approximate number of court appearances is 400, as well as about 350 depositions.

4. Regular teaching of medical students from Loma Linda University Medical Center and the Western University of Health Sciences, Pomona at San Bernardino County Sheriff/Coroner's Office.

5. Regular lectures to pathology residents at Loma Linda University Medical Center.

6. Organization of, and participation in, biweekly conferences in Medical Examiner Division.

7. Ongoing research on head injury and related issues, especially in relation to child abuse, and Sudden Infant Death Syndrome. Part of this is affiliated with Loma Linda University.

8. Management, authorship, supervision of Organ & Tissue Donation Protocol for San Bernardino County. Authored protocol for the above in 1991, updated 2007. Testified before California Senate Subcommittee hearing on bill related to organ donation.

9. Member of San Bernardino County Elder Death Review Board.

## ADDITIONAL TEACHING AND CONSULTING

1. Lecturer at University of California, Riverside/Extension:"Medicolegal Death Investigation; The Autopsy".

2. Annual one-day course "Homicide, the autopsy" at the Sheriff's Academy, San Bernardino.

3. Annual two-day course on the pathology of firearm injuries, California Criminalistics Institute.

4. Frequent guest lecturer at high schools and colleges in the Inland Empire, Palm Springs, and High Desert on various subjects related to forensic pathology.

5. Lecturing and speaking at professional conferences, local and national on a wide range of topics with special emphasis on traumatic head injury, child abuse, Sudden Infant Death Syndrome, Organ/Tissue Transplantation and preservation of evidence in emergency medicine.

6. Consulting on criminal and civil cases in California, Arizona, Nevada, Alaska, and New Hampshire in areas of forensic pathology and neuropathology.

## PUBLICATIONS

1. Effects of alcohol on nerve conduction in the brain. Research thesis for Honors B. Sc. in Pharmacology.

2. Lipomas of the mesencephalic tectum and rostral pons associated with sleep apnea syndrome. Clinical Neuropathology, Volume 9, Number 3, 1990 (pages 152-156).

3. Cell-subset specific antigens in developing mouse and human retina. Presented at American Association of Neuropathologists' meeting; Seattle, Washington 1987. Abstract published in Journal Of Experimental Neurology, Volume 46, Number 3, 1987.

4. "Pediatric Death rates and Donor Yield: A Medical Examiner's View". The Journal of Heart and Lung transplantation. Volume 12, Number 6, part 2, 1993 (pages 179-185).

5. Medical Examiner's Review of Organ and Tissue Donation, "Organ Procurement, Preservation and Distribution in Transplantation". Second Edition. Edited by Michael G. Phillips. Published, UNOS, 1996.

11/30/2013