# EXHIBIT 6

**Frank Sheridan M.D.**

**Anatomic Pathology, Forensic Pathology
and Neuropathology**

**Redlands, California
Phone: (909) 307 0615
Email: The4N6doc@aol.com**

**Re: David Silva (deceased)**

I wrote a report on this case in March 2014 based upon my review of the material submitted to me at that time. The material included Kern County Sheriff's Office investigative reports, videos of the incident under investigation and the autopsy report (including a toxicology report) prepared by Eugene Carpenter M.D. on the body of David Silva (hereinafter referred to as the subject), a 33-year-old white male. Also reviewed were several photographs, including scene photographs, photos of the subject in the Emergency Room and autopsy photographs.
Since that time I have been provided with additional material, including the depositions of all the officers involved and of several witnesses to the event. I have also been provided with the deposition of Dr. Eugene Carpenter M.D. and medical records of the subject. These medical records include records from the admission to Kern Medical Center on the day of the subject's death as well as past medical records relating to several prior occasions when the subject was treated there for various complaints.

Summary of incident: -

The following summary is based primarily on the statements and deposition testimony of the officers involved in the incident. One of the videos taken by a bystander also provides some additional information, despite not being optimally clear. The sound track on the video does confirm that the subject was making loud noises throughout most of the incident. The barking of a dog is also heard.

Shortly before midnight on May 7, 2013 a call was received regarding a man lying on the ground at a street corner. The first officer to respond to the scene found the subject lying on the ground, apparently asleep, and attempted to wake him. The subject roused, began yelling and speaking in an unintelligible manner and tried to get to his feet, falling a few times and hitting his head. Believing the subject to be possibly under the influence of drugs, the officer ordered him to stay down, but the subject continued to try and get up. The officer summoned his dog from the patrol car and a struggle ensued, during which the officer attempted unsuccessfully to apply wrist restraints. The subject was a large man and apparently very strong. Additional officers began to arrive and eventually there was a total of nine officers

(including two California Highway Patrol officers) at the scene. The subject continued to struggle, yelling continuously and resisting attempts to restrain him. Baton strikes were applied to the subject's body and the officers held the subject down in a prone position, eventually applying handcuffs and hobbles to the ankles. The subject continued to struggle and it was noted that he was sweating profusely and had blood on his face. At about this time the subject suddenly became quiet and was rolled onto his side. Initially a pulse was detected but the subject subsequently went into cardiac arrest. CPR was initiated. Paramedics had been summoned and took over resuscitation efforts. They transported the subject to the Emergency Room of Kern Medical Center (which was just across the street) where the subject was pronounced dead at 0044 hours on May 8, 2013.

According to the statements made by all the officers, there was no use of an electrical conduction device (ECD), there were no baton blows to the head and none of the officers applied his full weight to the subject's back. One officer had his knee against the subject's shoulder during part of the incident and another was holding onto the subject's legs. The video appears to confirm the involvement of these two officers and does not give any indication that any of the officers were applying the full weight of their bodies on the subject's torso.

Autopsy: -
Forensic pathologist, Eugene Carpenter M.D. performed an autopsy on the body of the subject on May 9, 2013. The subject's weight was recorded as 261 pounds (including the clothing and body bag), the height as 71 inches. The body was noted to be obese but muscular. There were multiple bruises and abrasions on the body, including linear bruises consistent with baton strikes on the torso and left arm, as well as marks consistent with dog bites. There were no fractures and none of these injuries was life threatening. Examination of the head revealed scalp hemorrhage in the left fronto-temporal area but no skull fractures, intracranial hemorrhage or evidence of brain injury. There were no signs of baton strikes to the head. There were no petechial hemorrhages in the eyes and no evidence of trauma to the mouth. There was a small area of tissue hemorrhage in the back of the pharynx but no evidence of injury to the other structures in the neck, the hemorrhage being most likely related to intubation.

The subject's heart was enlarged (weight: 470 grams) with hypertrophy of the left ventricle and toxicological examination was positive for the presence of alcohol, methamphetamine and caffeine. Clonazepam was also detected.
The cause of death was listed as "Hypertensive cardiovascular disease" and contributing factors were listed as : acute intoxication, chronic alcoholism, severe abdominal obesity, chronic hypertension, and acute pulmonary-cardiovascular strain.
The manner of death was listed as "Accident".

Opinion: -
The initial statements made by the officers involved appear to be consistent with one another and also consistent with the autopsy findings. The testimony of the

officers in subsequent depositions was also consistent with their original statements. The testimonies of the various witnesses to the event were varied and not always consistent with one another.

The autopsy was done in a thorough manner and all the findings were well documented with diagrams and photographs.

Some past medical records of the subject are reviewed. The records reviewed refer to medical care for various complaints on a number of occasions in 2009, 2010 and 2012. The visits were for such complaints as cough with chest pain, sore throat, toothache and one visit following an altercation with law enforcement. Notable in these records are the several blood pressure readings taken on these visits, all showing elevated levels, including one as high as 166/103 mm. Hg. It is thus evident that the subject had had hypertension for at least 4 years prior to his death and, given the fact that he abused methamphetamine, it is likely that the drug was either the cause of his hypertension or at least a contributing factor. Obesity was another probable contributing factor. The subject's mother stated that he had a history of hypertension and was not on any treatment for it. She also mentioned that he was an alcoholic and was aggressive when drunk.

The toxicology results (based on testing of antemortem blood) were positive for methamphetamine, alcohol and clonazepam. The methamphetamine level was 210 nanograms/ml with 30 nanograms/ml of amphetamine, the metabolite of methamphetamine. Blood levels of methamphetamine in autopsy cases span a wide range, whether in traumatic deaths or deaths directly related to the drug. The level recorded here is within the range of reported cases of death from the drug. Deaths have been reported with levels as low as 90 nanograms/ml. The alcohol level recorded was 0.095 g/100 ml., above the legal level for intoxication, and this was likely an additional factor contributing to the subject's combative behavior on the night of his death.
It is not clear why the subject's blood was also positive for clonazepam. This drug is used in the treatment of seizure disorders and conditions such as bipolar disorder. It is also, however, a not uncommon drug of abuse.

The overall impression is of an individual who was a chronic alcoholic and methamphetamine abuser with hypertensive cardiovascular disease and obesity. The combined effect of the methamphetamine and obesity was hypertension with an enlarged heart that put him at risk for sudden death at any time, especially when physically or psychologically stressed. The description of his behavior leading up to death and the fact that he was reportedly sweating profusely is strongly suggestive of a condition known as excited delirium syndrome (ExDS), a state of extreme agitation with irrational and violent behavior that often results in an altercation with law enforcement, sometimes ending in sudden death. The death is typically due to a complex mixture of acute stimulant drug intoxication (sometimes, as here, with alcohol also present), an enlarged heart, the physiological stress caused by the struggle and often hyperthermia. The range of methamphetamine levels seen in the

blood of individuals dying under such circumstances varies widely and the level of methamphetamine in this case is within that range. The coroner investigator was informed by a hospital staff member that the subject's temperature was about 97 degrees in the emergency room during the terminal admission, but there does not appear to be any notation of this in the medical records.

All of the evidence in this case points to the fact that the subject suffered an acute cardiac arrhythmia due to the conditions discussed above: acute drug and alcohol intoxication, hypertensive cardiovascular disease with cardiomegaly, obesity, all combined with the physical stress of the struggle. There is no evidence that his death was caused by blunt force trauma or traumatic (or restraint) asphyxia. In traumatic asphyxia (also called compressional asphyxia) a key finding at autopsy is the presence of petechial hemorrhages in the eyes, face, and upper torso resulting from increased pressure in the chest cavity affecting venous return to the heart. No such petechiae were present in this case. In addition to the undersigned's experience with many cases of traumatic (compressional) asphyxia, there is literature on this subject and three references are listed below.

Frank Sheridan M.D.
August 22, 2015.

References:
1. "Forensic Pathology" by Vincent DiMaio, page 217
2. "Investigation of Deaths Temporally Associated with Law Enforcement Apprehension". Michael A. Graham M.D. Academic Forensic Pathology, 2014 4(3): 366-389.
3. "Weight Force During Prone Restraint and Respiratory Function". Theodore C. Chan et al. The American Journal of Forensic Medicine and Pathology". Volume 25, Number 3, September 2004.