# EXHIBIT 7

# Steven B. Karch, MD, FFFLM, FFSSoc

P.O. Box 5139
Berkeley, CA 94705

Tel: 510-849-0923
skarch@fdaa.com

# Training

| Institution | Degree | Date | Field |
|---|---|---|---|
| Brown Univ., Providence, RI | A.B. | 1964 | Philosophy |
| Stanford Univ., Stanford, CA | | 1965 | Cell Biology |
| Tulane Univ., New Orleans, LA | M.D. | 1969 | Medicine |
| Intern, Kaiser Fdtn., Oakland, CA | | 1970 | Rotating Intern |
| Research Fellow, Neuropathology | | | |
|    Barnard Baron Institute, London | | 1971 | Neuropathology |
| Resident, Neurology | | | |
|    Stanford Univ. Medical School | | 1972 | Neurology |
| Visiting Scholar, Cardiac Pathology | | | |
|    Stanford Univ. Medical School | | 1983-1989 | Cardiac Pathology |

# Research and Professional Experience

1974-1975    Private Practice, Oakland, California

1975-1977    Medical Advisor, South East Asia, Bechtel Corp., 1975-1977. Administered 30 bed hospital with staff of 150; responsible for medical care of Bechtel employees stationed in Indonesia

1978-1989    Attending Physician, Emergency Department, University Medical Center of Las Vegas; Visiting Scholar, Cardiac Pathology Laboratory, Stanford University; Member of the Clark County Nevada EMS education and research committee, 1980-1992, Chairman Education Committee, 1991-92

1989-1990    Director, Emergency Services, University Medical Center, Las Vegas, Nevada. Supervised staff of 20 physicians. Responsible for Quality Assurance, Risk Management, paramedic training and supervision. Supervised medical students, residents and interns during Emergency Room training, EMS Board of Directors

1990-1992    Director, Trauma Center Development, University Medical Center, Las Vegas, Nevada. Responsible for design, implementation, bid specifications, equipment procurement, for new $25 million, Level I Trauma Center, which opened in January 1993. Developed and maintained computerized Trauma QI registry

1993-1994    Director, Trauma and Quality/Outcomes Research, University Medical Center, Las Vegas; Director of research program in trauma care; trained residents in research methodology; supervised all quality improvement activities at major trauma center, including liaison with physicians and

1

|            | maintenance of computerized trauma patient registry; part time attending physician |
|------------|--------------------------------------------------------------------|
| 1995-2004  | Assistant Medical Examiner, City and County of San Francisco (consultant) |
| 1996-2004  | Medical Director, City of Las Vegas Fire Department; fitness for duty certification, quality assurance for emergency response (911) system, research director, Medical Review of Drug Testing results |
| 2004-present | Private consultant in cardiac pathology and toxicology |

## Board Certification

American Board of Family Practice, 1978-1985, recertified 1987
American Board of Quality Assurance Physicians, certified in 1993
Fellow of the Faculty of Forensic and Legal Medicine of the
   Royal College of Physicians (London, 2006)
Examiner for the Faculty of Forensic and Legal Medicine (2007)
Fellow of the Faculty of Forensic Science Society (UK 2008)

## Professional Organizations

American Medical Association
American Academy of Forensic Sciences
American Heart Association
Faculty of Forensic Legal Medicine (UK)
Forensic Science Society (UK)
National Association of Medical Examiners
Royal Society of Medicine (UK)
Society of Forensic Toxicologists
The International Association of Forensic Toxicologists
The Group of Italian Forensic Toxicologists (GIFT)

## Federal Ad Hoc, Working Groups

Electroshock Weapons: Standardizing Test Procedures and Assessing Performance.
Office of Law Enforcement Standards National Institute of Standards and Technology,
2010 - ongoing

Less Lethal Devices Technology Working Group - Excited Delirium (ExD) Panel
Workshop. National Institute of Justice, Institute for Non-Lethal Defense Technologies
Applied Research Laboratory, 2011 – ongoing

# Publications (partial listing)

Karch SB, Urich H. "Occipital encephalocele: a morphological study." J Neurol Sci. 1972;15(1):89-112.

Karch SB, Urich H. "Medulloepithelioma: definition of an entity." J Neuropathol Exp Neurol. 1972 Jan;31(1):27-53.

Karch SB. "Upper gastrointestinal bleeding as a complication of intracranial disease." J Neurosurg. 1972 Jul;37(1):27-29.

Karch SB. (1973). "Methsuximide overdose. Delayed onset of profound coma." JAMA 223:1463-1465.

Karch SB, Urich H. (1975). "Infantile polyneuropathy with defective myelination: an autopsy study." Developmental Med and Child Neurol 17(4):504-510.

Karch SB. (1983). "Damage to the human heart caused by resuscitation." Ann Emerg Med 12(10):140.

Karch SB, Billingham ME. (1984). "Morphologic effects of defibrillation: a preliminary report." Crit Care Med 12(10):920-921.

Karch SB. (1985). "Pathology of the heart in drowning." Arch Pathol Lab Med 109(2):176-178.

Karch SB, Billingham ME. (1985). "Cyclosporine induced myocardial fibrosis: a unique controlled case report." J Heart Transplant 4(2):210-212.

Karch SB. (1986). "Catecholamines and Calcium Ions." Topics in Emergency Medicine. Aspen Press.

Karch SB. (1986). "Pathology of the lung in near-drowning." Am J Emerg Med 4:40.

Karch SB. (1986). "Catecholamines and calcium blockers in cardiac resuscitation." Am J Emerg Med 4(2):189-192.

Karch SB, Billingham ME. (1986). "Myocardial contraction bands revisited." Human Path 17(1):9-13.

Karch SB. (1987). "Resuscitation-induced myocardial necrosis. Catecholamines and defibrillation." Am J Forensic Med & Pathol 8(1):3-8.

Karch SB. (1987). "Serum catecholamines in nearly drowned children." Am J Emerg Med 5(3):261.

3

Karch SB, Billingham ME. (1987). Contraction Bands Revisited. The Year Book of Pathology. Chicago, Year Book Medical Publishers, Inc.

Tazelaar HD, Karch SB, Stephens BG, Billingham ME. (1987). "Cocaine and the heart." Human Path 18(2):195-199.

Karch SB, Billingham ME. (1988). "The pathology and etiology of cocaine-induced heart disease." Arch Path & Lab Med 112(3):225-230.

Ellis JM, Ernst AA, Launius J, Karch SB. (1988). "HMO patients with AMI: Any difference in treatment?" Ann Emerg Med 17(2):188.

Preston C, Karch SB. (1989). "The influence of gender and use of barium enema on morbidity in acute appendicitis." Am J Emerg Med 7:253-255.

Ernst EA, Weller P, Karch SB. (1988). "Bartholin's gland abscess in infancy." Pediatr Infect Dis J. Jul;7(7):526-7

Karch SB. (1989). "Managing Cocaine Crisis." Ann Emerg Med 18(2):228-229.

Karch SB. (1989). "Coronary artery spasm induced by intravenous epinephrine overdose." Am J Emerg Med 7(5):485-488.

Karch SB. (1989). "The history of cocaine toxicity." Hum Pathol 20 (11):1037-1039.

Karch SB. (1990). "Problems with high-dose epinephrine therapy." J Forensic Medicine & Pathology 11(2):178-179.

Karch SB, Stephens BG (1991). "When is cocaine the cause of death?" J Forensic Medicine & Pathology 12(1):1-2.

Karch SB. (1991). "Introduction to the forensic pathology of cocaine." J Forensic Medicine & Pathology 12(2):126-131.

Karch SB. (1993). "High-dose epinephrine." Am J Emerg Med 11(4):423-426.

Karch SB. (1993). "Is ecgonine methyl ester a major in vivo metabolite of cocaine in humans?" J Analytical Tox 17(5):318-319.

Karch SB, Lewis T, Young S. (1995). "Surgical delays and outcomes in patients treated with pneumatic antishock garments." Am J Emerg Med 13:401-405.

Karch SB, Billingham ME. (1995). "Coronary artery and peripheral vascular disease in cocaine users." Coronary Artery Disease 6:220-225.

Karch SB, Green S, Young S. (1995). "Myocardial hypertrophy and coronary artery disease in male cocaine users." J Forensic Sci 40:591-596.

Ariagno R, Karch SB, Middleberg R, Stephens BG, Valdès-Dapena M. (1995). "Methamphetamine ingestion by a breast-feeding mother and her infant's death: People v Henderson." JAMA 274:215.

Wetli CV, Karch SB. (1995). "Agitated delirium versus positional asphyxia." Ann Emerg Med 26(6):760-761.

Karch SB, Lewis T, Young S, Hales D. (1995). "Field intubation of trauma patients: complications, indications, and outcomes." Am J Emerg Med 14(7):617-619.

Karch SB. (1996). "Cardiac arrest in cocaine users." Am J Emerg Med. 14(1):79-82.

Ariagno R, Karch SB, Stephens BG, et al. (1996). "People v Henderson - The prosecution responds." Reply. JAMA 275:183-184.

Wetli CV, Mash D, Karch SB. (1996). "Cocaine-associated agitated delirium and the neuroleptic malignant syndrome." Am J Emerg Med 14:425-428.

Karch SB. (1998). "Diphenhydramine toxicity: comparisons of postmortem findings in diphenhydramine-, cocaine-, and heroin-related deaths." Am J Forensic Med Pathol. June, 19(2):143-147.

Karch SB, Stephens BG, Ho CH. (1998). "Relating cocaine blood concentrations to toxicity - an autopsy study of 99 cases." Journal of Forensic Science 43(1):41-45.

Karch SB, Graff J, Young S, Ho CH. (1998). "Response times and outcomes for cardiac arrests in Las Vegas casinos." Am J Emerg Med 16:249-254.

Karch SB, Stephens BG. (1998). "Acute excited states and sudden death. Acute excited states are not caused by high blood concentrations of cocaine." BMJ 316(7138):1171.

Karch SB, Stephens BG. (1999). "Methamphetamine-related deaths in San Francisco: demographic, pathologic and toxicologic profiles." Journal of Forensic Science 44(2):359-369.

Karch SB. (1999). "Comments on 'Ma huang toxicity' letter by Dr. Theoharides." Journal of Clinical Psychopharmacology 19(2):196-199.

Karch SB, Stephens BG. (1999). "Does ethanol enhance cocaine toxicity?" Journal of Clinical Forensic Sciences 6(1):19-23.

Karch SB. (1999). "The problem of methamphetamine toxicity." Western Journal of Medicine 170(4):232-233.

Karch SB, Stephens BG. (1999). "Drug abusers who die during arrest or in custody." Journal of the Royal Society of Medicine 92:110-114.

Karch SB. (1999). "Cocaine: history, use, and abuse." Journal of the Royal Society of Medicine 92:393-398.

Karch SB, Stephens BG. (2000). "Toxicology and pathology of deaths related to methadone: retrospective review." Western Journal of Medicine 172(1):11-14.

Levisky J, Bowerman D, Jenkins W, Karch SB. (2000). "Drug deposition in adipose tissue and skin: evidence for an alternative source of positive sweat patch tests." Forensic Science International 110(1):35-46.

Karch SB. (2000) "Interpretation of blood cocaine and metabolite concentrations?" Am. J. Emerg Med, 18(5):635-637.

Karch SB. (2000) "The wrong message?" Journal of the Royal Society of Medicine 93(7):339-340.

Blaho K, Winbery S, Park L, Logan B, Karch SB, Barker A. (2000). "Cocaine metabolism in hyperthermic patients with excited delirium." Journal of Clinical Forensic Medicine, 7:71-79

Levisky J, Bowerman D, Jenkins W, Karch SB. "Drugs in postmortem adipose tissues: evidence of antemortem deposition." Forensic Science International, 2001 Oct 1; 121(3):157-160.

Karch SB, Stephens BG, Nazareno, G. "GHB: Club drug or confusing artifact?" The American Journal of Forensic Medicine and Pathology. 2001, 22(3):266-269.

Karch SB. "Alternate strategies for postmortem drug testing." Journal of Analytical Toxicology 2001, 25(5):393-396.

Levisky JA, Bowerman DL, Jenkins WW, Johnson DG, Levisky JS, Karch SB. "Comparison of urine to sweat patch test results in court ordered testing." Forensic Sci Int. 2001 Oct 15; 122(1):65-8.

Levisky JA, Karch SB, Bowerman DL, Jenkins WW, Johnson DG, Davies D. "False-positive RIA for methamphetamine following ingestion of an ephedra-derived herbal product." Journal of Analytical Toxicology, 2003, 27(2):123-4

Karch SB, Rutherford J. (2003). "Death certification in the UK." Invited editorial, Journal of the Royal Society of Medicine, 2003, 96(9):42-44

6

Karch SB. "Is post-mortem toxicology quackery?" Journal of Clinical Forensic Medicine, 2003, Sep 10(3):197-198.

Karch SB. "Use of ephedra-containing products and risk for hemorrhagic stroke." Neurology, 2003 Sep 9, 61:724-725

Blechman K, Karch SB, Stephens BG. "Demographic, Pathologic, and Toxicological profiles of 127 decedents testing positive for ephedrine alkaloids." Forensic Sci Int. 2004, Jan 6; 139(1):61-69.

Boyd G Stephens, MD, Jeffrey M Jentzen, MD, Steven B Karch, MD, Deborah C Mash, PhD, Charles V Wetli, MD. "Criteria for the interpretation of cocaine levels in human biological samples and their relation to the cause of death." Report of the National Association of Medical Examiners, Committee on Cocaine-Related Deaths 2000-2002. American Journal of Forensic Medicine and Pathology, 2004; Vol 25(1):1-10.

Boyd G Stephens, MD, Jeffrey M Jentzen, MD, Steven B Karch, MD, Deborah C Mash, PhD, Charles V Wetli, MD. "National Association of Medical Examiners position paper on the certification of cocaine-related deaths." American Journal of Forensic Medicine and Pathology, 2004; Vol 25(1):11-13.

Bertol E, Fineschi V, Karch, SB, Mari F, Riezzo I. "Nymphaea cults in ancient Egypt and the New World: a lesson in empirical pharmacology." J R Soc Med. 2004 Feb; 97(2):84-5.

Wijetunga M, Bhan R, Lindsay J, Karch SB. "Acute coronary syndrome and crystal methamphetamine use: a case series." Hawaii Med J. 2004 Jan;63(1):8-13, 25.

Glatter K, Karch SB. "Positional asphyxia: inadequate oxygen, or inadequate theory?" Forensic Sci Int. 2004 May 10;141(2-3):201-2.

Mari F, Bertol E, Fineschi V, Karch SB. "Channelling the Emperor: what really killed Napoleon?" J R Soc Med. 2004 Aug;97(8):397-9.

Forrest R, Karch SB, Drummer O, et al. "Forensic science in the dock," BMJ, 2004, 326:636-637.

Fineschi V, Silver MD, Karch SB, Parolini M, Turillazzi E, Pomara C, Baroldi G. "Myocardial disarray: an architectural disorganization linked with adrenergic stress?" Int J of Cardiology, 2005 Mar 18; 99(2):277-82.

Karch SB. "Cocaine cardiovascular toxicity." South Med J. 2005 Aug; 98(8):794-9.

Fineschi V, Riezzo I, Centini F, Silingardi E, Licata G, Karch SB. "Sudden cardiac death during anabolic steroid abuse: morphologic and toxicologic findings in two fatal cases of bodybuilders." Int J Legal Medicine. 2005 Nov 15; 1-6.

Fineschi V, Karch SB, D'Errico S, Pomara C, Riezzo I, Turillazzi E. "Cardiac pathology in death from electrocution." International Journal of Legal Medicine, 2006 Mar; 120(2):79-82.

Karch SB. "Cannabis and Cardiotoxicity." Forensic Science, Medicine, and Pathology. 2006; 2(1):13-19.

Karch SB. "Peer review and the process of publishing adverse drug event reports." J Forensic Leg Med. 2007 Feb;14(2):79-84.

Karch SB. "Changing times: DNA resequencing and the 'nearly normal' autopsy." Journal of Forensic Legal Medicine 2007 Oct;14(7):389-97.

Turillazzi E, Karch SB, Neri M, Pomara C, Riezzo I, Fineschi V. "Confocal laser scanning microscopy: using new technology to answer old questions in forensic investigation." Int J Legal Med. 2008 Mar;122(2):173-7.

Turillazzi E, La Rocca G, Anzalone R, Corrao S, Neri M, Pomara C, Riezzo I, Karch SB, Fineschi V." Heterozygous nonsense SCN5A mutation W822X explains a simultaneous sudden infant death syndrome." Virchows Arch. 2008 Aug;453(2):209-16.

Pomara C, Karch SB, Mallegni F, Marrone A, Ricci S, Riezzo I, Fineschi V. "A medieval murder." Am J Forensic Med Pathol. 2008 Mar;29(1):72-74.

Riezzo, I, Fiore C, De Carlo, D, Karch SB, et al  "The role of oxidative stress in methamphetamine and MDMA-induced toxicity." Int J Legal Med. 2008 Nov;122(6):461

Turillazzi E, La Rocca G, Anzalone A, Corrao S, Neri M, Pomara C, Riezzo I, Karch SB, Fineschi V. "Heterozygous nonsense SCN5A mutation W822X explains a simultaneous sudden infant death syndrome." Virchow's Arch. 2008 Aug;453(2):209-216.

Cerretani D, Riezzo I, Fiaschi AI, Centini F, Giorgi G, Fiore C, Karch SB, Pomara C, Neri M, Turillazzi E, Fineschi V. "Cardiac oxidative stress determination and myocardial morphology after a single ecstasy (MDMA) administration in a rat model." Int J Legal Med. 2008 Nov;122(6):461-9.

Karch SB, Wong SH. "A letter from America: The ghost of Dr. Griggs." Journal of Forensic and Legal Medicine. 2009 Feb;16(2):106-7.

Turillazzi E, Pomara C, La Rocca G, Neri M, Riezzo I, Karch SB, Anzalone R, Lo Iacono M, Fineschi V. "Immunohistochemical marker for Na+ CP type Valpha (C-20) and heterozygous nonsense SCN5A mutation W822X in a sudden cardiac death induced by mild anaphylactic reaction." Appl Immunohistochem Mol Morphol. 2009 Jul;17(4):357-62

Mash D, Duque L, Pablo J, Qin Y, Adi N, Hearn WL, Hyma B, Karch SB, Druid H, Wetli C. "Brain Biomarkers for Identifying Excited Delirium as a Cause of Sudden Death." Forensic Sci Int. 2009 Sep 10;190 (1-3):e13-19.

Karch SB. "Response to postcard from Sweden." J Forensic Leg Med. 2009 Nov;16(8):501.

Karch SB. "Ethanol-based Hand Cleansers." J Forensic Leg Med. 2009 Nov;16(8):497-498.

Pomara C, Turillazzi E, Neri M, Bello SC, Di Donato S, Riezzo I, D'Errico S, Fiore C, Zizzo G, Karch SB, Fineschi V. "A multidisciplinary approach to the investigation of a collapsed building." Am J Forensic Med Pathol. 2010 Sep;31(3):264-8.

Karch SB. "A Historical Review of MDMA." The Open Forensic Science Journal. 2011; 4:20-24.

Bertol E, Mari F, Milia MG, Politi L, Furlanetto S, Karch SB. "Determination of aminorex in human urine samples by GC-MS after use of levamisole." Journal of Pharmaceutical and Biomedical Analysis. 2011 Jul 15;55(5):1186-1189.

Karch SB. "Is it Time to Reformulate Racemic Methadone?" J Addict Med. 2011 Sep; 5(3):229-231.

Karch SB. "The Unique Histology of Methamphetamine Cardiomyopathy: A Case Report." Forensic Science International. 2011 Oct 10; 212(1-3):e1-4.

Vilke GM, Payne-James J, Karch SB. "Excited Delirium Syndrome (ExDS): redefining an old diagnosis." J Forensic Leg Med. 2012 Jan; 19(1):7-11.

Karch SB, Mari F, Bartolini V, Bertol E. "Aminorex Poisoning in Cocaine Abusers." Int J Cardiol. 2012 Jul 26;158(3):344-346.

Karch SB. "Possible Strategies for the Diagnosis of Fatal Excited Delirium Syndrome." Acad Forensic Pathol 2012 Sept; 2 (3): 273-283.

Vilke GM, Chan TC, Karch SB. Letter by Vilke et al regarding article, "Sudden cardiac arrest and death following application of shocks from a TASER electronic control device." Circulation. 2013 Jan 1;127(1):e258.

Karch SB. "Postmortem toxicology in the elderly." Forensic Sci Med Pathol. 2013 9(2):256-257.

Karch, SB. "Another Chance to Reformulate Racemic Methadone." J Addict Med. 2014 May-Jun;8(3): 217-9.

Karch, SB, Defraia, B, Messerini, L, Bertol, E, Mari, F.  "Aminorex associated with possible idiopathic pulmonary hypertension in a cocaine user." Forensic Science International. 2014 Jul;240:e7-e10.

Busardo, FP, Frati, P., Karch, SB, Fineschi, V. "Epidemologic and clinical data of amniotic embolism in forensic settings." Curr Pharm Biotechnol. 2014;14(14):1189-94.

Kroll, M., Graham, M., Karch, SB., Wetli, C. "Conducted Electrical Weapons and a Modified Naranjo Algorithm." Forensic Science International. In press, (2015).

Panescu, D, Kroll, M, Lakkireddy, D, Karch, SB and Brave, M. "Cardiac Safety Models: Are Humans a different animal?" IEEE – Engineering in Medicine and Biology Society. Submitted for publication.

Karch, SB.,Viano, F., Bertol, E. "Levamisole, Aminorex and Pulmonary Arterial Hypertension: a review. Razavi International Journal of Medicine" In press (2015)

Karch, SB., Brave, M., "On Positional Asphyxia and Death in Custody." Submitted for publication (2015)

Panescu, D, Kroll, M, Lakkireddy, D, Karch, SB and Brave, M. "Cardiac Safety Models: Are Humans a different animal?" IEEE – Engineering in Medicine and Biology Society. Submitted for publication (2015).


# Books

Karch SB. "Karch's Pathology of Drug Abuse" CRC Press, Boca Raton, Florida. First edition 1993; Second edition 1997; Third edition 2002; Fourth edition 2008, Fifth edition to be published in 2014.

Karch SB. "Drug Abuse Handbook" CRC Press, Boca Raton, Florida, 1998; Second edition 2006. Editor-in-Chief.

Karch SB. Sr. Editor, "Drug Abuse Handbook, Third Edition." CRC Press, Boca Raton, Florida, to be published in 2015.

Karch SB. "A Brief History of Cocaine" CRC Press, Boca Raton, Florida, January 1998.

Karch SB. "A Brief History of Cocaine, Second Edition" CRC Press, Boca Raton, Florida, September 2005.

Karch SB. "The Consumer's Guide to Herbal Medicine" Advanced Research Press, April 1999.

Karch SB. "A Cocaine History: The Mystery of Coca Java and the Kew Plant." The Royal Society of Medicine Press (London), May 1, 2003.

Pomara C, Karch SB, Fineschi V. "Forensic Autopsy: A Handbook and Atlas." CRC Press, Taylor and Francis, London and Boca Raton, Florida. February 18, 2010.

Pomara C, Karch SB, Fineschi V. "Forensic Histopathology, an Atlas." CRC Press, Taylor and Francis, London and Boca Raton. Publication date scheduled for 2014.

## Editor

The Journal of Forensic and Legal Medicine, North American Editor (Elsevier Press)
Forensic Drug Abuse Advisor, a monthly newsletter
Associate Editor, *SAGE Handbook of Drug and Alcohol Studies.* To be published 2015

## Editorial Boards

Minerva Medico Legale (Rome)
The Journal of Forensic and Legal Medicine (London)
Forensic Science, Medicine, and Pathology (Former)
The Academic Press Encyclopedia of Forensic and Legal Medicine (2004)
The Journal of Cardiovascular Toxicology (Former)
Cochrane Review of Forensic Medicine (Advisor, London)
The Open Forensic Science Journal (TOFORSJ)

## Book Chapters

Nahas GG and Burks TF. (eds). Karch, S. Pathological consequences of opiates, in "Drug abuse in the decade of the brain." IOS Press, Amsterdam, 1996.

Gootenberg P (ed). Karch SB. "The history of the Southeast Asian cocaine industry" in "Cocaine: global histories." Routledge Press, New York, London 1999.

Jay Siegel (ed). Karch SB, Heischman S. "Drugs and driving impairment" in "The Encyclopedia of Forensic Sciences." 2000. Volume 1, pages 635-640, Academic Press, Ltd, London.

Mason JK and Purdue B (ed). Karch SB. "Drug abuse and trauma" in "The Pathology of Trauma, Third Edition," Edward Arnold, London, 2000, pages 422-441.

Cupp M (ed). Karch SB. "Ma Huang and ephedra alkaloids" in "Toxicology and Clinical Pharmacology of Herbal Products." Humana Press, Totowa, N.J., 2000. Second edition 2003.

Stark M (ed). Wall I, Karch SB. "Traffic Medicine" in "A Physician's Guide to Forensic Medicine." Humana Press, Totowa, N.J., 2000.

Yesalis C (ed). Karch SB. "Amphetamines" in "Performance-enhancing substances in sport and exercise." Human Kinetics Press. April 2002, pages 257-267.

Froede R (ed). Karch SB. "Drug Deaths" in "College of American Pathologists, Handbook of Forensic Pathology." Published, 2003.

Stark M (ed). Karch SB. "Traffic Medicine," in "Clinical Forensic Medicine," Human Press. Second edition published April 2005.

Payne-James J (ed). Karch SB. "Substance misuse – herbal medicine." In "Encyclopedia of Forensic and Legal Medicine," Elsevier Science, Academic Press, 2005.

Payne-James J (ed). Karch SB. "The postmortem toxicology and pathology of drug-related deaths." In "Encyclopedia of Forensic and Legal Medicine," Jason Payne-James (ed), Elsevier Press, 2005.

Payne James J (ed). Heishman J, Karch SB. "Drugs and Driving," in "Encyclopedia of Forensic and Legal Medicine," Elsevier Press, 2005.

ElSohly M (ed). Karch SB. "Postmortem findings in marijuana-related deaths," In "Marijuana And The Cannabinoids," Humana Press, October 2006.

Pamela Korsmeyer (ed) and Henry R. Kranzler (ed). Karch SB. "Cocaine Epidemics" in "Encyclopedia of Drugs, Alcohol & Addictive Behavior." Publisher: Gale Cengage; 3rd edition, November 14, 2008.

Saukko P (ed). Karch SB, Fineschi, V. "Mechanisms in sudden natural death," In: Wiley Encyclopedia of Forensic Science, June 2009.

Kroll M (ed) and Ho J (ed). Karch SB. "Stimulant Abuse and Sudden Cardiac Death" in "TASER® Conducted Electrical Weapons: Physiology, Pathology, and Law," Springer; March 16, 2009.

K Griest (ed). Karch SB. "The poisoned child." In "Pediatric Homicide," CRC Press, published September 16, 2009.

Allan Jamieson (Editor), Andre Moenssens (Co-Editor). Karch SB, Fineschi V. "Cardiac and natural causes of sudden death." In Wiley Encyclopedia of Forensic Science, Wiley Publishers, London, 2009.

Karch SB. "Cocaine" in the BMJ Point of Care, textbook of Medicine, London, 2009, Revised 2013,2014

Lathers, Schrader, Bungo and Leestma (eds). Karch SB. "Forensic Toxicology of Sudden Death: Psychotropic, Recreational, OTC Drugs." In "Sudden Unexpected Death in Epileptics." CRC Press, February 2011.

Osselton D (ed). Drummer O, Karch SB. "Interpretation of toxicological data." In Clarke's, 4th edition, published in May 2011.

Stark M (ed). Wall IF, Karch SB. "Traffic Medicine," and "Chemical Restraint Agents" in "Clinical Forensic Medicine: A Physician's Guide, 3rd edition" Human Press. September 18, 2011.

Payne James J (ed). Karch SB. "Principles of Forensic Toxicology," Chapter 19 in Simpson's Forensic Medicine, 13th edition, November 1, 2011.

Payne James J (ed). Karch SB. "Forensic Alcohol Testing," Chapter 20 in Simpson's Forensic Medicine, 13th edition, November 1, 2011.

Payne James J (ed). Karch SB. "The Forensic Toxicology of Licit and Illicit Drugs," Chapter 21 in Simpson's Forensic Medicine, 13th edition, November 1, 2011.

Payne James, J (ed). Karch SB. "Miscellaneous Poisons," Chapter 22 in Simpson's Forensic Medicine, 13th edition, November 1, 2011.

Epocrates/BMJ online, Text Book of Medicine. Karch SB. "Cocaine." Published online 2012.

Epocrates/BMJ online, Text Book of Medicine. Karch SB. "Cocaine." Published online 2013, revised

Payne-James J (ed). Karch SB. "The Toxicology of Herbal Remedies" In "Encyclopedia of Forensic and Legal Medicine," Jason Payne-James (ed), Elsevier Press, invited chapter, in press

Payne-James J (ed). Karch SB. "Cocaine." In "Encyclopedia of Forensic and Legal Medicine," Jason Payne-James (ed), Elsevier Press, invited chapter, in press

Payne-James J (ed). Karch SB. "The Molecular Autopsy" In "Encyclopedia of Forensic and Legal Medicine," Jason Payne-James (ed), Elsevier Press, invited chapter, in press

Payne-James J (ed). Karch SB. "Special Considerations in Autopsies of Drug Abusers" In "Encyclopedia of Forensic and Legal Medicine," Jason Payne-James (ed), Elsevier Press, invited chapter, in press

## Occasional Reviewer

Academic Forensic Pathology
American Journal of Emergency Medicine
Archives of Pathology and Laboratory Medicine
Biology, Biochemistry and Behavior
Cardiovascular Toxicology
Clinical Cardiology
Coronary Artery Disease
Drug and Alcohol Dependency
Drug Metabolism and Distribution
Environmental Toxicology and Pharmacology
Forensic Science International
Forensic Science, Medicine and Pathology
Human Pathology
International Journal of Cardiology
Journal of Addiction Medicine
Journal of Analytical Toxicology
Journal of Cellular and Molecular Medicine
Journal of Forensic and Legal Medicine
Journal of Forensic Science
Laboratory Investigations
Neuro-Psychopharmacology & Biological Psychiatry
Science & Justice
Texas Heart Journal
Western Journal of Medicine

## Examiner

Faculty of Forensic and Legal Medicine of the Royal College of Physicians,
London, appointed 2008.

## Funded Investigations

(1) Chief Investigator, Telemedicine Applications in the treatment of acute myocardial
infarction, 1998-1999. National Library of Medicine, Medical Informatics Project. To
develop new methods for the rapid field treatment of patients with acute myocardial
infarction, $498,000 for 2001-2002.

(2) Consultant Cardiac Pathologist, HHS Grant, "Cardiovascular effects of cocaine."
Professor Mark Knuepfer, St. Louis University School of Medicine, Chief Investigator
(1999-2003, DA 05180-08).

(3) Consultant Cardiac Pathologist, HHS grant, "Effects of Chronic Stress or Psychostimulants on the central and autonomic nervous system." Mark Knuepfer, St. Louis University School of Medicine, Chief Investigator (1999-2003, DA 05180-08).

## Federal Consensus Panels and Consultancies

Office of Law Enforcement Standards, National Institute of Standards and Technology (NIST) Electroshock Weapons: Standardizing Test Procedures and Assessing Performance, January 2011.

Institute for Non-Lethal Defense Technologies, National Institute of Justice, Less Lethal Devices Technology Working Group – Excited (ExD) Delirium Workshop, April 12-13, 2011

Serious Organized Crime Agency (SOCA), United Kingdom, April 1, 2006 – October 7, 2013

National Crime Agency (NCA), SOCA merged into NCA, United Kingdom. October 7, 2013 – to present

## Invited Speaker and Abstracts (partial listing)

Australasian College of Pathologists, QueensTown, New Zealand,  Invited Speaker, (1) Investigating Sudden Death in Custody, (2) The Role of Toxicology in the Mass Disaster Setting." September 19, 20, 2015

NIST-International Forensic's Symposium, Washington, D.C. Platform Speaker, "The effect of conformational bias on in-custody death investigation, July 22, 2015

California Association of Toxicologists, San Francisco, Invited Speaker, "Orexigens vs the "Z"drugs. May 1, 2015

Sezione Dipartimentale di Medicina Legale, Università degli Studi Sapienza di Roma (University of Sapienza, Rome, Italy). Invited Lecturer. "Hurricane Katrina: The medical examiner's experience" October 3, 2014

Sezione Dipartimentale di Medicina Legale, Università degli Studi Sapienza di Roma (University of Sapienza, Rome, Italy). Invited Lecturer. "The Toxicology of Designer Drugs" October 1, 2014

American Academy of Forensic Sciences, Breakfast Workshop: "No shelter from the storm: the heroes and villains of Hurricane Katrina." Seattle, WA. February 2014

American Academy of Forensic Sciences. A Argo, P Procaccianti, C Sortino, L Averna, S Zerbo, SB Karch. "Postmortem Evidence of Methadone Cytotoxicity." Seattle, WA. February 2014

American Academy of Forensic Sciences. SB Karch, D Beatrice, L Messerini, F Mari, F Valano, E Bertol. "Pulmonary Hypertension in Users of Levamisole-Contaminated Cocaine." Seattle, WA. February 2014

Institute for the Prevention of In-Custody Deaths, Invited Lecturer "An Introduction to K2, Spice and Bath Salts." Las Vegas, Nevada, November 12, 2012

Institute for the Prevention of In-Custody Deaths, Invited Lecturer "Stimulant-related heart disease and death in custody." Las Vegas, Nevada, November 14, 2011

Society of Forensic Toxicologists joint meeting with The International Association of Forensic Toxicologists, San Francisco, September 25-30, 2011
1. Steven B Karch, Stefania Bello, Carmela Fiore, Margherita Neri, Cristoforo Pomara, Irene Riezzo "Acute Administration of MDMA Induces Hepatocellular Damage, Oxidative Stress and Lipoperoxidation in Rat Liver."
2. Steven B Karch, MD, Francesco Mari, PhD, Viola Bartolini, MD, Elisabetta Bertol, PhD. "Aminorex Poisoning in Cocaine Abusers."

Canadian Association of Pathologists, Invited Lecturer "Cocaine, Excited Delirium and Tasers." Vancouver, June 8, 2011

Institute for the Prevention of In-Custody Deaths, Invited Lecturer "Stimulant-related heart disease and death in custody." Las Vegas, Nevada, November 14, 2010

Institute for the Prevention of In-Custody Deaths, Invited Lecturer "Cocaine-induced heart disease and sudden death." Las Vegas, Nevada, November 11, 2009

National Association of Medical Examiners, platform presentation, "Left ventricular remodeling and its relation to sudden cardiac death." San Francisco, September 11, 2009

Italian Association of Forensic Toxicologists, Invited Lecturer, "The coming challenges in forensic science." Florence, Italy, April 24, 2009

Armed Forces Institute of Pathology, Invited Lecturer, "An introduction to forensic toxicology and the investigation of drug-related deaths." AFIP Basic Course in Forensic Pathology, Washington, D.C., November 15, 2008

First International Eurasian Congress of Forensic Science, Invited Lecturer, "The problem of narco-terrorism." Istanbul, Turkey, October 8, 2008

International Association of Forensic Science, platform presentation, "Simultaneous death from Brugada syndrome in twins and the critical issue of DNA testing in forensic medicine." July 24, 2008

Institute for the Prevention of In-Custody Deaths, Invited Lecturer "Cocaine-induced heart disease and sudden death." Las Vegas, Nevada, November 28, 2007

Italian Association of Forensic Toxicologists, Invited Lecturer, "The significance of sampling error in postmortem toxicology." Florence, Italy, November 22, 2007

Armed Forces Institute of Pathology, Invited Lecturer, "The Investigation of Drug-Related Deaths." AFIP Basic Course in Forensic Pathology, Washington, D.C., November 9, 2007

Texas Association of Medical Examiners, Invited Lecturer, "The Investigation of Drug-Related Deaths." Lubbock TX; November 1-2, 2007

University of Guelph, Guelph, Ontario, Canada. Global Approaches: The Fourth International Conference on the History of Drugs and Alcohol, August 10-12, 2007, "Japanese adventures in the cocaine trade." Invited speaker

Cross Channel Conference on Forensic Medicine, Invited Speaker. "Simple Sums - the problem with coronial reforms in the post-Shipman era." May 17, 2007

XXVII International Congress of the European Association of Poisons Centres and Clinical Toxicologists, Athens, Greece, May 3, 2007, Invited Plenary Speaker, "Forensic Toxicology, Problems and Pitfalls."

Institute for the Prevention of In-Custody Deaths, "Drug Pathology and the Mislabeling of Excited Delirium." Las Vegas, Nevada, November 17, 2006, invited speaker

Armed Forces Institute of Pathology, Invited Lecturer, "The Investigation of Drug-Related Deaths." AFIP Basic Course in Forensic Pathology, Washington, D.C., November 17, 2006

National Association of Medical Examiners Annual Meeting, Invited Lecturer, "Myocardial remodeling and sudden death in drug users." San Antonio, Texas, October 15, 2006

Florida Association of Medical Examiners, "The Molecular Biology of Stimulant Toxicity." Jupiter Beach Resort, August 11, 2006

University of Florida, Gainesville, Department of Toxicology and Internal Medicine, invited speaker, "The pathology of drug abuse." January 30, 2006

Office of the Chief Medical Examiner, San Antonio, TX, invited speaker, "Death with a nearly normal heart – the molecular biology of sudden cardiac death." December 5, 2005

Armed Forces Institute of Pathology, Invited Lecturer, "The Investigation of Drug-Related Deaths." AFIP Basic Course in Forensic Pathology, Washington, D.C., November 17, 2005

Medical Malpractice Institute of Georgia, Seminar on Pathology for Attorneys, Amelia Island Plantation, Amelia Island, Florida, November 3-5, 2005

International Association of Forensic Science, Invited Speaker, "The Problem with Postmortem Toxicology." Hong Kong, August 21, 2005

Queen Mary School of Medicine, Hong Kong, Invited Lecturer, "The Investigation of Drug-Related Deaths." August 18-20, 2005

Italian Society of Forensic Pathologists, Consensus Conference on Protocols for Drug Death Investigation, Invited Speaker, "Drug Death Investigation," Foggia, Italy, April 15, 2005

American Academy of Forensic Science, 57th Annual Meeting, "Determining the cause of Napoleon's death." New Orleans, LA, February 22, 2005

American Academy of Forensic Science, 57th Annual Meeting, "The principles of evidenced-based medicine do apply in court." New Orleans, LA, February 21, 2005

The International Association of Toxicologists/Society of Forensic Toxicologists, "Channeling the Emperor: what really killed Napoleon?" Washington, D.C., August 30, 2004

Armed Forces Institute of Pathology, Invited Lecturer, "The Investigation of Drug-Related Deaths." AFIP Basic Course in Forensic Pathology, Washington, D.C., November 16, 2004

Australia New Zealand Forensic Science Society, 17th Annual Meeting, "Is postmortem toxicology just quackery?" Keynote address, March 29, 2004, Wellington, New Zealand. Invited Lecturer

American Academy of Forensic Science, Toxicology Section, "The pathology and toxicology of ephedra-related deaths." February 16, 2004, Dallas, Texas. Invited Lecturer

American Academy of Forensic Science, Pathology Section, "Workshop on forensic histopathology; the pathology of drug abuse." February 17, 2004, Dallas, TX. Invited Lecturer

Royal Society of Medicine Conference on Cocaine, Invited Lecturer. "The cardiac pathology of cocaine abuse." London, England, December 12, 2003

Armed Forces Institute of Pathology, Invited Lecturer, "The Investigation of Drug-Related Deaths." AFIP Basic Course in Forensic Pathology, Washington, D.C., November 15, 2003

Society of Forensic Toxicologists, Invited Lecturer, "How to read a pathologist's report." Portland, Oregon, October 15, 2003

British Association of Police Surgeons, 52nd Annual Meeting, Invited Lecturer. "Letter from America." Brighton, England, May 16, 2003

Worshipful Society of Apothecaries, Diploma Course in Forensic Science, St. Thomas' Hospital, "The problem with postmortem toxicology." Invited Lecturer. London, May 14, 2003

California Association of Toxicologists and the Western Assoc of Toxicologists, Invited Lecturer, "Can the results of postmortem blood tests be interpreted?" Albuquerque, NM, May 2003

California Department of Justice, Invited Lecturer, "Problems in postmortem toxicology." January 29, 2003

Armed Forces Institute of Pathology, Invited Lecturer, "The Investigation of Drug-Related Deaths." AFIP Basic Course in Forensic Pathology, Washington, D.C., November 15, 2002

International Association of Forensic Sciences, 16th Annual Meeting, Invited Lecturer. "Dr. Harold Shipman: Britain's most prolific serial killer; an insider's look at the toxicology evidence," Montpellier, France, September 5, 2002

British Association of Police Surgeons, 51st Annual Meeting, Invited Lecturer. "The toxicology and pathology of heroin abuse." Manchester, United Kingdom, May 14, 2002

Cardiovascular Medicine, Cardiology for the Primary Care Physician, Ninth Annual Update, "Dietary Supplements and Sports Doping," invited lecturer. San Mateo, California, January 19, 2002

Armed Forces Institute of Pathology, Invited Lecturer, "The Investigation of Drug-Related Deaths." AFIP Basic Course in Forensic Pathology, Washington, D.C., November 14, 2001

Florida Association of Medical Examiners, Invited Lecturer, (1) "The Investigations of Drug-Related Deaths in Custody," and (2) "Some Thoughts About Cocaine History. " Annual Meeting, Daytona, Florida, November 2-3, 2001

The Reading Hospital and Medical Center, Grand Rounds, "Herbal Remedies and Their Adverse Effects and Interactions with Prescription Medications" May 9, 2001

Armed Forces Institute of Pathology, Invited Lecturer, "The Investigation of Drug-Related Deaths." AFIP Basic Course in Forensic Pathology, Washington, D.C., November 30, 2000

Society of Forensic Toxicologists, Invited Lecturer, Plenary speaker "Brain versus blood drug measurements - Are we measuring the wrong things?" October 2000

Police Complaints Authority (London, England), Invited Lecturer, "A multidisciplinary approach to the investigation of excited delirium and death in custody." May 25, 2000

Napa Valley College of Criminal Justice, Invited Lecturer. "Escalation of force, responding to persons experiencing a psychotic episode." March 31, 2000

NORML National Conference. Invited Lecturer. "Drug testing technology: What works and what does not." Washington, D.C., February 4, 2000

Armed Forces Institute of Pathology, Invited Lecturer, "The Investigation of Drug-Related Deaths." AFIP Basic Course in Forensic Pathology, Washington, D.C., December 3, 1999

Society of Forensic Toxicologists, Invited Lecturer, "Pathology for toxicologists." San Juan, Puerto Rico, October 8, 1999

Royal Society of Medicine Conference on Death in Custody, Invited Speaker "Drugs, restraint and positional asphyxia." London, England, September 21-22, 1999

Home Office Annual Review for Forensic Pathologists, Invited Speaker, "The investigation of cocaine-related deaths." Dublin, Ireland, June 25, 1999

The Fifth International Conference in Clinical Forensic Medicine of The World Police Medical Officers, Invited Lecturer, "Investigating alcohol-related deaths." Vancouver, British Columbia, August 20, 1999

Association of Police Surgeons, Invited Lecturer, "The pathology and toxicology of abused drugs." Isle of Jersey, Channel Islands, May 9, 1999

Armed Forces Institute of Pathology, Invited Lecturer, "The investigation of drug-related deaths." AFIP Basic Course in Forensic Pathology, Washington, D.C., December 2, 1998

Royal Society of Medicine, Invited Speaker, Forensic Medicine Workshop: "The investigation of excited delirium and other lethal cocaine-related syndromes." London, England, June 19, 1998

American Academy of Forensic Sciences, Pathology/Toxicology Workshop Chairman: "Drugs and Athletes, a multidisciplinary symposium." San Francisco, February 9, 1998

American Academy of Forensic Sciences, Toxicology Workshop, Co-Chairman: "Methamphetamine: synthesis, pharmacology and toxicology." San Francisco, February 10, 1998

National Association of Medical Examiners (NAME), Invited Speaker. "Reasonable ways to interpret postmortem drug levels." Annual NAME conference in conjunction with the American Academy of Forensic Sciences Annual Meeting, San Francisco, February 11, 1998

Combined Professional Training Seminar of California Association of Toxicologists, Northwest Association of Forensic Scientists, Southwestern Association of Forensic Scientists and Southwestern Association of Toxicologists, Invited Speaker "Are postmortem blood levels worth measuring?" Las Vegas, November 3, 1997

Armed Forces Institute of Pathology, Invited Lecturer "Postmortem toxicology of alcohol and abused drugs." Basic course in Forensic Pathology, Bethesda, Maryland, October 20, 1997

California Association of Toxicologists, Invited Speaker "Deaths from excited delirium." San Jose, California, August 2, 1997

Drug Policy Foundation and The Lindsmith Foundation, Invited Speaker "From miracle to menace, the historical and global transformations of cocaine, 1860-1960, Japan's cocaine industry." Russell Sage Foundation, New York City, May 5-7, 1997

University of West Virginia, Twelfth Medicolegal Investigation of Death Seminar, Invited Speaker on the "Investigation and Pathology of Drug Abuse Deaths." Morgantown, VA, April 5, 1997

American Academy of Forensic Sciences (AAFS), Toxicology Workshop, "Pharmacokinetics and interpretation of old and new drugs: a new solution to the old problem." Invited speaker on "Factors effecting drug concentrations." New York City, February 17, 1997

American Academy of Forensic Sciences (AAFS), Workshop Chairman, "Uppers and Downers: A review of stimulant and narcotic abuse for forensic pathologists and toxicologists." Workshop chairman and speaker on "Mechanisms of sudden death in cocaine users." New York City, February 17, 1997

American Academy of Forensic Sciences, Abstract Presentation: "Estimating time of use in cases of cocaine-associated sudden death - blood cocaine/benzoylecgonine ratios"

(With Dr. Boyd Stephens, Chief Medical Examiner, San Francisco), Nashville, TN, February 20, 1996

American Academy of Forensic Sciences (AAFS), Abstract Presentation: "Sudden death in stimulant abusing heroin addicts ("Speedballers") - 12 deaths in two days in San Francisco." (With Boyd Stephens, M.D., Chief Medical Examiner, San Francisco), Nashville, TN, February 20, 1996

American Academy of Forensic Sciences (AAFS), Workshop Chairman, "Heroin Redux." Nashville, TN, February 14, 1996

University of St. Louis School of Medicine, Pathology Grand Rounds, "The structural basis for sudden death in cocaine users." St. Louis, MO, October 1, 1995

University of Texas and the Houston Drug Free Initiative, "The neuropathology of heroin abuse." Houston, Texas, September 22, 1995

Annual Conference for Death Scene Investigators, "Sudden death in drug users." New Orleans, LA, October 22, 1995

American Academy of Forensic Sciences (AAFS), Workshop Chairman, "Cocaine in court: practical approaches to key forensic issues." Seattle, Washington, February 13, 1995

American Academy of Forensic Sciences (AAFS), Abstract Presentation: "Myocardial hypertrophy and coronary artery disease in male cocaine users." (With Sheldon Green and Sandra Young), Seattle, Washington, February 14, 1995.

French Academy of Medicine and City of Paris, 3rd Annual Conference on Mechanisms in Drug Abuse, Workshop chairman, "The vascular pathology of abused drugs." Paris, France, May 4 and 5, 1994

University of Oklahoma, College of Pharmacy, Invited Speaker, "The toxicology and pathology of cocaine related sudden death." Oklahoma City, January 31, 1994.

University Medical Center of Las Vegas, Grand Rounds, "How catecholamines affect the heart." Las Vegas, NV, May 29, 1993

American Society of Addiction Medicine, "Harm reduction - the pathology of methadone and heroin abuse." Los Angeles, May 11, 1993

American Academy of Forensic Sciences (AAFS), Workshop Chairman, "The pathology of stimulant abuse, what to expect in 1993." Boston, MA, February 15, 1993

Conference on Death and Injury Investigation, "Investigating drug related deaths." New Orleans, LA, November 1992

Third National Conference on Death and Injury, "The pathology of drug abuse." Wichita, Kansas, December 12, 1991

West Coast Drug Free Workplace Conference, "Update on cocaine pathology and testing." Anaheim, California, September 18, 1991

First Drug Free Workplace Conference, "The forensic pathology of cocaine abuse." Washington, D.C., October 14, 1990

## Court Appearances

Thomas v. City of Fullerton, et al. Case No 30-2012-00581299. Deposition, testified for defense that stimulant related heart disease was the cause of death.

State vs Christopher Deedy, Criminal Case Number, C11-1-1647. Testified at trial that a blood vitreous concentration of cocaethylene was too low to cause behavioral impairment sufficient to constitute use of deadly force. Honolulu, July 31 – August 1, 2014.

Audry Henry vs City of Los Angeles, et al. USDC Case No: CV13-03151 JAK (MRWx). Testified at trial that heart disease, not choke hold, was cause of death. May 13, 2014.

Vachel Howards vs City of Los Angeles, et al. USDC Case No. CV13-01847 SJO (JEMx). Testified at deposition that cocaine-related heart disease not positional asphyxia was the cause of death. Emeryville, California. April 16, 2014.

People v. Stephanie Greene, South Carolina Circuit Court for Spartanburg. Testified at trial that significant amounts of morphine are not transmitted via breast milk and that breastfeeding did not cause the death of Alexis Greene. April 4, 2014.

People v. Manuel Ramos and Jay Cicinelli, Orange County Superior Court, Case No. 11CF2575. Testified that heart disease, not positional asphyxia was the cause of death. December 18, 2013.

Salles-Mayer vs Hill and Hershey Medical Center, Lebanon County, Pennsylvania. Civil Action-Law, No. 2006-02071. Testified that radiation poisoning, not cocaine use was the cause of the plaintiff's illness. November 4, 2013.

Hicks v Zondag, District Court, Seventh District, State of Wyoming, Case No. 93249-B. Testified that structural heart disease, not drug interaction was the cause of death. February 4, 2013.

The State of Tennessee vs Elizabeth Rice Ogle, No. 15633III, Circuit Court for Sevier County, Sevierville, Tennessee. Testified that isolated morphine concentrations measured

in an exhumed cadaver could not be used to determine the cause of death. November 2, 2012.

Hurtado v Los Angeles Police Dept et al., Superior Court of the State of California, Case No: BC 410704. Testified at trial that methamphetamine cardiomyopathy, not sequela of old gunshot wound were the cause of death. June 9, 2011.

Hurtado v Los Angeles Police Dept et al, Superior Court of the State of California, Case No: BC 410704. Testified at deposition the methamphetamine cardiomyopathy, not sequalae of old gunshot wound were the cause of death. May 7, 2011.

State of Queensland, Australia: Coroner's Inquiry in the death of Anthony Galeano. Testified at inquest, for the state, that methamphetamine cardiomyopathy combined with preexisting hypertrophic cardiomyopathy, was the cause of death and not Taser application. March 23-24, 2011.

Gabales v County of San Joaquin et al., United States District Court for the Eastern District of California CIV No. 5-07-1346-LKK-DAD. Testified in court that methamphetamine cardiotoxicity was cause of death, not police misconduct. March 9, 2011

State of Nevada vs. Tracie Diane Schuler (a.k.a. Tracie Diane Haberle). Case number CR09-2483, The Second Judicial District Court of The State of Nevada, homicide. Testified at trial, for the defense, that the toxicological methodology employed was flawed and inaccurate, because the hair specimens collected after autopsy were contaminated. October 14 and 15, 2010.

Phan v. United Parcel Service, San Francisco Superior Court Number CGC 09 48417. Testified by deposition that impairment could not be automatically inferred from postmortem blood drug measurements. October 6, 2010.

People v. Steven Petrilli, Dept 27, San Francisco Superior Court Number 204890-01. Testified at trial that decedent, who was in a fatal car crash, had severe underlying heart disease and may have been unconscious from arrhythmia at the time of collision. September 8, 2010.

Estate of Burr Needham vs Mercy Memorial Nursing Center, State Court for Monroe County Michigan, Case # 05-19213-NH. Testified at trial that ante-mortem drug doses could not be extrapolated from postmortem drug measurements and that postmortem ratios of free to bound drug are unreliable indicators of ante-mortem ratios. June 17, 2010.

United States of America vs Stephen J. Schneider and Linda K. Schneider, United States District Court for Kansas, Case No. 07-10234. Testified at trial that in the presence of severe heart disease, in the presence of isolated drug measurements, and the absence of histological examination, there was no method to determined whether drugs or heart

disease were the cause of death. June 7, 2010.

LeBlanc v Los Angeles Police Department et al., Superior Court State of California for the County of Los Angeles, Case # BC320840. Testified at trial that cocaine-induced Excited Delirium, and not positional asphyxia, was the cause of death. April 19, 2010.

Eva Arp vs Oakwood Health Care, Wayne County Circuit Court, Michigan, Case #08-125544 NH; Deposition. Testified by deposition that acute myocardial infarction and not fentanyl overdose was the cause of death. March 26, 2010.

Godinez vs Intermountain Health Care, Second Judicial District, Weber County, Ogden Department, State of Utah. Testified by deposition that the cause of death was asphyxiation, not excited delirium. November 9, 2009.

Butch Lawson v. Spectrum Hospitals, Superior Court, State of Michigan, Kent County. Testified by deposition that cause of death was not narcotic overdose and that the cause of death was unknown. November 4, 2009.

The State of California v James Patrick Ray et al., Superior Court of the State of California (No. 240918-20). Testified at trial that murder could not be proven since the cause of death was unknown. October 30, 2009.

Rosa v Taser International, United States District Court, Case C 05-03577 JF. Testified by deposition that decedent died from severe underlying heart disease. July 27, 2009.

Graff v Taser International, Inc, Superior Court of the State of Arizona. Testified by deposition that methamphetamine toxicity and not Taser application was the cause of death. June 3, 2009.

Estate of Kueffler v. Benefits Healthcare, Circuit Court, State of Montana. Testified by deposition that it is impossible to have opiate-induced respiratory depression when opiates are not detectable in the blood. January 20, 2009.

Medina v. City of Los Angeles United States District Court, Central District of Calif., CV 06-4926 CBM. Testified at trial, for the defense, that cocaine-related heart disease and not "positional asphyxia" was the cause of death. November 7, 2008.

The State of Nevada v David George Norbert, Las Vegas, Case #84066403A/C6640. Testified at trial, for the prosecution, that an underage child showed unequivocal evidence of sexual activity. August 19, 2008.

BNSF v Valencia/Duran Lafarge et al, Circuit Court, State of New Mexico. Testified by deposition that quantitative measurement of pleural fluid taken from an accident victim could not be used to prove impairment. June 20, 2008.

Melvin Wise v Duane L. Osborne and Surgical Associates of Northwest Florida, Circuit Court, 14th Judicial Circuit, In and For Bay County Florida. Testified by deposition that heart disease and not oxycodone was the cause of death. May 8, 2008.

Anthony Medina, et al. v City of Los Angeles, et al. Los Angeles Superior Court, Central District Case No. CV05-1633, testified by deposition that heart disease and not positional asphyxia was the cause of death. May 22, 2008.

Josefina Chavez, et al. v. City of Los Angeles, et al. Los Angeles Superior Court, Central District, Case No.: BC336049. Testified at trial that heart disease and epilepsy, and not positional asphyxia was the cause of death. January 28, 2008.

Josefina Chavez, et al. v. City of Los Angeles, et al. Los Angeles Superior Court, Central District Case No.: BC336049, testified by deposition that heart disease and epilepsy, and not positional asphyxia was the cause of death. January 9, 2008.

LaKisha Neal-Lomax et al v. Las Vegas Metropolitan Police Department; Officer Reggie Rader and Taser International, United States District Court, District of Nevada, Case No.: CV-S-05-01464-PMP-RJJ. Testified by deposition that the cause of death was PCP and cocaine-related heart disease, not Taser application. August 14, 2007.

Phillip R. Barker v Kimberly A. Schliser, DO, Circuit Court of the 33rd Judicial Circuit of Mississippi County, Missouri, Case #05MI-CV00015. Testified by deposition that the cause of death was pneumonia and hypoxia-induced cardiac arrhythmia, not drug abuse. December 19, 2006.

Betty Lou Heston v. City of Salinas, United States District Court, Northern District of California, Case # C 05-03658 JW (RS). Testified by deposition that methamphetamine induced heart disease, not Taser application, was cause of death. November 9, 2006.

Peralez vs. Orange County California, Case # SACV 04-443 DOC (MLGx). Testified by deposition, for defendant, that pattern of toxicological and autopsy findings proved beyond any reasonable that the decedent was a long term heroin abuser. May 4, 2006.

California vs. Amy Leanne Prien, for Murder, Superior Courts of California, Riverside County, Retrial for charge of Homicide. Testified at trial, for defense, that diagnosis of SIDS was more likely the cause of death in a three month old than "murder by breastfeeding," and that the postmortem investigation was incomplete and insufficient to rule out more plausible causes of death. May 2 - 3, 2006.

Roselia Nunez et al, vs. County of San Joaquin, Case Number 025470, San Joaquin County Superior Court. Testified for defense at trial that multiple sclerosis, not police restraint, was the primary cause of death. Deposition. February 10, 2006.

Roselia Nunez et al, vs. County of San Joaquin, Case Number 025470, San Joaquin County Superior Court; testified by deposition for defense that multiple sclerosis, not police restraint, was the primary cause of death. January 12, 2006.

José I. Ambert Medina, et al vs. Ola International, United States District Court for the District of Puerto Rico, Civil Case No. 02-2317. Testified by deposition, for defense, that because the autopsy was incomplete, and the toxicology specimen of dubious provenance, ephedrine could not be classified as a cause of death. September 23, 2005.

State of California vs John Johnson, California Superior Court, Modesto, California. Homicide. Testified at trial, for prosecution, that toxicology testing had shown defendant was not taking prescribed amitryptiline so it could not have altered his behavior. August 31, 2005.

The Estate of Samuel Clifford Moore, Jr. vs. Heminder Singh, MD, Circuit Court for Wayne County, State of Michigan. Testified at trial, for defense, that isolated measurements of postmortem drug concentrations cannot be used to determine therapeutic misadventure. August 29, 2005.

State of Montana vs Sabine Halvorson Bieber, Montana Thirteenth Judicial District, Yellowstone County, Cause No. DC 03-564, for negligent homicide. Testified by deposition, for defense, that improper methodology had been used to determine the cause of death and that diphenhydramine poisoning had not occurred. August 3, 2005.

The Estate of Samuel Clifford Moore, Jr. vs. Heminder Singh, MD, Circuit Court for Wayne County, State of Michigan. Testified by deposition, for defense, that isolated measurements of postmortem drug concentrations cannot be used to determine therapeutic misadventure. July 21, 2005.

Theresa Holbrook Kraft, et al. vs. Shannon Laney, et al., U.S. District Court for Eastern California. Wrongful death. Testified by deposition, for defense, that chronic cocaine toxicity and heart disease was the cause of death, not "positional asphyxia." June 24, 2005.

Theresa Colon, et al. vs Hilton Hotels Corporation, et al., Circuit Court of the First Circuit of Hawaii, deposition. Testified by deposition, for defense, that measurements of THC concentrations made in a stored, nine month old blood sample were not sufficient to prove, or disprove, impairment. June 11, 2005.

State of Arizona vs. Brian Thomas Eftenoff, Mesa Superior Court, Petition for Post-Conviction Relief, Evidentiary Hearing, charge of Homicide (CR2003-008265). Testified at hearing, for defendant, that it is impossible to extrapolate the time and amount of cocaine ingested from a single postmortem blood sample. June 6, 2005.

Illa M. Samaniego vs TMI Coatings, Inc., District Court, Dallas Count, Texas, 298th Judicial District, Cause # 03-01142. Testified for plaintiff that cocaine concentrations of

less than 5 ng/ml detected in blood cannot be used as a basis to determine if decedent was impaired. October 11, 2004.

People v. Victor Napoleon, California Superior Court # 189729, charge of Homicide. Testified at trial, for prosecution, that postmortem blood drug concentrations cannot be reliably correlated with behavior before death. April 27, 2004.

Commonwealth of Kentucky v. Marty Johnson, et al., C.A. NO. 03-CR-00224-00, pre-trial Daubert hearing Boyd Circuit Court, Division 2, Kentucky Cir 32, Div. 02. Testified in court that Medical Examiner had used flawed methodology in concluding that positional asphyxia was a cause of death. March 4, 2004.

Cheryl Knight v Metabolife, San Diego County Superior Court, Central Division, testified by deposition, for defense, that there was insufficient scientific basis on which to determine, in general, or in this specific case that use of ephedrine can cause sudden cardiac death. November 26, 2003.

Shirley Kemp vs Metabolife, Eastern District Court of Louisiana, United States District Court, Judge Berrigan. Testified by deposition, for defense, that there was insufficient scientific basis on which to determine, in individual cases, whether use of ephedrine was a cause of heart attack, seizures, or stroke. September 26, 2003.

California vs. Amy Leanne Prien, for Murder, Superior Courts of California, Riverside County, Department 32. Charge of Homicide. Testified at trial, for defense, that diagnosis of SIDS was more likely the cause of death in a three month old than "murder by breastfeeding." September 2, 2003.

Bradley Scott Sereff et al. vs. Healthone, et al., Denver District Court, wrongful death. Testified by deposition that viral myocarditis, not a drug reaction was the cause of death. April 7, 2003.

Park vs. Cytodyne Technologies, Inc., Deposition, Superior Court of California, County of San Diego, testified by deposition that anecdotal cases reports and observational studies of alleged ephedra toxicity could not be used to establish causation, January 17, 2003.

Brandon Harris and Rebecca Harris vs. Body Dynamics, Dallas, Texas. Testified by deposition for defense that environmental or genetic abnormalities, rather than possible exposure to ephedra in the first week of pregnancy, caused hypoplastic left heart syndrome. September 16, 2002.

Sweat vs PDK Labs Inc., Circuit Court of Jefferson County Alabama, Deposition, testified by deposition for defense that severe coronary artery disease, rather than use of an ephedra-containing OTC product, was the cause of death. June 20, 2002.

Livsey et al. vs. Metabolife International, Superior Court of California, County of San Diego, Central Division. Testified by deposition for defense that severe coronary artery disease, rather than use of an ephedra-containing herbal supplement, was the cause of death. March 23, 2002.

Johannsen et al. vs. City of Eureka, Federal Court, City of San Francisco, wrongful death, testified by deposition for plaintiff that postmortem measurements of methamphetamine could not be used to prove impairment at the time of death. January 4, 2002.

Stooksberry, et al. vs. T.U. Electric, Superior Court of Texas. Wrongful death, testified by deposition, for plaintiff, that postmortem measurements of cocaine and its metabolites could not be used to prove impairment at the time of death. April 14, 2001.

Superior Court of Arizona vs Brian Eftenoff, Maricopa County, second-degree murder, testified at trial, for the defense, that isolated postmortem measurements of cocaine and its metabolites could not be used to determine time of death. March 15, 2001.

David Bloom, et al. vs. Herbalife International and Metabolife International, Superior Court of California, County of San Diego, Central Division. Testified by deposition, for the defense, that that cardiac enlargement and not hypokalemia was the cause of death. February 19, 2001 and March 2, 2001.

State of South Carolina vs. Regina Denise McKnight, Horry County, Court of General Sessions, Case #60092, felony murder and drug distribution, testified at trial, for the defense, that congenital syphilis, not maternal cocaine abuse, was the cause of death. January 11, 2001.

Pamela Garrett, et al. vs. Athens-Clarke County et al. United States District Court, Middle District of Georgia, Athena Division, 3:99-CV-104 (HL). Testified by deposition, for the defense, that methamphetamine-related heart disease, not "positional restraint" was cause of death. December 1, 2000.

Willie Taylor vs. Barbara Smith, M.D., et al; Sunflower County Circuit Court No. 99-0147, testified by deposition, for the defense, that hypertensive heart disease, not anesthetic error, was cause of death. August 11, 2000.

Heirs of Stevie Sullivan vs. Diana Cox and Lt. Michael Hall, Eighteenth Judicial District, District Court, Sedgwick County, Kansas, Civil Department; testified at trial, for the defense, that advanced heart disease, and not positional asphyxia, was the cause of death. July 17, 2000.

State of California vs. Gerald McCall, San Bernardino County Superior Court. Testified at murder trial, for the defense, arguing that cocaine toxicity rather than manual strangulation was the cause of death. March 2000.

Regina vs. Lever, Crown Court, Sydney, Australia, for the Crown, testified in trial that assault, not acute methamphetamine toxicity, was the cause of death. November 1999.

Regina vs. Shipman, Crown Court, Manchester, England, for the Crown, testified in trial that narcotic overdose was the cause of death in 15 related cases. November 1999.

Regina vs. Moor, Crown Court, Newcastle, England, testified in trial, for the defense, that myocardial infarction, rather than euthanasia with opiate overdose was the cause of death. April 1999.

United States vs. Douglas Stumpf, U.S. District Court, Las Vegas Division. Testified in court, at Daubert hearing, that there was insufficient scientific basis to use sweat patches for workplace drug testing in patients with a history of chronic methamphetamine abuse. For the defense. May 1999.

Nathaniel Fischer vs. Best Buy Company. U.S. District Court, South Carolina, Spartanburg Division. Testified by deposition, for the defense, in a wrongful death case, that heart disease, not "positional asphyxia," was the cause of death. 1998.

State of California vs. Corey Richardson; testified at murder trial, for the defense, that postmortem measurement of diphenhydramine could not be used to estimate the amount of drug administered in life. 1997.

Dozell Thomas, Sr. and Vernell Thomas vs. City of Oakland, United States District Court, Northern District of California. Testified by deposition, for the defense, that heart disease, not "positional asphyxia," was the cause of death. 1997.

State of Florida vs. Ernesto Pinzon-Reyes, M.D. Deposition. Testified at trial, for the defense, that postmortem measurements made in embalmed bodies of cancer patients could not be used as evidence for homicide. June 1997.

David Gillenkirk vs. Kiewit Construction Company, Superior Court of the State of Arizona, Maricopa County; negligence and wrongful death. Testified at trial, for plaintiff, that urine drug concentrations could not be used to prove impairment. July 1997.

Barney Dixon vs. Certainteed, United States District Court for Kansas, testified at trial, for the plaintiff, that urine drug testing could not be used to establish impairment. 1996.

The State of California v Karen Henderson, Bakersfield Municipal Court, Kern County, charges of homicide. Testified at trial, for the defense, that sudden infant death syndrome (SIDS) and not methamphetamine-contaminated breast milk was the cause of death. August 1994.