# EXHIBIT 9

Steven B. Karch, MD, FFFLM, FFSSoc
P.O. Box 5139
Berkeley, CA 94705

August 13, 2015

James D. Weakley
Weakley & Arendt, LLP
1630 E. Shaw Avenue, Suite 176
Fresno, California 93710

Expert Report: Tara Garlick, et al., vs County of Kern, et al., Defendants, U.S. District Court No. 1:13:-CV-01051-LJO-JLT

Dear Mr. Weakley,

This communication is intended to be my full and complete report in the above referenced matter. The materials used to prepare my report are listed below. My curriculum vitae, fee schedule, and list of cases where I have given testimony during the last four years are attached. A detailed list of all literature citations relied upon is provided at the end of the report. My conclusions are based upon my knowledge of the peer-reviewed literature, my training and research experience, my experience with similar cases, and the available forensic data.

**Materials Reviewed:**

Autopsy report of David Sal Silva by Dr. Eugene Carpenter
Coroner's Investigator's Report
Toxicology Reports from National Medical Services
Review of 10 microscopic slides prepared from Silva autopsy tissue

**A. Credentials**

1. I am a Fellow of, and Examiner for, the Royal College of Physician's Faculty of Forensic and Legal Medicine (London). I am also a Fellow of the Forensic Science Society (UK). For nearly 10 years I held a clinical appointment as an Assistant Medical Examiner for the City and County of San Francisco, where my practice was limited to the investigation of drug-related deaths and the toxic effects of drugs on the heart. My textbook, *Karch's Pathology of Drug Abuse*, 4th Edition (CRC Press, Boca Raton) is widely used by pathologists

1

and medical examiners in the United States and Europe. The 5th Edition of this textbook is to be published on October 29 of this year.

2. I am the author/editor of nearly one dozen other books (listed in vitae), and the co-author of Simpson's Forensic Medicine, 13th Edition (CRC Press), the standard introductory textbook used to teach general forensic science in the UK and Ireland. I am Associate Editor of the SAGE Handbook of Drug and Alcohol Studies, to be published later this year. In total I have published approximately 150 per-review journal articles and book chapters.

3. I am a member of the National Association of Medical Examiners (NAME). I am also a member of the Society of Forensic Toxicologists (SOFT), the American Academy of Forensic Sciences (AAFS), The International Academy of Forensic Toxicologists (TIAFT), and The Group of Italian Forensic Toxicologists (GIFT). I am a consultant to the Serious Organized Crime Agency (SOCA) in the United Kingdom. In the past, I was the North American Editor of the Journal of Forensic and Legal Medicine, and still sit on the editorial board of the Journal of Cardiovascular Toxicology. I served on the editorial board of the Journal of Forensic Sciences until two years ago (5-year term expired). I am the editor of Drug Abuse Handbook 1st and 2nd Editions and will be the senior editor when the third edition is published in 2018 (Taylor and Francis Press/CRC Press in the US and UK).

**B. Event History**

4. The decedent, David Sal Silva, was a 33-year-old man, 71 inches tall with a weight of 261 pounds (BMI = 36.4). On May 8, 2013, at 01:00 the Kern Country Sheriff's Office notified the Coroner's Investigator of a death-in-custody. Sergeant Smallwood informed the investigator that on May 7, 2013 at 23:38 Mr. Silva was found "possibly intoxicated and lying on the ground." Officer Jeffery Kelly, a K-9 dog handler, was first on the scene. He apparently roused the subject and attempted to take him into custody but Mr. Silva resisted.

5. Officer Kelly (1) released his dog to attack Mr. Silva and (2) called for backup. Three additional officers arrived on the scene and tried to assist Officer Kelly. Mr. Silva was subjected to multiple baton strikes but continued to resist until two additional officers arrived on the scene. The two additional officers were from the California Highway Patrol (CHP). Mr. Silva was finally controlled with a hobble restraint and handcuffed with his hands placed behind his back. According to the Coroner's Investigator's Report, Mr. Silva began to spit, and so a spit mask was applied, but almost as soon as the mask was applied, Mr. Silva soon began to vomit and the mask was removed.

6. The Investigator contacted the ambulance company to obtain more information about the event and was told that the ambulance had arrived on scene May 8, 2013, at 00:11 and that its crew had found Mr. Silva handcuffed with his hands behind his back.

2

7. Mr. Silva was transported to Kern Medical Center where he arrived in full arrest, with CPR in progress at 00:26. At the hospital, a rectal temperature of 97.6° F was recorded. I have reviewed neither the ambulance run report, nor the hospital records, but the Coroner's Investigator's Report indicated Mr. Silva was pronounced dead at 00:44. Blood was drawn during attempted resuscitation, and it was given to the investigator. The investigator, in turn, submitted both to the Coroner's Office and also collected any available hospital records.

## C. Past Medical History

I have not been given any medical records to review. However, according to the Coroner's Investigator's Report, the decedent's mother was interviewed by phone. She told the investigator that the decedent had a history of hypertension but he was not receiving medical care and not taking any medication.

### D.  Autopsy

8. External Examination: The autopsy was performed at 9:30 AM on May 9, 2013, more than 30 hours after death. Rigor was fully established. No petechiae were observed. Extensive blunt force trauma was evident over most of the body, but no penetrating blunt force trauma. An endotracheal tube was in place and electrodes were still on Mr. Silva's chest.

9. Internal Examination: There were no abnormal fluid collections.

   a. The heart weighed 470 grams and was described as being "too big" and "overly muscular," due to left ventricular hypertrophy. The coronary arteries were described as being dilated and their walls were described as "mildly thickened." Right ventricular dilation was also present on visual examination. The free wall of the left ventricle was slightly thickened (1.5 cm). The valves were of normal dimensions and there was no pericardial fluid.
   b. The right lung weighed 650 grams and the left 620 grams. "Digested food was found in the upper larynx which showed grayish discoloration. There were no signs of pulmonary edema, no froth, and no food particles below the larynx."
   c. The liver weighted 1800 grams and appeared mildly congested. It displayed no gross lesions.
   d. The right kidney weight 170 grams and the left 190. Their gross appearance was described as unremarkable. The bladder was not mentioned.
   e. The wet brain weighed 1380 grams, and was described as normal appearing with no evidence of edema. The brain was cut wet, and no abnormalities were identified. One section was taken for microscopic examination.

 f. Samples of "blood (femoral and cardiac), bile, vitreous humor" as well as gastric contents were retained but were apparently never analyzed. Additionally, samples of thyroid, adrenal, kidney, cerebrum and cerebellum were collected and submitted for histological examination.

### E. Microscopic Examination

10. According to the record, a total of 10 slides, containing 13 sections of myocardium were prepared Examination of these slides showed myocardial edema, perivascular fibrosis, myocyte hypertrophy, patchy interstitial fibrosis were all present, but there was no evidence of cardiac inflammation. They showed mild to moderate steatosis. The remainder of the tissues were all said to appear normal.

### F. Toxicology Findings

11. All testing done was on the ante-mortem blood obtained during the attempted resuscitation.

 a. The blood alcohol was 95 mg/dL (0.095). Caffeine was present but not quantitated. Negligible amounts of clonazepam, and clonazepam metabolite were also present [1]. Methamphetamine was present in a concentration of 210 ng/mL while the concentration of amphetamine metabolite 30 ng/mL.

### G. Interpretation of Gross Autopsy Findings

12. The left ventricular free wall was slightly thickened (1.3 cm), while the heart weight of 450 grams, was more than two standard deviations higher than predicted by the Mayo Clinic Nomogram [2]. If the newer Lund nomogram, based on the findings in over 27,000 forensic autopsies is applied, the observed heart weight still is abnormally high [3]. The total lung weight is normal, even for a man of the decedent's size [4], which just confirms the visual impression that pulmonary edema was absent. The enlarged coronary arteries noted by Dr. Carpenter suggest a history of alcoholism [5], while the enlarged kidneys indicate kidney disease of unknown etiology. However, kidney disease has a well-established connection with myocardial fibrosis as was observed here [6]. The absence of observable petechiae, either internally or externally, argues strongly against chest compression and asphyxia; there is a complete lack of evidence to suggest any significant head trauma.

### H. Interpretation of Microscopic Findings

13. The pathologist's description of the heart is consistent with myocardial remodeling [7]. But, as the decedent was clearly a stimulant abuser and is said to have a history of hypertension – it is possible that bothcontributed to

4

the cardiac alterations [8]. Myocardial fibrosis is one component of myocardial remodeling, but, as discussed above, myocardial fibrosis is also associated with kidney disease, and is known to be a consequence of cocaine abuse and stimulant abuse as well. The important point is that myocardial fibrosis, myocardial hypertrophy, and morbid obesity are each independent, risk factors for sudden cardiac death (SCD) [9] [10] [11].

## I. Interpretation of Historical, Toxicological and Clinical Laboratory Findings

14. That Mr. Silva was initially found to be pulseless is of no diagnostic significance. While in the past ventricular fibrillation and ventricular tachycardia were the most common presenting rhythms in cases of sudden death, the situation today is much different and nearly one third of all witnessed cardiac arrests are initially found to have pulseless electrical activity (PEA) or asystole as a presenting rhythm [12]. Also, the relative rarity (estimated at approximately 700 per year) of arrest-related deaths makes statistical comparison with non-arrest deaths difficult, and there is simply no factual or logical way to argue that Mr. Silva would have survived in the absence of the police.

15. The examination of the brain was incomplete as the brain was cut wet. According to *Knight's Forensic Pathology* (one of the more widely read forensic texts), "Where neurological issues are involved, either traumatic or from natural disease, it is almost mandatory for the brain to be fixed before cutting [13]." I cannot tell from the minimal history available to me whether the decedent had simply gone to sleep (unlikely given the presence of methamphetamine), or had suffered a seizure secondary to a primary seizure disorder (patients with partial complex seizure disorders may not manifest any abnormal external movement even though seizure activity is occurring in the brain) [14]. Had fixed brain tissue been available for examination, it might have been possible to make the diagnosis. It is also well known that methamphetamine use can induce psychotic behavior and seizures, probably also as a consequence of brain structural abnormalities [15].

16. It is universally held that sudden cardiac death is a multi-factorial event [16]. Once the appropriate substrate has been established, any number of different stimuli can trigger the final fatal event. Multiple possible triggers were present in this incident, but some seem far more likely than others. These are discussed below. It is also universally held by cardiologists that the process of myocardial remodeling, no matter whether it occurs as a consequence of hypertension or stimulant drug abuse, is an independent risk factor for the occurrence of sudden cardiac death. All of the remodeling components were present in his heart and microphotographs documenting their presence are attached as Figures A through E.

    Figure A: The components of remodeling consist of cardiac muscle enlargement, abnormal nuclear configuration, interstitial fibrosis and edema, and perivascular fibrosis [7] [17]. The later prevents the blood vessels from dilating when the heart requires an increased blood supply so that an increased

supply of blood cannot be delivered. All of these changes are illustrated in the attached Figure A. Similar changes are evident throughout the heart.

**Figure B** illustrates, at a higher power, the enlarged muscle cells, the the presence of abnormal interstital edema and fibrosis between the cells, and even shows the cells responsible for much of the change, fibromyocytes.

**Figure C** shows even more extreme intersitial fibrosis and abnormal fat deposits within the cells, in addition to the enlarged muscle cells with typically abnormal "boxcar" nuclei.

**Figure D** shows hemosiderin deposits, the presence of which is usually associated with "crack" smoking, though they may just indicate heavy smoking. "Ghosts" of red cells are crammed into the blood vessels, consistent with the type of congestion seen in cardiac arrest.

17. Positional (mechanical) asphyxia is not an issue in this case, as there is no apparent evidence of asphyxia. Normally, petechiae would be present, but they were completely absent. Moreover, there was no evidence of airway obstruction and the lungs were essentially clear. A series of studies, where increasing weight was placed on volunteers backs (weights up to 250 pounds), failed to demonstrate any clinically significant effect. [18]. Further, the whole "concept" of positional asphyxia, as applied by plaintiff, has been refuted many times in the peer-reviewed literature [19].

18. The possibility of "excited delirium" was discussed during Dr. Carpenter's deposition, I suspect largely because it took so many officers to control Mr. Silva. The fact that Mr. Silva's temperature was not elevated does not disprove the theory of excited delirium, as cases of excited delirium without temperature elevations are sometime encountered. The final body temperature is a function of the balance between D1 and D2 dopamine receptors in the brainstem, which is variable, so this possibility is not at all ruled out. On the other hand, there is no evidence of asphyxia of any kind, nor is there convincing evidence of clinically significant back compression by police. Whether or not Mr. Silva was suffering from excited delirium or methamphetamine-induced psychotic rage may be important to semantic experts but matters little if the behavior is similar, which it was. In any case, the tests required to confirm the diagnosis of excited delirium were not performed, and there is no valid way to estimate the amount, if any, of weight applied to the back, so further discussion is pointless. [20, 21].

19. Some maintain, even in the total absence of peer-review evidence, that simply being in the prone position increases the likelihood of sudden death. Both epidemiologic and controlled scientific studies have shown that not to be the case [22] [23]. Proponents for this theory argue that the prone position limits respiration. However, in a recently completed prospective study of > 3.25 million consecutive police encounters, only one death occurred, but not in an individual kept in the prone position. It should be noted that the individual who died had all 10 features most commonly associated with excited delirium [24]. This research has been extended to include the morbidly obese. In a

6

prospective cross over study of otherwise healthy obese individuals, subjects were exercised to 85% of Vmax, then either seated with their hands behind their back, or prone with their arms to side, or hogtied, but no significant differences were observed except that maximal prone restraint caused a slight pulse increase [25].

20. Seizures were also discussed during Dr. Carpenter's deposition, and an anti-seizure medication was found in Mr. Silva's blood. This means that, contrary to Mr. Silva's mother's assertion, Mr. Silva was seeing a medical provider, as clonazepine is not sold on the street. If Mr. Silva did experience a seizure, "Ictal asystole" is a well-known occurrence during seizure activity and often leads to Sudden Unexpected Death in Epilepsy (SUDEP). SUDEP is, in fact, one of the most common causes of death in epileptics. Interestingly its presence is often associated with the same genetic anomalies associated with cardiac Long QT Syndrome (LQTS) [26] though there is no way to make this diagnosis postmortem without genetic resequencing.

21. The methamphetamine concentrations measured in the perimortem blood were lower than generally seen in methamphetamine-related deaths [8]. However, isolated measurements of methamphetamine are not sufficient to make a diagnosis, as most methamphetamine-related deaths are a consequence of changes in the heart structure brought about by prolonged exposure to the drug. Psychosis in abstinent methamphetamine abusers is a well recognized phenomena, particularly in stressful situations [27].

## J. Conclusion

I have been asked to offer opinion testimony in this case. The basis for my opinions is discussed above, but I have limited the number of citations to keep the report manageable. When reviewing my opinion, and those of other experts, it should be born in mind that events like this are extremely uncommon. According to the US Department of Justice, in 2008, approximately 40 million face-to-face contacts between the public and law enforcement officers occurred. According to the US Department of Justice, force was threatened or used in 1.4% of these incidents. Overall, force was used once per every 1,269 police encounters and death resulted from these interactions in one per 1,234 of these violent encounters [28]. This means that this type of death is quite rare and that no police officer or, for that matter, medical examiner, is likely to encounter this condition more than once in a lifetime.

**Opinion No. 1**: Mr. Silva did not die "as a result of mechanical asphyxia during a struggle with others," the same conclusion as was expressed in the Medical Examiner's Summary of the Case.

There are no pathologic findings to support this suggestion, and the absence of petechiae argues strongly against asphyxia. In addition there are peer-reviewed

7

controlled studies showing that even in the obese, the need for ventilatory assistance is proof of severe cerebral and/or brain stem derangement Whether it defective ventilation or compression or the torso, or preexisting central nervous system disorder, such as might be produced by either a seizure disorder or methamphetamine abuse, is impossible to say given the available data. There is no medical or scientific evidence to support a finding of mechanical asphyxia, either by compression of the neck or compression of the torso, specifically

    a. There was no damage to the neck cartilage or muscles
    b. The hyoid bone was intact
    c. There were no petechiae
    d. There is no physical, medical or scientific evidence to show there was a compression of Mr. Silva's neck that could have caused an asphyxia event. There were no pulmonary contusions. The autopsy report indicates that no pulmonary edema was present, so it follows there would have been no disruption of oxygenation; pulmonary edema is an expected consequence of cardiac arrest
    f. There were no broken ribs or crushing injuries

**Opinion No. 2:** The cause of Mr. Silva's death was cardiac arrest, which deprived his brain of oxygen and ultimately led to his death.

It is widely accepted that sudden cardiac death (SCD) is a multi-factorial event [16]. Once the appropriate substrate has been established, any number of different stimuli can trigger the final fatal event. Multiple possible triggers were present in this incident, but some seem far more likely than others.

I believe that Mr. Silva's cardiac arrest was a consequence of structural abnormalities in his heart (Autopsy report: Histological examination revealed "increase in interstitial and perivascular fibrosis" without any evidence of infarction or infectious process.). Such fibrosis can be caused by poorly treated high blood pressure or by chronic stimulant abuse. There is nothing save the mother's testimony to indicate past treatment for hypertension, but medications used to treat seizure disorders were present. The changes documented in the heart are never present in normal hearts. Their presence diminishes the ability of the heart to supply extra oxygen when needed (as during a physical altercation or fight).

Interstitial fibrosis promotes the occurrence of reentrant cardiac arrhythmias, thought to be the main explanation for most cases of sudden unexpected death. Fibrotic cardiac tissue does not conduct electricity. The result of fibrosis, whether it be interstitial or perivascular, is disruption of the normal, orderly, process by which the heart contracts and may be fatal. Death could have been due to the occurrence of rapid ventricular arrhythmia that, in a matter of minutes, would deteriorate into asystole [29] [12]. On the other hand, we know (see above), that in roughly one third of witnessed cardiac arrests the presenting abnormal rhythm is asystole. It follows that the presenting cardiac rhythm is not specific to, or diagnostic of, any single disorder.

Finally, it is a mistake to assume that the blood methamphetamine measured at autopsy has anything to do with the degree of cardiotoxicity that may have already been produced

8

by earlier methamphetamine exposure. Acute and chronic cardiomyopathy results directly from methamphetamine cardiac toxicity and indirectly from chronic hypertension and ischemia and the process takes time to evolve [30].

**Possible Contributory Causes:** Mr. Silva was a methamphetamine abuser. Chronic use would have resulted in long-term structural changes in his heart and brain that favor sudden death in general, and which would certainly favor sudden death during a physical altercation [31].

**Possible Contributory Causes:** Mr. Silva was massively obese and obesity is a known independent risk factor for sudden death. Most such deaths are associated with changes exactly the same as identified in the heart of Mr. Silva.

**Possible Contributory Causes:** The possibility that Mr. Silva suffered from a seizure disorder has been raised, and is supported by the findings of an anti-epileptic drug in his blood. This is a relatively common disease with a prevalence rate of 5-8 per 100,000 Americans. The most current literature suggests that seizures occur in epileptics occur as a consequence of underlying molecular abnormalities similar to those that cause sudden death (known as Long QT Syndrome). Instead of "sleeping on the ground," it is quite possible Mr. Silva was in the midst of a seizure and was still experiencing seizure activity while struggling with the police and subsequently developed a cardiac arrhythmia [32].

**Possible Contributory Causes:** In addition to abusing dangerous drugs, Mr. Silva had multiple medical disorders each of which is firmly related to sudden death and which could have occurred even when he was at rest and even if he were drug free. There is no proven methodology for making any determination at autopsy as to which mechanism occurred, so the cause of death must be classified as undetermined.

Sincerely,

*SBK, MD*

Steven B Karch MD, FFFLM, FFSSoc

## References

1. Jonsson, A.K., et al., Sedative and hypnotic drugs—fatal and non-fatal reference blood concentrations. Forensic Sci Int, 2014. 236: p. 138-45.

9

2. Kitzman, D.W., et al., Age-related changes in normal human hearts during the first 10 decades of life. Part II (Maturity): A quantitative anatomic study of 765 specimens from subjects 20 to 99 years old. Mayo Clin Proc, 1988. 63(2): p. 137-46.
3. Wingren, C.J. and A. Ottosson, Postmortem heart weight modeled using piecewise linear regression in 27,645 medico legal autopsy cases. Forensic Sci Int, 2015. 252: p. 157-62.
4. de la Grandmaison, G.L., I. Clairand, and M. Durigon, Organ weight in 684 adult autopsies: new tables for a Caucasoid population. Forensic Sci Int, 2001. 119(2): p. 149-54.
5. Kokolis, S., et al., Effects of alcoholism on coronary artery disease and left ventricular dysfunction in male veterans. J Invasive Cardiol, 2006. 18(7): p. 304-7.
6. Edwards, N.C., et al., Diffuse left ventricular interstitial fibrosis is associated with sub-clinical myocardial dysfunction in Alstrom Syndrome: an observational study. Orphanet J Rare Dis, 2015. 10: p. 83.
7. Burchfield, J.S., M. Xie, and J.A. Hill, Pathological ventricular remodeling: mechanisms: part 1 of 2. Circulation, 2013. 128(4): p. 388-400.
8. Karch, S.B., B.G. Stephens, and C.H. Ho, Methamphetamine-related deaths in San Francisco: demographic, pathologic, and toxicological profiles. J Forensic Sci, 1999. 44(2): p. 359-68.
9. John, B.T., et al., Global remodeling of the ventricular interstitium in idiopathic myocardial fibrosis and sudden cardiac death. Heart Rhythm, 2004. 1(2): p. 141-9.
10. Tamarappoo, B.K., et al., Vulnerable myocardial interstitium in patients with isolated left ventricular hypertrophy and sudden cardiac death: a postmortem histological evaluation. J Am Heart Assoc, 2012. 1(3): p. e001511.
11. Pathak, R.K., et al., The implications of obesity for cardiac arrhythmia mechanisms and management. Can J Cardiol, 2015. 31(2): p. 203-10.
12. Myerburg, R.J., et al., Pulseless electric activity: definition, causes, mechanisms, management, and research priorities for the next decade: report from a National Heart, Lung, and Blood Institute workshop. Circulation, 2013. 128(23): p. 2532-41.
13. Knight, B. and P. Saukko, Knight's Forensic Pathology. 2004, London: Arnold. 60-62.
14. Hanson, G.R., et al., Distinct features of seizures induced by cocaine and amphetamine analogs. Eur J Pharmacol, 1999. 377(2-3): p. 167-73.
15. Yui, K., et al., Spontaneous recurrence of methamphetamine psychosis: process and monoamine neurotransmitter function. Nihon Shinkei Seishin Yakurigaku Zasshi, 1995. 15(4): p. 363-74.
16. Buxton, A.E., Programmed ventricular stimulation: not dead. Circulation, 2014. 129(8): p. 831-3.
17. Xie, M., J.S. Burchfield, and J.A. Hill, Pathological ventricular remodeling: therapies: part 2 of 2. Circulation, 2013. 128(9): p. 1021-30.
18. Michalewicz, B.A., et al., Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. J Forensic Sci, 2007. 52(1): p. 171-5.
19. Chan, T.C., G.M. Vilke, and T. Neuman, Reexamination of custody restraint position and positional asphyxia. Am J Forensic Med Pathol, 1998. 19(3): p. 201-5.
20. Penders, T.M., R.E. Gestring, and D.A. Vilensky, Excited delirium following use of synthetic cathinones (bath salts). Gen Hosp Psychiatry, 2012. 34(6): p. 647-50.

21. Baumann, M.H., et al., Baths salts, spice, and related designer drugs: the science behind the headlines. J Neurosci, 2014. 34(46): p. 15150-8.
22. Pelosi, P., et al., Prone positioning improves pulmonary function in obese patients during general anesthesia. Anesth Analg, 1996. 83(3): p. 578-83.
23. Curley, A., et al., Effect of prone positioning on clinical outcomes in children with acute lung injury. JAMA, 2005. 294(2): p. 219-237.
24. Hall, C.A., et al., Incidence and outcome of prone positioning following police use of force in a prospective, consecutive cohort of subjects. J Forensic Leg Med, 2012. 19(2): p. 83-9.
25. Sloane, C., et al., Evaluation of the ventilatory effects of the prone maximum restraint (PMR) position on obese human subjects. Forensic Sci Int, 2014. 237: p. 86-9.
26. Tu, E., et al., Post-mortem review and genetic analysis of sudden unexpected death in epilepsy (SUDEP) cases. Brain Pathol, 2011. 21(2): p. 201-8.
27. Yui, K., et al., Stress induced spontaneous recurrence of methamphetamine psychosis: the relation between stressful experiences and sensitivity to stress. Drug Alcohol Depend, 2000. 58(1-2): p. 67-75.
28. Snyder, H., Arrest in the United States, 1900-2010. 2012, Department of Justice: Washington, DC. p. 26.
29. Anchordoquy, T.J., et al., Stability of lipid/DNA complexes during agitation and freeze thawing. J Pharm Sci, 1998. 87(9): p. 1046-51.
30. Yeo, K.K., et al., The association of methamphetamine use and cardiomyopathy in young patients. Am J Med, 2007. 120(2): p. 165-71.
31. Tomita, M., et al., Cardiotoxicity of methamphetamine under stress conditions: comparison of single dose and long-term use. Mol Med Rep, 2013. 7(6): p. 1786-90.
32. Goldman, A.M., et al., Arrhythmia in heart and brain: KCNQ1 mutations link epilepsy and sudden unexplained death. Sci Transl Med, 2009. 1(2): p. 2ra6.







0238

D

Congested Lung

Hemosiderin Deposit