# EXHIBIT 11

Continued

11. Evans SD, Fisher RP, Vilke GM, Chan TC: Accuracy of urban field paramedics estimating blood loss. SAEM Annual Meeting, Washington, DC; May 1997.

12. Moss S, Chan TC, Buchanan J, Dunford JV, Vilke GM: Outcome study of prehospital patients signed out against medical advice by field paramedics. SAEM Annual Meeting, Washington, DC; May 1997.

13. Neuman T, Vilke GM, Chan TC, Clausen JL: Changes in pulmonary function associated with position. Undersea & Hyperbaric Medical Society (UHMS) Annual Meeting, Cancun, Mexico; June 1997.

14. Vilke GM, Guss DA, Chan TC: Does a complete neurologic exam adequately screen for significant intracranial abnormalities in minor head injury? ACEP International Conference, Vancouver, British Columbia, Canada; March 1998.

15. Kramer M, Chan TC, Buchanan J, Vilke GM: Does GCS score affect prehospital intubation success rates in trauma patients? ACEP International Conference, Vancouver, British Columbia, Canada; March 1998.

16. Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM: Successful out-of-hospital airway management by emergency medicine technicians-Is using the Combitube. SAEM Annual Meeting, Chicago, Illinois; May 1998.

17. Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR: The effect of blade type and cervical spinal immobilization on larygoscopy in a cadaver model of intubation. SAEM Annual Meeting, Chicago, Illinois; May 1998.

18. Vilke GM, Chan TC, Neuman T, Clausen JL: The effect of body positioning on pulmonary function. SAEM Annual Meeting, Chicago, Illinois; May 1998.

19. Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P: Emergency department airway management before and after the start of an emergency medicine residency training program. SAEM Annual Meeting, Chicago, Illinois; May 1998.

20. Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device. SAEM Annual Meeting, Chicago, Illinois; May 1998.

21. Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM: Rapid sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics. SAEM Annual Meeting, Chicago, Illinois; May 1998.

22. Chan TC, Buchanan J, Anderson M, Vilke GM: Patient ethnicity and age in prehospital emergency ambulance use and acuity rates. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

23. Vilke GM, Chan TC, Neuman TS, Clausen JL: The effect of body position on pulmonary function. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

24. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after naloxone? CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

25. Gerling MC, Hamilton RS, Davis DP, Morris GF, Chan TC, Vilke GM, Garfin SR, Hayden SR: Movement across an unstable cervical spine injury in a cadaver model of intubation. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

26. Marino A, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

27. Davis DP, Bramwell K, Hamilton RS, Chan TC, Vilke GM: Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

28. Davis DP, Bramwell K, Hamilton RS, Chan TC, Vilke GM: Effect of blade type and cervical spine immobilization on laryngoscopy in a cadaver model of intubation. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

29. Marino A, Chan TC, Buchanan J, Vilke GM: Precision of prehospital diazepam dosing for children in status epilepticus. National Association of Emergency Medical Service Physicians (NAEMSP) Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

30. Marino A, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

31. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after prehospital naloxone? NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

32. Chan TC, Vilke GM, Anderson ME, Ray LU: Prehospital data on safety restraint use in children and adolescents involved in motor vehicle crashes. California Center for Childhood Injury Prevention Conference, Sacramento, California; September 1998.

33. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P: Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting. ACEP Research Forum, San Diego, California; October 1998.

34. Marino A, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. ACEP Research Forum, San Diego, California; October 1998.

35. Marino A, Chan TC, Buchanan J, Vilke GM: Precision of prehospital diazepam dosing for children in status epilepticus. ACEP Research Forum, San Diego, California; October 1998.

36. Davis DP, Bramwell K, Hamilton RS, Chan TC, Vilke GM: The fresh-frozen cadaver free-larynx model for cricothyrotomy training. ACEP Research Forum, San Diego, California; October 1998.

37. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does the syringe esophageal detector device accurately detect an esophageal intubation gollowing gastric distention from air insufflation? ACEP Research Forum, San Diego, California; October 1998.

38. Chan TC, Bramwell K, Hamilton RS, Davis DP, Vilke GM: Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model. ACEP Research Forum, San Diego, California; October 1998.

39. Vilke GM, Chan TC: Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice. NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

40. Marino A, Vilke GM, Chan TC: Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights. NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

41. Ma G, Schmitt J, Chan TC, Vilke GM, Chan D: Using ultrasound to visualize and confirm endotracheal intubation. SAEM Western Regional Research Forum, Redondo Beach, California; March 1999.

42. Chan TC, Davis DP, Bramwell K, Hamilton RS, Vilke GM: Comparison of wire-guided percutaneous cricothyrotomy versus standard cricothyrotomy. SAEM Annual Meeting, Boston, Massachusetts; May 1999.

43. Hamilton RS, Davis DP, Bramwell K, Nordt S, Vilke GM, Chan TC: Lidocaine administra-tion through an esophageally placed Combitube in a canine model. SAEM Annual Meeting, Boston, Massachusetts; May 1999.

44. Vilke GM, Chan TC, Marino A, Iskander J: Knowledge of prescribed medications by ED patients. SAEM Annual Meeting, Boston, Massachusetts; May 1999.

45. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation? SAEM Annual Meeting, Boston, Massachusetts; May 1999.

46. Ma G, Schmitt J, Chan TC, Vilke GM, Chan D: Using ultrasound to visualize and confirm endotracheal intubation. SAEM Annual Meeting, Boston, Massachusetts; May 1999.

47. Vilke GM, Marino A, Iskander J, Chan TC: Survey of paramedics for latex allergy risk factors. SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

48. Vilke GM, Chan TC, Calkins T, Clark RF: Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose. SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

49. Chan TC, Vilke GM, Choi S, Krishel SJ, Dunford JV: Survey of emergency department patients who accessed 911. SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

50. Schmitt J, Ma G, Vilke GM, Chan TC: Suprasternal versus cricothyroid placement in US guided ET placement. SAEM Annual Meeting, San Francisco, California; May 2000.

51. Schmitt J, Ma G, Vilke GM, Chan TC: Use of air absorbing ultrasound contrast in US ET placement. SAEM Annual Meeting, San Francisco, California; May 2000.

52. Wold R, Davis D, Chan TC, Vilke GM: Clinical decision guideline to identify patients with epidural abscess. SAEM Annual Meeting, San Francisco, California; May 2000.

53. Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL: The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function. SAEM Annual Meeting, San Francisco, California; May 2000.

54. Vilke GM, Marino A, Iskander J, Chan TC: Survey of paramedics for latex allergy risk factors. SAEM Annual Meeting, San Francisco, California; May 2000.

55. Vilke GM, Chan TC, Choi S, Krishel SJ, Dunford JV: Survey of emergency department patients who accessed 911. CAL/ACEP Scientific Assembly, Dana Point, California; June 2000.

56. Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL: The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function. CAL/ACEP Scientific Assembly, Dana Point, California; June 2000. (Won Award for Best Research Poster)

57. Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV: Outcome of out-of-hospital refusal of paramedic transport by parents of pediatric patients. State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000

58. Vilke GM, Chan TC, Marino A: Urban paramedics' experience, comfort and accuracy in the estimation of pediatric weights. State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

59. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. SAEM Western Regional Research Forum, Irvine, California; March 2001.

60. Vilke GM, Chan TC: Prehospital EMT latex allergy risk survey. SAEM Western Regional Research Forum, Irvine, California; March 2001.

61. Vilke GM, Seltzer AG, Fisher R, Dunford JV, Chan TC: Outcome study of minors after initial parental refusal of EMS transport. SAEM Western Regional Research Forum, Irvine, California; March 2001.

62. Chan TC, Vilke GM, Clark RF, Clausen J, Neuman T: Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects? SAEM Annual Meeting, Atlanta, Georgia; May 2001.

63. Vilke GM, Seltzer AG, Fisher R, Dunford, JV, Chan TC: Outcome study of minors after initial parental refusal of EMS transport. CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001.

64. Chan TC, Dunford J, Vilke GM, Hix A, Schnell S, Liening J, Edgar J: Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics to two urban area hospitals. ACEP Research Forum, Chicago, Illinois; October 2001.

65. Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC: Follow-up of elderly patients who refuse transport after accessing 9-1-1. NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

66. Vilke GM, Steen PJ, Smith AM, ChanTC: Out-of-hospital pediatric intubation by paramedics: The San Diego experience. NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

67. Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM: Impact of an on-call physician on 9-1-1 ambulance transports from a county jail. NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

68. Jenson P, Chan TC, Vilke GM, Leining J, Schenell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J: Effect of a serial inebriate program on hospital and ambulance use by chronic alcoholics. SAEM Western Regional Research Forum, San Diego, California; April 2002.

69. Jin A, Vilke G, Chan T, Davis D: Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia. SAEM Western Regional Research Forum, San Diego, California; April 2002.

70. Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC: Does the addition of parenteral opiate pre-medication increase risk of complications when combined with methohexital for procedural moderate sedation in the ED? SAEM Western Regional Research Forum, San Diego, California; April 2002.

71. Jenson P, Chan TC, Vilke GM, Leining J, Schenell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J: Effect of a serial inebriate program on hospital and ambulance use by chronic alcoholics. SAEM Annual Meeting, St. Louis, Missouri; May 2002.

72. Jin A, Vilke G, Chan T, Davis D: Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia. SAEM Annual Meeting, St. Louis, Missouri; May 2002.

73. Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC: Does the addition of parenteral opiate pre-medication increase risk of complications when combined with methohexital for procedural moderate sedation in the ED? SAEM Annual Meeting, St. Louis, Missouri; May 2002.

74. Chan TC, Kelso D, Dunford JV, Vilke GM: Can trained health educators provide screening, brief intervention and referral services in an academic teaching hospital emergency department? SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

75. Vilke GM, Smith AM, Upledger-Ray L, Steen PJ, Murrin PA, Chan TC: Airway obstruction in paramedic responses for children less than five years. SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

76. Chan TC, Vilke GM, Upledger-Ray L, Smith AM, Stepanski BM, Murrin PA: Helmet use and injuries with scooters, skateboards, rollerblades and skates in children: how do they compare with bicycles? SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

77. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC: Prospective Countywide Trial to Decrease Ambulance Diversion Hours. SAEM Annual Meeting, Boston, Massachusetts, May 2003.

78. Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM: The Use of Risk Factor Assessment to Screen for Spinal Epidural Abscess in Emergency Department Patients with Spine Pain. SAEM Annual Meeting, Boston, Massachusetts, May 2003.

79. Chan TC, Kelso D, Dunford JV, Vilke GM: Can Trained Health Educators Provide Screening, Brief Intervention and Referral Services in an Academic Teaching Hospital Emergency Department? SAEM Annual Meeting, Boston, Massachusetts, May 2003.

80. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. ACEP Annual Meeting, Boston, Massachusetts, October 2003.

81. Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM. Does weight force during physical restraint cause respiratory compromise? ACEP Annual Meeting, Boston, Massachusetts, October 2003.

82. Davis D, Grossman K, Vilke G, Kiggins D, Chan TC. Inadvertent anticoagulation of emergency department patients with aortic dissection. ACEP Annual Meeting, Boston, Massachusetts, October 2003.

83. Killeen JP, Chan TC, Guss, DA. Impact of bar coding technology and computerized physician order entry on reducing laboratory specimen misidentification errors in the emergency department. SAEM Annual Meeting, New York, New York, May 2005.

84. Bush J, Chan TC, Killeen JP, Vilke GM. The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism. SAEM Annual Meeting, New York, New York, May 2005.

85. Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC. Does weight force during physical restraint cause respiratory compromise? SAEM Annual Meeting, New York, New York, May 2005.

86. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J. Cardiac monitoring of subjects exposed to the Taser. SAEM Annual Meeting, New York, New York, May 2005.

87. Michalewicz, B.A., T.C. Chan, G.M. Vilke, S.S. Levy, T.S. Neuman, and F.W. Kolkhorst. Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. American College of Sports Medicine Annual Meeting, Denver, CO, June 2006. [*Medicine and Science in Sports and Exercise* 38(5 Supplement), 2006].

88. Chan TC, Buono C, Killeen J, Griswold W, Lenert L. Tablet computing for disaster scene managers. AMIA Annual Symposium, Washington, DC, November 2006.

89. Buono C, Huang R, Brown S, Chan TC, Killeen J, Lenert L. Role-tailored software systems for coordinating care at disaster sites: Enhancing collaboration between the base hospitals with the field. AMIA Annual Symposium, Washington, DC, November 2006.

90. Demchak B, Chan TC, Griswold WG, Lenert LA. Situational awareness during mass-casualty events: Command and control. AMIA Annual Symposium, Washington, DC, November 2006.

91. Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F. The impact of the taser weapon on respiratory and ventilatory function in human subjects. SAEM Annual Meeting, Chicago, IL, May 2007.

92. Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L. Does wireless technology improve patient tracking in mass casualty incidents? SAEM Annual Meeting, Chicago, IL, May 2007.

93. Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T. Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects? SAEM Annual Meeting, Chicago, IL, May 2007.

94. Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and metabolic effects of the taser on human subjects. SAEM Annual Meeting, Chicago, IL, May 2007.

95. Sloane C, Vilke G, Chan T, Levine S, Dunford J. Serum troponin I measurement of subjects exposed to the taser x-26. SAEM Annual Meeting, Chicago, IL, May 2007.

96. Chan T, Buono C. Field provider geolocation position tracking at mass gathering events. AMIA Annual Meeting, Chicago, IL, November 2007.

97. Vilke G, Chan T, Killen J, Castillo E. Impact of psychiatric patient holds on the emergency department overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1):S221.

98. Buono C, Lyon J, Chan T, Griswold W, Castillo E, Killeen J, Kirsh D, Lenert L. Does using a wireless, electronic patient data collection system increase patient time on the field? Acad Emerg Med 2008; 15(5 Suppl 1):S12.

99. Chan T, Killeen J, Castillo E, Vilke G, Kennedy S, Feinberg R, Guss D. Impact of an internet-based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1):S104.

100. Bizek G, Castillo E, Vilke G, Chan T. Characteristics and rates of rewarming of emergency department patients with moderate to severe accidental hypothermia. Ann Emerg Med 2008; 52(4):S104-S105.

101. Vilke GM, Killeen JP, Chan TC, Crumpacker J, Castillo EM. Risk factors and characteristics of falls among emergency department elderly patients. Ann Emerg Med 2008; 52(4):S160.

102. Marsan R, Castillo E, Chan T, Stepanski B, Vilke G. Comparison of prehospital retrospective chart review to prospectively obtained data. Acad Emerg Med 2009; 16(4):S85-S86.

103. Killeen D, Killeen J, Castillo E, Chan T, Vilke G. Emergency department patient evaluation of internet and email access for healthcare information. Acad Emerg Med 2009; 16(4):S132-S133.

104. Sloane C, Chan T, Kohlkorst F, Castillo E, Neuman T, Vilke G. Can a restraint chair cause respiratory or ventilatory compromise? Acad Emerg Med 2009; 16(4):S137.

105. Castillo E, Vilke G, Killeen J, Guss D, Feinberg R, Freidman L, Chan T. Factors associated with community clinic follow-up from an ED internet-based referral system. Acad Emerg Med 2009; 16(4):S247-S248.

106. Marmon J, Castillo E, Vilke G, Killeen J, Chan T. The effect of admitting team resident turnover on emergency department patient flow. Acad Emerg Med 2009; 16(4):S257-S258.

107. Chan TC, Killeen JP, Castillo EM, Lee J. San Diego Safety New Health Information Exchange. Ann Emerg Med 2011;58(4) S390.

108. Chan TC, Killeen JP, Rafie s, Humber DM, Chan TC. Emergency Department Care Provider Perception of Department-Based Pharmacist Services. Ann Emerg Med 2011;58(4) S443.

109. Chan TC, Killeen JP, Castillo EM, Lee J. San Diego Safety New Health Information Exchange. Ann Emerg Med 2011;58(4) S390.

110. Chan TC, Killeen JP, Rafie S, Humber DM, Chan TC. Emergency Department Care Provider Perception of Department-Based Pharmacist Services. Ann Emerg Med 2011;58(4) S443.

111. Castillo EM, Vilke GM, Killeen JP, Brennan JJ, Chan TC. Visit Urgency Between Frequent Emergency Department Users In A Large Metropolitan Region Network. Acad Emer Med 2012;19(4):S96

112. Vilke GM, Lasoff D, Hall CA, Chan TC, Bozeman WP, Castillo EM. Outcomes of Use of Force Followed with Prone Restraint. SAEM Annual Meeting, Dallas, TX, May 2014.

113. Killeen JP, Castillo EM, Brennan JJ, Vilke GM, Chan TC. Does Emergency Department Interrogation Reduce ED Time for Patients with Pacemakers or ICD's? SAEM Annual Meeting, Dallas, TX, May 2014.

114. Castillo EM, Chan TC, Hsia R, Killeen JP, Vilke GM, Brennan JJ. Should Rural Hospitals be Concerned about Frequent Users of Emergency Department Resources? SAEM Annual Meeting, Dallas, TX, May 2014.

115. Brennan JJ, Chan TC, Vilke GM, Hsia RY, Killeen JP, Castillo EM. Traveling Super Users of California Emergency Departments. SAEM Annual Meeting, Dallas, TX, May 2014.

116. Vilke GM, Chan TC, Roberts EE, Moore JD, Parra KM, Castillo EM. Does Law Enforcement Use Different Levels of Force if the Subject Appears to be Mentally Impaired? SAEM Annual Meeting, Dallas, TX, May 2014.

## ORAL PRESENTATIONS AT NATIONAL MEETINGS:

1. Chan TC, Buchanan J, Anderson M, Vilke GM: Patient ethnicity and age in prehospital emergency ambulance use and acuity rates. NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

2. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after naloxone? ACEP Research Forum, San Diego, California; October 1998.

3. Vilke GM, Chan TC, Ray LU, Anderson ME: Use of prehospital crash injury data to assess regional automobile safety restraint use. NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

4. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in

    detecting esophageal intubation? SAEM Western Regional Research Forum, Redondo Beach, California; March 1999.

5. Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM: The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. NAEMSP Annual Meeting, Dana Point, California; January 2000.

8. Eisele JW, Chan T, Vilke G, Neuman T, Clausen J: Effect of weight placed on the back of subjects in the hobble restraint position. American Academy of Forensic Sciences Annual Meeting, Reno, Nevada; February 2000.

9. Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL: The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function. SAEM Western Regional Research Forum, Portland Oregon; April 2000.

10. Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV: Outcome of out-of-hospital refusal of paramedic transport by parents of pediatric patients. State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

11. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC: Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain. American Academy of Emergency Medicine (AAEM) Annual Conference, Orlando, Florida; March 2001.

12. Vilke GM, Steen PJ, Smith AM, Chan TC: Pediatric intubation by paramedics: The San Diego County experience. SAEM Western Regional Research Forum, Irvine, California; March 2001.

13. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. SAEM Annual Meeting, Atlanta, Georgia; May 2001.

14. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001. (Won Award for Best Oral Presentation)

15. Clark RF, Phillips M, Manoguerra AS, Chan TC: Home calls from predominantly Latino communities to a regional poison center. North American Congress of Clinical Toxicology, Montreal, Canada; October 2001.

16. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

17. Killeen JP, Chan TC, Smith M, Hutches D, Hidley G, Lenert L: Prehospital Field Telemedicine Evaluation Utilizing 1xEV-D0 Wireless Internet. American Telemedicine Association Annual Meeting, Orlando, Florida; April 2003.

18. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. ACEP Annual Meeting, Boston, Massachusetts, October 2003.

19. Killeen J, Chan TC. A wireless first responder handheld device for rapid triage, patient assessment and documentation during mass casualty incidents. AMIA Annual Symposium, Washington, DC, November 2006.

20. Lenert LA, Chan TC, et al: Wireless internet information system for medical response in disasters (WIISARD). AMIA Annual Symposium, Washington, DC, November 2006.

21. Chan TC, Killeen JP, Vilke GM, Guss DA, Jones K, Marshall J, Moore T, Castillo EM. Impact of mandated nurse-patient ratios on emergency department crowding. ACEP Annual Meeting, Chicago, Illinois, October 2008.

22. Castillo E, Vilke G, Killeen J, Guss D, Marshall J, Chan T. Impact of mandated nurse-patient ratios on ED medication delivery. SAEM Annual Meeting, New Orleans, Louisiana, May 2009.

23. Castillo EM, Killeen JP, Brennan JJ, Vilke GM, Hsia R, Chan TC. Thirty-day Readmissions Through The Emergency Department In A Large, Metropolitan Region. SAEM Annual Meeting, Dallas, TX, May 2014.

24. Castillo EM, Brennan JJ, Hsia R, Killeen JP, Vilke GM, Chan TC. Multiple Emergency Department Use and 30-day ED Visits. SAEM Annual Meeting, Dallas, TX, May 2014.

25. Knepper MM, Castillo EM, Chan TC, Guss DA. The Effects of Access to Electronic Health Records on Throughput Efficiency and Imaging Utilization in the Emergency Department. SAEM Annual Meeting, Dallas, TX, May 2014.

## PRESENTATIONS/SPEAKING ENGAGEMENTS:

1. "Anorectal Disorders and Emergencies" -- Emergency Medicine Core Curriculum Conference, UCSD Medical Center; December 1993.

2. "Ear and Nose Emergencies" -- Emergency Medicine Core Curriculum Conference, UCSD Medical Center; January 1995.

3. "Marine Envenomations" -- Emergency Medicine Toxicology Conference, UCSD Medical Center; August 1995.

4. "Child Abuse in the Emergency Department" –
   - Emergency Medicine Core Curriculum Conference, UCSD Medical Center; September 1995.
   - Noon Conference, Department of Emergency Services, San Francisco General Hospital; January 1996.

5. "Thrombolytics in Noncardiac Emergencies" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center; May 1996.

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

6. "Billing in the Emergency Department" -- Emergency Medicine Resident Orientation, UCSD Medical Center; July 1996.

7. "EMS Data Innovations - Prehospital AMA Patients" -- Shaping EMS for the 21st Century Conference, Emergency Medical Services Administrators Association of California, San Diego, California; May 1997.

8. "Non-accidental Trauma (NAT)" -- County-wide Field Care Audit, presented by Mercy Hospital and UCSD Medical Center, San Diego, California; May 1998.

9. "Trauma" -- UCSD National City School District Systemic Teacher Enhancement Project, National City, California; June 1998.

10. "Prehospital Research" -- Prehospital Audit Committee, County of San Diego; September 15, 1998.

11. "Emergency Medicine Research" -- Howard Hughes Student Lecture, UC San Diego, November 3, 1998.

12. "The Impact of Oleoresin Capsicum Spray on Respiratory Function in the Sitting and Hobble Restraint Positions" --
    - San Diego Regional Public Safety Training Institute; March 11, 1999.
    - San Diego SWAT Teams Unit; May 12, 1999.

13. "Studies in Restraint Physiology" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center; July 13, 1999.

14. Results of the National Institute of Justice Study on Oleoresin Capsicum Spray, sponsored by the U.S. Department of Justice -- San Diego Regional Public Safety Training Institute; September 30, 1999.

15. "Outpatient Treatment of Deep Venous Thrombosis" -- Clinical Practice Guidelines for the Primary Care Physician, sponsored by UCSD School of Medicine, San Diego, California; November 20, 1999.

16. "Restraint Position and Positional Asphyxia" -- Invited presentation to the Health and Human Services Subcommittee, Grand Jury, County of San Diego; November 1999.

17. "Management and Triage of Heart Failure Patients in the Emergency Department" -- Congestive Heart Failure Task Force Conference, UCSD Medical Center; January 26, 2000, February 9, 2000.

18. "Anatomy of a Lawsuit: The Dollars, Sense, and Strategies of Medical Malpractice Litigation" --
    - Housestaff Association, Alumni and Faculty, UCSD Medical Center; March 15, 2000.
    - Department of Medicine Noon Conference, UCSD Medical Center; March 16, 2000.

--

19. Findings of the National Institute of Justice Study on Oleoresin Capsicum Spray and Respiratory Function -- Nonlethal Defense IV Conference, National Defense Industrial Association, Tysons Corner, Virginia; March 22, 2000.

20. "Overview of Findings From Study on Positional Asphyxia and Pepper Spray" -- to the Liability Panel, Less-Than-Lethal Technology and Policy Assessment, National Institute of Justice, United States Department of Justice, Washington, DC; June 20, 2000.

21. "Positional Asphyxia Review" -- 2000 PPCT Use of Force Conference, St. Louis, Missouri; July 14, 2000.

22. Keynote Address: "Myocardial Reperfusion" -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 14, 2000.

23. Difficult Airway Panel (Davis D, Wolfe R, Chan T, Bramwell K) -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 15, 2000.

24. "Conscious Sedation" -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 17, 2000.

25. Airway Workshop (Wolfe R, Chan T, Bramwell K, Davis D) -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 17, 2000.

26. "Findings of the National Institute of Justice Oleoresin Capsicum Exposure and Restraint Study" -- San Diego Special Enforcement Detail (SWAT), County of San Diego, California; October 18, 2000.

27. "OC Spray and Positional Asphyxia: Separating Fact from Fiction" -- International Association of Chiefs of Police 107th Annual Conference, San Diego, California; November 11, 2000.

28. "Positional Asphyxia and Oleoresin Capsicum: Results of the National Institute of Justice Study" -- Non-Lethal Chemical Agents for Trainers Conference, Carlsbad, California; November 15, 2000.

29. "Common ENT Emergencies Seen in the ED"; "Non-accidental Trauma"; "New Strategies for Acute Myocardial Perfusion"; "Procedural Analgesia and Sedation" -- Mammoth Mountain Emergency Medicine Conference, Mammoth Lakes, California; March 5-6, 2001.

30. "Emerging Infections: The Coming Plague" -- ACEP Emergency Medicine Connection, San Diego, California; March 20, 2001.

31. "Emergency Procedural Analgesia & Sedation" -- CAL/ACEP Scientific Assembly, Santa Clara, California; June 8, 2001.

32. "Clinical Aspects of Bioterrorism" -- San Diego County Health and Human Services; December 6, 2001.

33. "Awareness and Use of the California Regional Poison Center in Two Ethnically Diverse Communities in San Diego" -- San Diego Briefings of the UCSD Civic Collaborative, San Diego, California; March 19, 2002.

34. "Bio-Terrorism: Disaster Preparedness in San Diego" -- Emergency Department Second Annual Symposium, Sharp Grossmont Hospital, San Diego, California; April 17, 2002.

35. "Emergency Management of Rhythm Disorders" -- Arrhythmic & Ischemic Emergencies: New Treatment Approaches - Dinner Symposium, Los Angeles, California; June 13, 2002.

36. Roundtable on Cultural Diversity Competency and Training -- Council of Residency Directors, ACEP Scientific Assembly, Seattle, Washington, October 7, 2002.

37. "Chemical Agent Overview" -- San Diego County Health and Human Services; January 8, 2003.

38. "Positional Asphyxia and Sudden Custody Death – Separating Fact from Fiction" -- American Society for Law Enforcement Training, Ontario, California; January 10, 2003.

39. "Reperfusion for AMI" -- Western States Winter Conference on Emergency Medicine, Park City, Utah; January 22, 2003.

40. "ENT Emergencies" -- Western States Winter Conference on Emergency Medicine, Park City, Utah; January 23, 2003.

41. "Bioterrorism Update: Smallpox and Smallpox Vaccination" -- San Diego County Sheriff's Department, SWAT, and Special Enforcement Detail, San Diego, California; February 10, 2003.

42. "Academic Emergency Medicine and Research Opportunities" -- San Diego Health Information Association, San Diego, California; February 11, 2003.

43. "Bioterrorism Update: Smallpox and Smallpox Vaccination" -- San Diego County Sheriff's Department, ASTREA Division, San Diego, California; March 14, 2003.

44. "Positional Asphyxia" -- American Correctional Health Services Association Conference 2003, San Diego, California; September 25, 2003.

45. "Challenging ECG cases in the ED: Pearls and Pitfalls" -- Western States Winter Conference on Emergency Medicine, Park City, Utah; January 28, 2004.

46. "Positional Asphyxia" -- San Diego County Sheriff's Department – Medical Division, San Diego, California; January 29, 2004.

47. "Improving Patient Flow and Reducing ED Crowding: Findings from 10 Hospitals" -- Urgent Matters, Web-based program, World Wide Web; July 1, 2004.

48. "After-the-Fire Grantee Summit" -- The San Diego Foundation, San Diego, California; October 21, 2004.

49. "Wireless Internet Information System for Medical Response to Disasters – The WIISARD Project" -- San Diego Metropolitan Medical Strike Team, San Diego, California; November 17, 2004.

50. "Urgent Matters Study (input, throughput, output) of UCSD Medical Center's Emergency Department" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

51. "Best Practices of other Urgent Matters Hospitals" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

52. "Emergency Room Problems in San Diego: How Can We Improve Quality?" -- The San Diego Patient Safety Consortium Patient Safety Form, San Diego, California; December 16, 2004.

53. "Emergency Response Management for Efficiency of Care and Fiscal Consideration" -- American Correctional Health Services Association, Oakland, California; April 2, 2005.

54. "Promise and Pitfalls: Emergency Department Information Systems" -- Urgent Matters Regional Conferences, Atlanta, Georgia; October 14, 2005.

55. "Promise and Pitfalls: Emergency Department Information Systems" -- Urgent Matters Regional Conferences, Las Vegas, Nevada; October 28, 2005.

56. "Wireless Internet Information System for Medical Response to Disasters" -- Metropolitan Medical Response System Quarterly Meeting, San Diego, California; January 19, 2006.

57. "In-Custody Sudden Deaths" -- Florida Sheriffs Association One Day Symposium, Orlando, Florida; June 1, 2006.

58. "They Didn't Need to Shoot Him: Providing Effective Alternatives to Lethal Force" Plenary Panel -- The National Institute of Justice Conference, Washington D.C.; July 18, 2006.

59. "Use of Force: Sudden Death Myths and Excited Delirium" - The Commission of Accreditation for Law Enforcement Agencies (CALEA) Less Lethal Technology Working Group Meeting, Washington D.C.; September 10, 2006.

60. "Cardiac, Respiratory, and Metabolic Effects of EMD" - NIJ Steering Group Committee, US Department of Justice, Office of Justice Programs, Washington D.C.; October 30, 2006.

61. "IT Innovation in an Academic Emergency Department" - Institute for Healthcare Improvement Meeting, San Diego, California; November 2, 2006.

62. "Restraint Physiology: Separating Fact from Fiction" - Sudden Death, Excited Delirium and In-custody Death Conference, Las Vegas, Nevada; November 16, 2006.

63. "Use of Force and Sudden In-Custody Death" - Minnesota Dept of Public Safety – Bureau of Criminal Apprehension, Minneapolis, Minnesota; April 30, 2007.

64. "Chlorine Gas Exposure and Chemical Terrorism" - San Diego County Metropolitan Medical Strike Team, San Diego, California; September 19, 2007.

65. "Power of Innovation: The Strategic Use of Technology to Improve the Patient Experience" – CEO Rounds, UCSD Medical Center, San Diego, California; September 20, 2007.

66. "Tasers" – San Diego County EMS/ED American Medical Response Field Care Audit, San Diego, California; September 26, 2007.

67. "ER Overcrowding;" Panelist – ER Overcrowding Summit, San Diego, California; October 2, 2007.

68. "Restraints and Sudden Death" – Sudden Death, Excited Delirium and In-Custody Death Conference, Las Vegas, Nevada; November 28, 2007.

69. "UCSD Emergency Medicine" – DOM Clinical Service Chief's Meeting, San Diego, California; May 20, 2008.

70. "ED Crowding and Project Impact" – UCSD Healthcare/Preuss School, San Diego, California; July 24, 2008.

71. "Restraint and Sudden Death" – California/Nevada American Correctional Health Services Association – Institute for Medical Quality, San Diego, California; September 18, 2008.

72. "UCSD Emergency Medicine and Community Outreach Efforts" – UCSD Leaders Team Meeting, San Diego, California; September 25, 2008.

73. "ED Clinic Project/Nurse Ratio Project" – San Diego's Annual Emergency Department Overcrowding Summit, San Diego, California; October 8, 2008.

74. "Excited Delirium Restraint and Sudden Death" – Sudden Death, Excited Delirium and In-Custody Death Conference, Las Vegas, Nevada; October 30, 2008.

75. "Safety Net Connect Update" – Hospital Association of San Diego and Imperial Counties, San Diego, California; November 13, 2008.

76. "Understanding Patient Demand in Emergency Department" - Institute for Operations Research and the Management Sciences (INFORMS) Annual Meeting, San Diego, California; October 14, 2009.

77. "ED-Community Clinics Collaboration" - Annual San Diego County Emergency Department Overcrowding Summit, San Diego, California; October 14, 2009.

78. "Lessons Learned - Emergency Department Crowding" - Urgent Matters Learning Network II, sponsored by the Robert Wood Johnson Foundation and Agency for Healthcare Research and Quality, Philadelphia, Pennsylvania; October 23, 2009.

79. "Restraint Chair Safety and Related Sudden In-Custody Death Asphyxia Issues: A Review of the Literature" – Institute for the Prevention of In-Custody Deaths, Inc., Las Vegas, Nevada; November 12, 2009.

80. Coordination of Care: The Patient Centered Medical Home and the Role of Community Resources at University of California Healthcare Retreat - Transforming Health Care Delivery at UC, Oakland, California; February 22, 2010.

81. "Technologic Innovations in Emergency Department Intake" - Intermountain Institute for Health Care Delivery Research, Salt Lake City, Utah; February 24, 2010.

82. "Linking Frequent ED Users with Primary Care - A successful program in San Diego" to the Inland Quality Collaborative, Riverside, CA; Aug 18, 2010.

83. "The Impact and Future of SBIRT" – Screening, Brief Intervention, Referral to Treatment Conference, San Diego, CA; Sep 9, 2010.

84. "Beacon Collaborative and Health Reform" – Annual San Diego Organization of Healthcare Leaders Conference, San Diego, CA; Sep 10, 2010.

85. "San Diego Beacon Collaborative and Health IT Workforce" – HealthTECH Workforce Forum, San Diego, CA; Sep 17, 2010.

86. "San Diego Beacon Community Collaborative Update" – Hospital Associate of San Diego and Imperial Counties 2010 Annual Membership Meeting, San Diego, CA; Nov 11, 2010.

87. "Excited Delirium" – 5th Annual Sudden Death, Excited Delirium & In-Custody Death Conference, Las Vegas, NV; Nov 18, 2010.

88. "Healthcare IT: BEACON Community Collaborative" – UK Digital Economy Workshop, San Diego, CA; March 17, 2011.

89. "Health IT in an Era of Accountable Care: Update from the Beacon Communities" – Brookings Institute, Washington DC; May 17, 2011.

90. "Emergency Room Diversion/Health Information Exchange" – Health Care Community Network Quarterly Meeting, San Diego, CA; June 15, 2011.

91. Information Technology in Disaster Response - California Institute for Telecommunications and Information Technology - 10 year academic review, San Diego, CA; Oct 12, 2011.

92. Information Technology in the Emergency Department San Diego Overcrowding Summit, Scripps Healthcare, San Diego, CA; Oct 27, 2011.

93. The New Prescription: IT's role in transforming medicine. BIOCOM, San Diego, CA; December 9, 2011.

94. Beacon Community Town Hall. Healthcare Information and Management Systems Society, Las Vegas, NV; Feb 22, 2012.

95. San Diego Beacon e-Health Community Update; 7th annual Wireless Health Convergence Summit, San Diego, California; May 2012.

96. "Health Information Technology and Quality: View from the Safety Net in Beacon Communities" - National Association of Public Hospitals and Health Systems Annual Conference, San Francisco, June 2012.

97. White House Town Hall Panelist - Health Information Technology and Improving Care Quality and Patient Health. White House, Washington DC, June 19, 2012.

98. "San Diego Beacon and EMS" - Next Generation 911, West Wireless Health Institute, San Diego, CA; June 2012.

99. "San Diego Initiatives and Beacon Community Update" – Care Transitions Learning and Action Network – Community Action to Reduce Avoidable Readmissions – Health Services Advisory Group, Medicare Quality Improvement Organization for California, San Diego, August 6, 2012

100. "Update on Restraint Physiology Research" – IPICD Excited Delirium and Sudden, In-custody Death Conference, Las Vegas, NV; November 2012.

101. "Federal Health Reform Initiatives and Emergency Medicine in San Diego" – David Brenner Chair Search Seminar, San Diego, CA; November 30, 2012.

102. "Health Information Technology: Federal and Local Perspectives with the San Diego Beacon Community" – UCSD Health Sciences Leadership Academy, San Diego, CA; Jan 2013.

103. "Information Exchange" - Health and Social Services National Health Policy Forum, San Diego, CA; Feb 20, 2013.

104. Health Information Technology and Payment Reform. Invited Speaker, Pew Charitable Trust, Washington DC, May 22, 2013

105. Health Information Exchange: Promise, Practice, Prospects. Invited Participant. National Health Policy Forum, George Washington University, Washington DC, May 22, 2013.

106. Overview of Health Sciences. Invited Participant, School of Medicine Committee on Academic Personnel Panel Discussion, San Diego, CA; October 11, 2013.

107. Physiology of Restraint, at the Lega, Medical and Scientific Constraints on Human Restraint Symposium, Institute for the Prevention of In-Custody Deaths, Las Vegas NV, April 2014.