UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA GARLICK, et al., | Case No.: 1:13-cv-01051 LJO JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 236) |
| COUNTY OF KERN, et al., | |
| Defendants. | |

On May 4, 2016, counsel for M.L.S., C.J.S., C.R.S., and E.Z.S., minors, through their guardian ad litem, Judy Silva, Merri Silva and Chris Silva notified the Court that "the parties have reached a settlement in this case. (Doc. 236) Though counsel for Ms. Garlick and J.S. have not filed separate notices of settlement, the Court is assured the matter has settled as to all parties. Thus, the Court **ORDERS**:

1. **No later than May 23, 2016**, counsel for the minors M.L.S., C.J.S., C.R.S. E.Z.S. and J.S. **SHALL** file their petitions for approval of the minors' compromise;

2. All other pending dates, conferences and hearings are **VACATED** and any other pending motions are ordered **TERMINATED.**

///

///

///

1

**<u>Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action or striking the answers and entering default.</u>**

IT IS SO ORDERED.

   Dated: __**May 5, 2016**__                           __/s/ Jennifer L. Thurston__
                                                          UNITED STATES MAGISTRATE JUDGE