UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA GARLICK, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> COUNTY OF KERN, et al., <br><br>    Defendants. | Case No.: 1:13-cv-01051 - LJO - JLT <br><br> ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

On August 22, 2016, the Court granted the petitions for approval of the minors' compromises, and ordered the parties to "file a stipulation for dismissal of the action with prejudice, and lodge a separate order, within ten days of the date of service." (Doc. 255 at 2.) The stipulation was due no later than September 1, 2016. Nevertheless, the parties have not filed the stipulation or otherwise responded to the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may impose sanctions, including dismissal of an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with

local rules.  *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to prosecute and comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (imposing sanctions for to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (imposing sanctions for failure to prosecute and to comply with local rules).

  Accordingly, **within five days** the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's order.  Alternatively, **within five days** they may file the stipulation for dismissal of the action.

IT IS SO ORDERED.

  Dated: **September 8, 2016**     **/s/ Jennifer L. Thurston**
                  UNITED STATES MAGISTRATE JUDGE