# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA GARLICK, et al., | Case No.: 1:13-cv-01051 - LJO - JLT |
| Plaintiffs, | ORDER CLOSING CASE |
| v. | (Doc. 257) |
| COUNTY OF KERN, et al., | |
| Defendants. | |

On September 12, 2016, the parties filed a stipulation to dismiss the action with prejudice. Federal Rules of Civil Procedure 41(a). Rule 41(a)(1)(A)(ii) allows that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (Doc. 4) Thus, the Clerk of Court is **DIRECTED** to close this action in light of the voluntary dismissal with prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

Dated: **September 13, 2016**        /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE